IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Judith Anne Hayes, individually and on behalf of W.H., a minor,
Robyn and John McCarthy, individually and on behalf
of L.M., a minor, Amanda Banek, individually and
on behalf of D.B. and B.B, minor children, Kas Arone-
Miller, individually and on behalf of R.M. and L.M.,
Minor children, Alisha Todd, individually and on behalf
of J.T, a minor, Jamie Kinder, individually and on
behalf of R.K., a minor, Chris Rodriguez, individually
and on behalf of J.D.-F., a minor, Jack Koch, individually
and on behalf of R.K, B.K., and A.K., minor children,
Kristen Thompson, individually and on behalf of P.T., a
minor, Eren Dooley, individually and on behalf of G.D.,
a minor, Tom Collins, individually and on behalf of Q.C.,
a minor,

CASE NO:

     Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD CORCORAN,
in his official capacity as Commissioner of the Florida Department
of Education, ORANGE COUNTY SCHOOL BOARD, MIAMI
DADE COUNTY SCHOOL BOARD, HILLSBOROUGH
COUNTY SCHOOL BOARD, PALM BEACH SCHOOL BOARD,
BROWARD COUNTY SCHOOL BOARD, PASCO COUNTY
SCHOOL BOARD, ALACHUA COUNTY SCHOOL BOARD and
VOLUSIA COUNTY SCHOOL BOARD,

     Defendants.

_____/

## DECLARATION OF AMANDA BANEK

COMES NOW, Amanda Banek and pursuant to 28 U.S.C. § 1748, declares under penalty

of perjury that the foregoing is true and correct:

1. My name is Amanda Banek, and I am over 18 years old and have personal knowledge of
   the facts as stated herein.

2. I have three children who attend Palm Beach Public Schools.

**Exhibit "A"**

DocuSign Envelope ID: 809A67D9-4468-427E-87C6-196B8970A56F

3.  D.B., is five years old and has Asthma and a Speech Impairment. D.B. has an IEP.

4.  B.B., is thirteen years old and has Asthma, attention deficit hyperactive disorder, anxiety, a visual processing disorder and a speech impairment. D.B. has an IEP.

5.  R.B. is ten years old and has a 504 plan and is terrified of attending school and bring the Covid-19 virus home to his brother and sister.

6.  The children's treating doctors and specialists have informed the me and my husband that it is too dangerous to return to brick-and mortar school without such precautions as following the recommended CDC guidelines of mandatory masking and regular testing in schools.

7.  Florida Virtual School, Palm Beach Virtual School and other online programs do not provide FAPE in the least restrictive environment and do not provide the necessary supports, services and accommodations, including direct instruction.

8.  I am seeking a reinstatement of a "full panoply of services" including but not limited to requirements to follow CDC guidelines including the wearing of masks in schools and live synchronous and asynchronous instruction with the same curriculum as in person instruction and the ability to interact with a student's teacher and peers equal to the options provided to nondisabled students.

FURTHER DECLARANT SAYETH NAUGHT.

_____       8/6/2021
Amanda Banek                          _____
                                       Date

**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Judy Hayes, individually and on behalf of W.H., a minor,
Robyn and John McCarthy, individually and on behalf
of L.M., a minor, Amanda Banek, individually and
on behalf of D.B. and B.B, minor children, Kas Arone-
Miller, individually and on behalf of R.M. and L.M.,
Minor children, Alisha Todd, individually and on behalf
of J.T, a minor, Jamie Kinder, individually and on
behalf of R.K., a minor, Chris Rodriguez, individually
and on behalf of J.D.-F., a minor, Jack Koch, individually
and on behalf of R.K, B.K., and A.K., minor children,
Kristen Thompson, individually and on behalf of P.T., a
minor, Eren Dooley, individually and on behalf of G.D.,
a minor, Tom Collins, individually and on behalf of Q.C.,
a minor,

       Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD CORCORAN,
in his official capacity as Commissioner of the Florida Department
of Education, ORANGE COUNTY SCHOOL BOARD, MIAMI
DADE COUNTY SCHOOL BOARD, HILLSBOROUGH
COUNTY SCHOOL BOARD, PALM BEACH SCHOOL BOARD,
BROWARD COUNTY SCHOOL BOARD, PASCO COUNTY
SCHOOL BOARD, ALACHUA COUNTY SCHOOL BOARD and
VOLUSIA COUNTY SCHOOL BOARD,

       Defendants.

_____/

CASE NO:

### **DECLARATION OF TOM COLLINS**

COMES NOW, Tom Collins and pursuant to 28 U.S.C. § 1748, declares under penalty of

perjury that the foregoing is true and correct:

1. My name is Tom Collins, and I am over 18 years old and have personal knowledge of the
   facts as stated herein.

2. I am the father of Q.C., my ten-year-old son who lives with Asthma and Anxiety.

## Exhibit "A"

DocuSign Envelope ID: FD22753F-685A-4BDF-ADE8-8E95DC8C5A54

3.  Q.C. goes to school in Palm Beach County School Board. Q.C. has a 504 plan.

4.  His treating doctors and specialists have stated that my child is at high risk for severe complications due to COVID infection. In order to decrease his risk, he should attend virtual school, wear a mask at all times in public places indoors, and avoid crowded indoor and outdoor places. No one can guarantee his safety.

5.  It will be anxiety-producing for Q.C. to have to share a classroom with unmasked children, knowing about the COVID-19 risks we have been educated about.

6.  Q.C. cannot attend Florida Virtual School or Palm Beach County Virtual school as neither provides an equal education.

7.  I am seeking a reinstatement of a "full panoply of services" including but not limited to requirements to follow CDC guidelines including the wearing of masks in schools and live synchronous and asynchronous instruction with the same curriculum as in person instruction and the ability to interact with a student's teacher and peers equal to the options provided to nondisabled students.

FURTHER DECLARANT SAYETH NAUGHT.

*Thomas Collins*
_____
Tom Collins

8/6/2021
_____
Date

**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Judy Hayes, individually and on behalf of W.H., a minor,
Robyn and John McCarthy, individually and on behalf
of L.M., a minor, Amanda Banek, individually and
on behalf of D.B. and B.B, minor children, Kas Arone-
Miller, individually and on behalf of R.M. and L.M.,
Minor children, Alisha Todd, individually and on behalf
of J.T, a minor, Jamie Kinder, individually and on
behalf of R.K., a minor, Chris Rodriguez, individually
and on behalf of J.D.-F., a minor, Jack Koch, individually
and on behalf of R.K, B.K., and A.K., minor children,
Kristen Thompson, individually and on behalf of P.T., a
minor, Eren Dooley, individually and on behalf of G.D.,
a minor, Tom Collins, individually and on behalf of Q.C.,
a minor,

CASE NO:

       Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD CORCORAN,
in his official capacity as Commissioner of the Florida Department
of Education, ORANGE COUNTY SCHOOL BOARD, MIAMI
DADE COUNTY SCHOOL BOARD, HILLSBOROUGH
COUNTY SCHOOL BOARD, PALM BEACH SCHOOL BOARD,
BROWARD COUNTY SCHOOL BOARD, PASCO COUNTY
SCHOOL BOARD, ALACHUA COUNTY SCHOOL BOARD and
VOLUSIA COUNTY SCHOOL BOARD,

       Defendants.

_____/

## **DECLARATION OF EREN DOOLEY**

COMES NOW, Eren Dooley and pursuant to 28 U.S.C. § 1748, declares under penalty of

perjury that the foregoing is true and correct:

1. My name is Eren Dooley, and I am over 18 years old and have personal knowledge of the
   facts as stated herein.

2. I am the mother of G.D., my ten-year-old daughter who lives with Asthma and Anxiety.

## Exhibit "A"

3. G.D goes to school in Hillsborough County. She is in a general education setting and has an Individualized Educational Plan otherwise known as an IEP.

4. G.D.'s anxiety is triggered by being in school without everyone wearing masks and her anxiety is triggered by staying home and being isolated. This anxiety is impacting her education. Her parents are in a "no win" situation.

5. Her treating doctors and specialists have informed me that it is dangerous to return to brick-and mortar school without such precautions as following the recommended CDC guidelines of mandatory masking and regular testing in schools.

6. Florida Virtual School or other online programs do not provide FAPE or the necessary supports, services and accommodations, including direct instruction and socialization with her peers.

7. I am seeking a reinstatement of a "full panoply of services" including but not limited to requirements to follow CDC guidelines including the wearing of masks in schools and live synchronous and asynchronous instruction with the same curriculum as in person instruction and the ability to interact with a student's teacher and peers equal to the options provided to nondisabled students.

FURTHER DECLARANT SAYETH NAUGHT.

_____        8/5/21
Eren Dooley                      _____
                                 Date

**Exhibit "A"**

DocuSign Envelope ID: 460C1FDD-D9BC-4BA3-85C0-D76D48159590

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Judith Anne Hayes, individually and on behalf of W.H., a minor, Robyn and John McCarthy, individually and on behalf of L.M., a minor, Amanda Banek, individually and on behalf of D.B. and B.B, minor children, Kas Arone-Miller, individually and on behalf of R.M. and L.M., Minor children, Alisha Todd, individually and on behalf of J.T, a minor, Jamie Kinder, individually and on behalf of R.K., a minor, Chris Rodriguez, individually and on behalf of J.D.-F., a minor, Jack Koch, individually and on behalf of R.K, B.K., and A.K., minor children, Kristen Thompson, individually and on behalf of P.T., a minor, Eren Dooley, individually and on behalf of G.D., a minor, Tom Collins, individually and on behalf of Q.C., a minor, | CASE NO: |

       Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official Capacity as Governor of the State of Florida; FLORIDA DEPARTMENT OF EDUCATION, RICHARD CORCORAN, in his official capacity as Commissioner of the Florida Department of Education, ORANGE COUNTY SCHOOL BOARD, MIAMI DADE COUNTY SCHOOL BOARD, HILLSBOROUGH COUNTY SCHOOL BOARD, PALM BEACH SCHOOL BOARD, BROWARD COUNTY SCHOOL BOARD, PASCO COUNTY SCHOOL BOARD, ALACHUA COUNTY SCHOOL BOARD and VOLUSIA COUNTY SCHOOL BOARD,

       Defendants.

_____/

## **DECLARATION OF JUDITH ANNE GARABO HAYES**

COMES NOW, Judith Anne Garabo Hayes and pursuant to 28 U.S.C. § 1748, declares

under penalty of perjury that the foregoing is true and correct:

1. My name is Judith Anne Garabo Hayes, and I am over 18 years old and have personal knowledge of the facts as stated herein.

2. I am the mother of W.H., my ten-year-old son who lives with Down Syndrome.

# Exhibit "A"

DocuSign Envelope ID: 460C1FDD-D9BC-4BA3-85C0-D76D48159590

3. W.H goes to school in Orange County. He is in a general education setting on a modified curriculum also known as an Access Point curriculum, and has an Individualized Educational Plan otherwise known as an IEP.

4. It is my understanding that prior to the Delta Variant, children with Down Syndrome were 10 time more likely to be hospitalized and 4 times more like to die if they contracted COVID-19. The risks are higher now with the Delta Variant being so prevalent. As such, I believe that it is too dangerous to return to brick-and mortar school without such precautions as following the recommended CDC guidelines such as mandatory masking and regular testing in schools.

5. W.H. cannot attend Florida Virtual School or Orange County Virtual school as neither provides FAPE; an Access Point Curriculum or the necessary supports, services and accommodations as identified in his IEP, including direct instruction from a special education teacher.

6. I am in fear for the safety of my child and the only option Orange County offered was to place W.H. in an unsafe classroom.

7. I am seeking a reinstatement of a "full panoply of services" including but not limited to requirements to follow CDC guidelines including the wearing of masks in schools and live synchronous and asynchronous instruction with the same curriculum as in person instruction and the ability to interact with a student's teacher and peers equal to the options provided to nondisabled students.

FURTHER DECLARANT SAYETH NAUGHT.

_____       8/6/2021
Judith Anne Garabo Hayes                    _____
                                            Date

**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Judy Hayes, individually and on behalf of W.H., a minor,
Robyn and John McCarthy, individually and on behalf
of L.M., a minor, Amanda Banek, individually and
on behalf of D.B. and B.B, minor children, Kas Arone-
Miller, individually and on behalf of R.M. and L.M.,
Minor children, Alisha Todd, individually and on behalf
of J.T, a minor, Jamie Kinder, individually and on
behalf of R.K., a minor, Chris Rodriguez, individually
and on behalf of J.D.-F., a minor, Jack Koch, individually
and on behalf of R.K, B.K., and A.K., minor children,
Kristen Thompson, individually and on behalf of P.T., a
minor, Eren Dooley, individually and on behalf of G.D.,
a minor, Tom Collins, individually and on behalf of Q.C.,
a minor,

CASE NO:

     Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD CORCORAN,
in his official capacity as Commissioner of the Florida Department
of Education, ORANGE COUNTY SCHOOL BOARD, MIAMI
DADE COUNTY SCHOOL BOARD, HILLSBOROUGH
COUNTY SCHOOL BOARD, PALM BEACH SCHOOL BOARD,
BROWARD COUNTY SCHOOL BOARD, PASCO COUNTY
SCHOOL BOARD, ALACHUA COUNTY SCHOOL BOARD and
VOLUSIA COUNTY SCHOOL BOARD,

     Defendants.

_____/

## DECLARATION OF JAMIE KINDER

COMES NOW, Jamie Kinder and pursuant to 28 U.S.C. § 1748, declares under penalty

of perjury that the foregoing is true and correct:

1. My name is Jamie Kinder, and I am over 18 years old and have personal knowledge of the
facts as stated herein.

**Exhibit "A"**

DocuSign Envelope ID: 0FF083F5-1D5C-4858-AC9B-02AF9D40B32C

*Declaration of Jamie Kinder*
*Page 2 of 2*

2. I am the mother of R.K., a nine-year-old daughter who is immunocompromised due to gastrointestinal issues.

3. R.K., goes to school in Volusia County. She has a 504 plan.

4. R.K.'s treating doctors and specialists have informed me that it is dangerous for her to return to brick-and mortar school without following the recommended CDC guidelines of mandatory masking and regular testing in schools. They advised me that if R.K gets COVID there is a high possibility that she will be admitted into the hospital. No one can guarantee her safety. (See attached Exhibit A)

5. I am seeking a reinstatement of a "full panoply of services" including but not limited to requirements to follow CDC guidelines including the wearing of masks in schools and live synchronous and asynchronous instruction with the same curriculum as in person instruction and the ability to interact with a student's teacher and peers equal to the options provided to nondisabled students.

FURTHER DECLARANT SAYETH NAUGHT.

_____          8/5/2021
Jamie Kinder                              _____
                                          Date

# Exhibit "A"

DocuSign Envelope ID: 0FF083F5-1D5C-4858-AC9B-02AF9D40B32C

# Exhibit A

DocuSign Envelope ID: 0FF083F5-1D5C-4858-AC9B-02AF9D40B32C



August 5, 2021

RE:
DOB:

To Whom It May Concern:

    is currently under my care at the Arnold Palmer Hospital Center for Digestive Health and Nutrition.

    is not vaccinated for Covid due to her age.  The vaccination rate in their school is very low with a very high infection rate right now.  I do not think it is in the best interest for her to be exposed at this point.

She can pursue homeschooling or online based learning through Florida Virtual School.

Please allow mom the time to make this decision since enrollment for Florida Virtual School is closing today and mom and I discussed this in the visit to my office this week.

Thank you for your consideration of     ; unique situation. You may contact our office at (321) 841-3338 with any questions.

Sincerely,

Jeffrey A. Bornstein, MD
Center for Digestive Health and Nutrition
Arnold Palmer Hospital for Children

60 W. Gore St., MP 373 • Orlando, FL 32806
P/ (321) 841-3338 • F/ (321) 841-2170
ArnoldPalmerHospital.com/KidsDigestion

Center for Digestive Health and Nutrition
Arnold Palmer Hospital for Children

**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Judy Hayes, individually and on behalf of W.H., a minor,
Robyn and John McCarthy, individually and on behalf
of L.M., a minor, Amanda Banek, individually and
on behalf of D.B. and B.B, minor children, Kas Arone-
Miller, individually and on behalf of R.M. and L.M.,
Minor children, Alisha Todd, individually and on behalf
of J.T, a minor, Jamie Kinder, individually and on
behalf of R.K., a minor, Chris Rodriguez, individually
and on behalf of J.D.-F., a minor, Jack Koch, individually
and on behalf of R.K, B.K., and A.K., minor children,
Kristen Thompson, individually and on behalf of P.T., a
minor, Eren Dooley, individually and on behalf of G.D.,
a minor, Tom Collins, individually and on behalf of Q.C.,
a minor,

          Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD CORCORAN,
in his official capacity as Commissioner of the Florida Department
of Education, ORANGE COUNTY SCHOOL BOARD, MIAMI
DADE COUNTY SCHOOL BOARD, HILLSBOROUGH
COUNTY SCHOOL BOARD, PALM BEACH SCHOOL BOARD,
BROWARD COUNTY SCHOOL BOARD, PASCO COUNTY
SCHOOL BOARD, ALACHUA COUNTY SCHOOL BOARD and
VOLUSIA COUNTY SCHOOL BOARD,

CASE NO:

_____/

## **DECLARATION OF JACK KOCH**

      COMES NOW, Jack Koch and pursuant to 28 U.S.C. § 1748, declares under penalty of

perjury that the foregoing is true and correct:

1. My name is Jack Koch, and I am over 18 years old and have personal knowledge of the
   facts as stated herein.

2. I have three children in the Pasco County public schools.

# Exhibit "A"

3. R.K. is fourteen years old and has attention deficit hyperactive disorder and a specific learning disability. R.K. has a 504 plan.

4. B.K. is twelve years old son and has an autism spectrum disorder, attention deficit hyperactive disorder and a speech impairment. B.K. has an IEP. B.K. attends a magnet school program. If B.K. does not attend in person, he will lose his spot in the magnet school program. No one from the district has provided me with any options or accommodations so that my son can remain in his magnet school program and receive all the benefits of that program.

5. A.K, is eight years old and has a Speech Impairment. A.K. has an IEP.

6. I believe that it is dangerous to return to brick-and-mortar school without such precautions as following the recommended CDC guidelines of mandatory masking and regular testing in schools.

7. Florida Virtual School, Pasco's virtual school and other online programs do not provide FAPE in the least restrictive environment and do not provide the necessary supports, services and accommodations, including direct instruction. Further, attending an online program would result in B.K. losing the opportunity to attend a magnet program and the benefits resulting therefrom.

8. I am seeking a reinstatement of a "full panoply of services" including but not limited to requirements to follow CDC guidelines including the wearing of masks in schools and live synchronous and asynchronous instruction with the same curriculum as in person instruction and the ability to interact with a student's teacher and peers equal to the options provided to nondisabled students.

FURTHER DECLARANT SAYETH NAUGHT.

*Jack Koch*
_____
Jack Koch

8/6/2021
_____
Date

**Exhibit "A"**

DocuSign Envelope ID: 6A91C45C-6710-419F-8763-47FFFAC16DBF

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Judy Hayes, individually and on behalf of W.H., a minor,
Robyn and John McCarthy, individually and on behalf
of L.M., a minor, Amanda Banek, individually and
on behalf of D.B. and B.B, minor children, Kas Arone-
Miller, individually and on behalf of R.M. and L.M.,
Minor children, Alisha Todd, individually and on behalf
of J.T, a minor, Jamie Kinder, individually and on
behalf of R.K., a minor, Chris Rodriguez, individually
and on behalf of J.D.-F., a minor, Jack Koch, individually
and on behalf of R.K, B.K., and A.K., minor children,
Kristen Thompson, individually and on behalf of P.T., a
minor, Eren Dooley, individually and on behalf of G.D.,
a minor, Tom Collins, individually and on behalf of Q.C.,
a minor,

CASE NO:

      Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD CORCORAN,
in his official capacity as Commissioner of the Florida Department
of Education, ORANGE COUNTY SCHOOL BOARD, MIAMI
DADE COUNTY SCHOOL BOARD, HILLSBOROUGH
COUNTY SCHOOL BOARD, PALM BEACH SCHOOL BOARD,
BROWARD COUNTY SCHOOL BOARD, PASCO COUNTY
SCHOOL BOARD, ALACHUA COUNTY SCHOOL BOARD and
VOLUSIA COUNTY SCHOOL BOARD,

      Defendants.

_____/

## **DECLARATION OF ROBYN MCCARTHY**

COMES NOW, Robyn McCarthy and pursuant to 28 U.S.C. § 1748, declares under

penalty of perjury that the foregoing is true and correct:

1. My name is Robyn McCarthy, and I am over 18 years old and have personal knowledge of the facts as stated herein.

2. I am the mother of L.M., my six-year-old son who lives with moderate to severe Asthma.

**Exhibit "A"**

3.  L.M. goes to a public school in Miami-Dade County. He is eligible for a 504 plan.

4.  His treating doctors and specialists have informed his parents, that it is too dangerous to return to brick-and mortar school without such precautions as following the recommended CDC guidelines such as proper social distancing, mandatory masking and regular testing in schools. (See Attached Exhibit A)

5.  I have been told that if my son does not return to school in person, he will lose his spot in his choice program, and I will have to find another school to attend. No one from the district has provided me with any options or accommodations so that he can remain in his magnet school program and receive all the benefits of that program.

6.  I am seeking a reinstatement of a "full panoply of services" including but not limited to requirements to follow CDC guidelines including the wearing of masks in schools and live synchronous and asynchronous instruction with the same curriculum as in person instruction and the ability to interact with a student's teacher and peers equal to the options provided to nondisabled students.

FURTHER DECLARANT SAYETH NAUGHT.


*Robyn McCarthy*
_____
Robyn McCarthy

8/6/2021
_____
Date


# Exhibit "A"

DocuSign Envelope ID: 6A91C45C-6710-419F-8763-47FFFAC16DBF

# Exhibit A

Exhibit "A"

DocuSign Envelope ID: 6A91C45C-6710-419F-8763-47FFFAC16DBF



**UHealth Pediatrics at the Professional Arts Center**

1150 NW 14TH ST
STE 410
MIAMI FL 33136
Phone: 305-243-7570
Fax: 305-243-7572

May 18, 2020

Patient:
Date of
Birth:

To Whom it May Concern:

is seen in my clinic at UHealth Pediatrics. He was recently diagnosed in February with asthma. . Details will be listed by the allergist who examined him and performed testing at the time. Mom has requested this letter as per CDC guidelines this may put him at increased risk if infected with Covid:

**People of all ages with underlying medical conditions, particularly if not well controlled, including:**
- **People with chronic lung disease or moderate to severe asthma**

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lourdes Q. Forster, MD

    

**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Judy Hayes, individually and on behalf of W.H., a minor,
Robyn and John McCarthy, individually and on behalf
of L.M., a minor, Amanda Banek, individually and
on behalf of D.B. and B.B, minor children, Kas Arone-
Miller, individually and on behalf of R.M. and L.M.,
Minor children, Alisha Todd, individually and on behalf
of J.T, a minor, Jamie Kinder, individually and on
behalf of R.K., a minor, Chris Rodriguez, individually
and on behalf of J.D.-F., a minor, Jack Koch, individually
and on behalf of R.K, B.K., and A.K., minor children,
Kristen Thompson, individually and on behalf of P.T., a
minor, Eren Dooley, individually and on behalf of G.D.,
a minor, Tom Collins, individually and on behalf of Q.C.,
a minor,

     CASE NO:

     Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD CORCORAN,
in his official capacity as Commissioner of the Florida Department
of Education, ORANGE COUNTY SCHOOL BOARD, MIAMI
DADE COUNTY SCHOOL BOARD, HILLSBOROUGH
COUNTY SCHOOL BOARD, PALM BEACH SCHOOL BOARD,
BROWARD COUNTY SCHOOL BOARD, PASCO COUNTY
SCHOOL BOARD, ALACHUA COUNTY SCHOOL BOARD and
VOLUSIA COUNTY SCHOOL BOARD,

     Defendants.

_____/

## DECLARATION OF KAS ARONE-MILLER

COMES NOW, Kas Arone-Miller and pursuant to 28 U.S.C. § 1748, declares under

penalty of perjury that the foregoing is true and correct:

1. My name is Kas Arone- Miller, and I am over 18 years old and have personal knowledge
   of the facts as stated herein.

2. I have two children who attend Hillsborough County Public schools.

**Exhibit "A"**

3. R.M., is three years old and L.M. is seven years old. Both children have an autism spectrum disorder and both my children have IEPs.

4. R.M. attends a public school program specifically designed for disabled students. The school setting provides direct special education instruction and related services like therapy and social emotional supports. There is no online option and in order to maintain her spot in this program, she must attend in person or find another school to attend.

5. L.M. also has an autism spectrum disorder and attends public school.

6. The children's treating doctors and specialists have informed the sister's mother that it is too dangerous to return to brick-and mortar school without such precautions as following the recommended CDC guidelines of mandatory masking and regular testing in schools.

7. I am seeking a reinstatement of a "full panoply of services" including but not limited to requirements to follow CDC guidelines including the wearing of masks in schools and live synchronous and asynchronous instruction with the same curriculum as in person instruction and the ability to interact with a student's teacher and peers equal to the options provided to nondisabled students.

FURTHER DECLARANT SAYETH NAUGHT.

_____          ____08/05/2021_____
Kas Arone-Miller                                      Date

**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Judith Anne Hayes, individually and on behalf of W.H., a minor,
Robyn and John McCarthy, individually and on behalf
of L.M., a minor, Amanda Banek, individually and
on behalf of D.B. and B.B, minor children, Kas Arone-
Miller, individually and on behalf of R.M. and L.M.,
Minor children, Alisha Todd, individually and on behalf
of J.T, a minor, Jamie Kinder, individually and on
behalf of R.K., a minor, Chris Rodriguez, individually
and on behalf of J.D.-F., a minor, Jack Koch, individually
and on behalf of R.K, B.K., and A.K., minor children,
Kristen Thompson, individually and on behalf of P.T., a
minor, Eren Dooley, individually and on behalf of G.D.,
a minor, Tom Collins, individually and on behalf of Q.C.,
a minor,

      CASE NO:

      Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD CORCORAN,
in his official capacity as Commissioner of the Florida Department
of Education, ORANGE COUNTY SCHOOL BOARD, MIAMI
DADE COUNTY SCHOOL BOARD, HILLSBOROUGH
COUNTY SCHOOL BOARD, PALM BEACH SCHOOL BOARD,
BROWARD COUNTY SCHOOL BOARD, PASCO COUNTY
SCHOOL BOARD, ALACHUA COUNTY SCHOOL BOARD and
VOLUSIA COUNTY SCHOOL BOARD,

      Defendants.

_____/

## **DECLARATION OF CHRIS RODRIGUEZ**

COMES NOW, Chris Rodriguez and pursuant to 28 U.S.C. § 1748, declares under

penalty of perjury that the foregoing is true and correct:

1. My name is Chris Rodriguez, and I am over 18 years old and have personal knowledge of
   the facts as stated herein.

**Exhibit "A"**

DocuSign Envelope ID: 235CB29C-80A8-4BFB-ADE9-2CD2EE2D2GD9

2. I am the parent and guardian of J.D.-F., my four year old son who is living with Chronic Kidney Disease – Stage 3.

3. J.D.-F., attends a Broward County public school and has an IEP.

4. His treating doctors and specialists have informed his parents, that it is too dangerous to return to brick-and mortar school without such precautions as following the recommended CDC guidelines of mandatory masking and regular testing in schools. His doctors have advised that if he catches the Covid-19 virus it could be fatal.

5. J.D.-F. has three other siblings who attend public school and are not yet eligible to be vaccinated. Due to the dangers facing J.D.-F., none of his siblings will be able to attend public school unless recommended CDC guidelines of mandatory masking and regular testing in schools are implemented.

6. I am seeking a reinstatement of a "full panoply of services" including but not limited to requirements to follow CDC guidelines including the wearing of masks in schools and live synchronous and asynchronous instruction with the same curriculum as in person instruction and the ability to interact with a student's teacher and peers equal to the options provided to nondisabled students.

FURTHER DECLARANT SAYETH NAUGHT.

*Chris Rodriguez*
_____
Chris Rodriguez

8/6/2021
_____
Date

**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Judy Hayes, individually and on behalf of W.H., a minor,
Robyn and John McCarthy, individually and on behalf
of L.M., a minor, Amanda Banek, individually and
on behalf of D.B. and B.B, minor children, Kas Arone-
Miller, individually and on behalf of R.M. and L.M.,
Minor children, Alisha Todd, individually and on behalf
of J.T, a minor, Jamie Kinder, individually and on
behalf of R.K., a minor, Chris Rodriguez, individually
and on behalf of J.D.-F., a minor, Jack Koch, individually
and on behalf of R.K, B.K., and A.K., minor children,
Kristen Thompson, individually and on behalf of P.T., a
minor, Eren Dooley, individually and on behalf of G.D.,
a minor, Tom Collins, individually and on behalf of Q.C.,
a minor,

CASE NO:

      Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD CORCORAN,
in his official capacity as Commissioner of the Florida Department
of Education, ORANGE COUNTY SCHOOL BOARD, MIAMI
DADE COUNTY SCHOOL BOARD, HILLSBOROUGH
COUNTY SCHOOL BOARD, PALM BEACH SCHOOL BOARD,
BROWARD COUNTY SCHOOL BOARD, PASCO COUNTY
SCHOOL BOARD, ALACHUA COUNTY SCHOOL BOARD and
VOLUSIA COUNTY SCHOOL BOARD,

      Defendants.

_____/

## **DECLARATION OF KRISTEN THOMPSON**

      COMES NOW, Kristen Thompson and pursuant to 28 U.S.C. § 1748, declares under

penalty of perjury that the foregoing is true and correct:

1. My name is Kristen Thompson, and I am over 18 years old and have personal knowledge
   of the facts as stated herein.

**Exhibit "A"**

2. I am the mother of P.T., my seven-year-old daughter who lives with Trisomy-18. Trisomy-18 also known as Edwards syndrome is when someone is born with an extra chromosome. Trisomy-18 causes severe developmental delays.

3. P.T. has severe developmental delays and has a tracheostomy. A tracheostomy is an opening created at the front of the neck so a tube can be inserted into the windpipe (trachea) to help you breathe. P.T. is at a higher risk to get Covid-19 if people around her are not wearing masks.

4. P.T. attends a public school in Alachua County and has an IEP and is on a modified curriculum also known as an access point curriculum.

5. Her treating doctors and specialists have informed her parents that it is too dangerous to return to brick-and mortar school without such precautions as following the recommended CDC guidelines of mandatory masking and regular testing in schools. No one can guarantee her safety.

6. P.T. cannot attend Florida Virtual School or any other virtual program as none provide FAPE; an Access Point Curriculum or the necessary supports, services and accommodations as identified in his IEP, including direct instruction from a special education teacher.

7. While Alachua County School Board did put in place a mask mandate it is only for two weeks, P.T.'s parents now need to decide whether to return P.T. to public school and risk her life or leave the public school system.

8. I am seeking a reinstatement of a "full panoply of services" including but not limited to requirements to follow CDC guidelines including the wearing of masks in schools and live synchronous and asynchronous instruction with the same curriculum as in person instruction and the ability to interact with a student's teacher and peers equal to the options provided to nondisabled students.

FURTHER DECLARANT SAYETH NAUGHT.

_____
Kristen Thompson

08/06/21
_____
Date

**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Judy Hayes, individually and on behalf of W.H., a minor,
Robyn and John McCarthy, individually and on behalf
of L.M., a minor, Amanda Banek, individually and
on behalf of D.B. and B.B, minor children, Kas Arone-
Miller, individually and on behalf of R.M. and L.M.,
Minor children, Alisha Todd, individually and on behalf
of J.T, a minor, Jamie Kinder, individually and on
behalf of R.K., a minor, Chris Rodriguez, individually
and on behalf of J.D.-F., a minor, Jack Koch, individually
and on behalf of R.K, B.K., and A.K., minor children,
Kristen Thompson, individually and on behalf of P.T., a
minor, Eren Dooley, individually and on behalf of G.D.,
a minor, Tom Collins, individually and on behalf of Q.C.,
a minor,

CASE NO:

     Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD CORCORAN,
in his official capacity as Commissioner of the Florida Department
of Education, ORANGE COUNTY SCHOOL BOARD, MIAMI
DADE COUNTY SCHOOL BOARD, HILLSBOROUGH
COUNTY SCHOOL BOARD, PALM BEACH SCHOOL BOARD,
BROWARD COUNTY SCHOOL BOARD, PASCO COUNTY
SCHOOL BOARD, ALACHUA COUNTY SCHOOL BOARD and
VOLUSIA COUNTY SCHOOL BOARD,

     Defendants.

_____/

## **DECLARATION OF ALISHA TODD**

     COMES NOW, Alisha Todd and pursuant to 28 U.S.C. § 1748, declares under penalty of

perjury that the foregoing is true and correct:

1. My name is Alisha Todd, and I am over 18 years old and have personal knowledge of the facts as stated herein.

# Exhibit "A"

*Declaration of Alisha Todd*
*Page 2 of 2*

2. I am the mother of J.T., my ten-year-old son who lives with Autism; Hyperekplexia (a genetic disorder); and a Chiari Malformation. A Chiari malformation is a problem in which a part of the brain (the cerebellum) at the back of the skull bulges through a normal opening in the skull where it joins the spinal canal. This puts pressure on parts of the brain and spinal cord.

3. J.T recently had brain surgery, about a month ago, for his Chiari malformation syndrome.

4. J.T goes to school in Palm Beach County. He is in a general education setting on a modified curriculum also known as an Access Point curriculum, and has an Individualized Educational Plan otherwise known as an IEP.

5. His treating doctors and specialists have informed me that it is dangerous to return to brick-and mortar school. without such precautions as following the recommended CDC guidelines of mandatory masking and regular testing in schools. No one can guarantee his safety. No one can guarantee their safety. (See Attached Exhibit A).

6. I would consider participating in district learning; however, the district my request stating that the Florida Department of Education has advised the district that the district is not allowed to offer the "full panoply of services" including live synchronous and asynchronous instruction with the same curriculum as in person instruction and the ability to interact with a student's teacher and peers.

7. J.T. cannot attend Florida Virtual School or Palm Beach County Virtual school as neither provides FAPE; an Access Point Curriculum or the necessary supports, services and accommodations as identified in his IEP, including direct instruction from a special education teacher. Palm Beach County suggested that families with children on access point curriculums leave the Palm Beach Public Schools and enroll in Hendry County Virtual School.

8. I am seeking a reinstatement of a "full panoply of services" including but not limited to requirements to follow CDC guidelines including the wearing of masks in schools and live synchronous and asynchronous instruction with the same curriculum as in person instruction and the ability to interact with a student's teacher and peers equal to the options provided to nondisabled students.

FURTHER DECLARANT SAYETH NAUGHT.

_____        _____
Alisha Todd                                                    Date: 8/5/2021

**Exhibit "A"**

# Exhibit A

Exhibit "A"

PALM BEACH PEDIATRICS PA • 6080 Boynton Beach Blvd., BOYNTON BEACH FL 33437-3586

(id #106239, dob:                    )



Date: 08/04/2021
RE:            , DOB: ]            PT ID #106239

To Whom It May Concern,

        has Autism Spectrum Disorder, Hereditary Hyperekplexia (genetic disorder) and recently underwent surgery for Chiari Malformation at the end of June. He is also under the recommended age for COVID vaccination and unable to receive a vaccine at this time. The school he is attending is unable to provide social distance due to the classroom sizes and due to his needs it would be endangering him for increased risk of COVID-19 exposure at a school with no mask mandate.

If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: SHANNON FOX-LEVINE, MD 08/04/2021

**Exhibit "A"**