EMERGENCY RULE OF THE SCHOOL BOARD OF HILLSBOROUGH COUNTY

WHEREAS, Article IX, § 1 of the Florida Constitution provides for a uniform, efficient, safe, secure, and high-quality system of free education; and

WHEREAS, To achieve a uniform, efficient, and safe school system, the Florida Constitution created school boards (Art. IX); and

WHEREAS, The Florida Constitution grants the school boards the right to "operate, control, and supervise all free public schools." *See* Art. IX, § 4 (Fla. Const.); and

WHEREAS, The School Board of Hillsborough County, Florida (the "School Board") is a duly elected body; and

WHEREAS, The School Board is responsible for the "proper attention to health, safety, and other matters relating to the welfare of students." Fla. Stat. § 1001.42(8)(a); and

WHEREAS, The School Board also has supplemental powers to "adopt programs and policies to ensure appropriate response in emergency situations." Fla. Stat. § 1001.43(7); and

WHEREAS, Hillsborough County Public Schools is the seventh largest school district in the United States with approximately 214,920 number of students and approximately 24,596 number of staff; and

WHEREAS, The School Board of Hillsborough County values the health, safety, and welfare of its students and the district staff; and

WHEREAS, The Delta variant of COVID-19 has been shown to be highly transmissible; and

WHEREAS, the Governor of Florida issued Executive Order 21-175 which in part directed the Florida Department of Health and the Florida Department of Education to immediately execute emergency rule to ensure safety protocols for controlling the spread of COVID-19 in schools; and

WHEREAS, The Florida Department of Health executed Emergency Rule 64DER21-12 which provides in part "Students may wear masks or facial covering as a mitigation measure; however, the school must allow for a parent or legal guardian of the student to opt-out the student from wearing a face covering or mask"; and

WHEREAS, The 2021-2022 school year began on August 10, 2021 in Hillsborough County; and

WHEREAS, As of August 18, 2021 the school district released the following information showing 10,384 students in isolation or in quarantine and 338 employees in isolation or quarantine; and

EXHIBIT 1

WHEREAS, Based on the large number of quarantines and cases, there was an immediate danger to public health, safety, and welfare that required emergency action; and

WHEREAS, The Chair of the School Board called an Emergency meeting of the School Board to immediately address the emergency; and

WHEREAS, The School Board of Hillsborough County met in Emergency session on August 18, 2021; and

WHEREAS, The School Board of Hillsborough County heard from the Hillsborough County Department of Health and medical experts and doctors from Tampa General Hospital; and

WHEREAS, The Hillsborough County Department of Health provided data about the spread of COVID-19 in Hillsborough County that is attached to this Rule as Exhibit A; and

WHEREAS, The first week of school in August 2020, 51 students and 17 staff reported a positive COVID-19 diagnosis; and

WHEREAS, The first week of school in August 2021, 307 students and 59 staff reported a positive COVID-19 diagnosis; and

WHEREAS, Of the approximately 214,920 number of students within the district, 14.7% are under the age of 12, and therefore, not eligible for the vaccine at this time (in addition to other, older students, who may not be able to take the vaccine for reasons unrelated to their age); and

WHEREAS, The doctors and medical experts from Tampa General testified that the wearing of masks and vaccines are the most effective tools for controlling the spread of COVID-19 in schools; and

WHEREAS, Vaccination and masks are the most effective practice to mitigate any type of transmission in the school setting. Masks protect the wearer and those around them by protecting against the transmission of large droplets from child to another.

WHEREAS, Mask usage is beneficial to keeping children in school for in-person learning because when two students both wear masks and one tests positive for COVID-19, this is not considered a close contact, thereby eliminating the need for the student who did not test positive for COVID-19 to quarantine; and

WHEREAS, The U.S. Food & Drug Administration ("FDA") previously stated: "There is no adequate, approved, and available alternative to the emergency use of face masks for source control by the general public … to help prevent the spread of the virus due to face mask shortages during the COVID-19 pandemic"; and

WHEREAS, The 7-day average positivity rate for COVID-19 in Hillsborough County as of August 14 is 21.73%; and

WHEREAS, On August 14, 2020, the 7-day average positivity rate in Hillsborough County was 8.65%; and

WHEREAS, The Re-opening Plan for Hillsborough County Public Schools in the 2020-2021 school year approved by the state had a mandatory facial covering requirement with an opt-out option for parents with a medical certification (The medical certification form is attached as Exhibit B); and

WHEREAS, The School Board of Hillsborough County adopted the same facial covering requirement previously approved by the state during a time when the positivity rate was much lower than it is currently (The Districts Reopening Plan for 20-21 is attached as Exhibit C); and

WHEREAS, The School Board's mandatory facial covering requirement from the Re-opening Plan for Schools in the 2020-2021 approved plan was found to be constitutional. *See Levonas, et al., v. Hillsborough County School Board, Florida and Superintendent Addison Davis*, Case No. 20-CA-6542 (Fla. 13th Cir. Ct., Dec. 15, 2020) (The case is attached as Exhibit D); and

WHEREAS, The district will honor, to the greatest extent possible, the medical exemptions of the students who opted out of the facial covering requirement last school year so those parents will not have to complete a new form; and

WHEREAS, The Emergency Rule executed by the Department of Health does not prohibit the requirement of a medical certification for opting out; and

WHEREAS, The Emergency Rule adopted by the School Board of Hillsborough County gives the decision opting out of the facial covering requirement to the parent with a medical certification; and

WHEREAS, Masks are not considered medical devices or medical treatment; (*See* *Levonas*); and

WHEREAS, The Center for Disease Control ("CDC") recommends children in schools wear facial coverings indoors (The CDC Guidelines are attached as Exhibit E).

NOW, THEREFORE, THE SCHOOL BOARD OF HILLSBOROUGH COUNTY ENACTS THE FOLLOWING EMERGENCY RULE PURSUANT TO SECTION 120.54 FLORIDA STATUTES:

I. Subject to the medical exception below that a parent may choose to utilize to opt-out of this Rule, all individuals, including students, teachers, staff, and employees, shall wear a facial covering that covers both the nose and mouth at all times while at or inside any building, facility, or bus or other vehicle owned, leased, or operated by the School Board.

II. **Medical Exemption.** A face mask will not be required when a face covering would cause an impairment due to an existing health condition (medical certification required). In order for a student to claim an exemption due to an existing health

condition, the district will require medical certification from a licensed health care provider that the student has a medical, physical or psychological condition that prevents the student from being able to safely wear a face covering, and description of the medical reason.

a. The Face Covering Medical Exemption Form is attached hereto as Exhibit B.

b. Students with an approved exemption from on file from the 2020-2021 school year are <u>not</u> required to file a new exemption form for the 2021-2022 school year.

III. **Duration of Emergency Rule**. This Emergency Rule was approved by the School Board on August 18, 2021, for the thirty-day period commencing on Thursday, August 19, 2021 through and including Friday, September 17, 2021.

IV. **Basis for Emergency Rule.** This Emergency Rule is based upon the School Board's findings at the Emergency Session held August 18, 2021, including, but not limited to, the number of students and staff in isolation and quarantine, the testimony from the doctors and medical experts from Tampa General and Florida Department of Health, who testified that the wearing of masks and vaccines are the most effective tools for controlling the spread of COVID-19 in schools, and the extremely concerning daily increase in students, teachers, and staff testing positive with COVID-19 or subject to quarantine.

Exhibit A

# COVID-19 Data Review
## Children and Schools Focus
## 8.18.2021

Florida HEALTH
Hillsborough County

Michael Wiese, MPH, CPH
Epidemiology Program Manager
Florida Department of Health-Hillsborough County

# Hillsborough County COVID-19 Cases and Positivity March 1, 2020 – August 14, 2021



# Hillsborough County COVID-19 Case Rate (per 100,000), by Pediatric and College Age Groups



# Comparison of 2020 to 2021 School Year

| | Start of 2020 School Year Average Cases Per Day | Start of 2021 School Year Average Cases Per Day | Change |
|---|---|---|---|
| Preschool | 11 | 70 | 536% |
| Elementary | 13 | 117 | 800% |
| Middle/High | 24 | 134 | 458% |
| Total County | 458 | 1622 | 254% |

First week of School 2020: 51 students +, 17 staff +

Peak 2020-2021: 340 students +, 110 staff + (January 10 – 16)

First week of 2021*: 307 students +, 59 staff + *(*data entry ongoing)*

# Hospitalizations

- Hospital visits and hospital admissions related to COVID are both at the highest levels seen at any point in the pandemic
- Majority of hospitalizations are in unvaccinated
- Pediatric hospitalizations represent a small percentage of all COVID hospitalizations
  - But pediatric ED visits and admissions are both increasing in the past 2 weeks

# Variant Data, Breakthrough Cases And Deaths, Hillsborough County

- 99% of recent Hillsborough cases tested were Delta variant

## Summary of COVID-19 Cases and Deaths, January 2021-Present

| | Total Population | | 65 and Over | | Under 65 | |
|---|---|---|---|---|---|---|
| Cases By Vaccination Status | Number | % | Number | % | Number | % |
| Fully Vaccinated | 1,545 | 1.4% | 548 | 5.3% | 997 | 1.0% |
| Partially Vaccinated | 1,286 | 1.2% | 351 | 3.4% | 935 | 0.9% |
| Unvaccinated | 107,162 | 97.4% | 9,518 | 91.4% | 97,644 | 98.1% |
| Deaths By Vaccination Status | Number | % | Number | % | Number | % |
| Fully Vaccinated | 31 | 4.3% | 29 | 5.2% | 2 | 1.2% |
| Partially Vaccinated | 51 | 7.0% | 43 | 7.8% | 8 | 4.7% |
| Unvaccinated | 642 | 88.7% | 481 | 87.0% | 161 | 94.2% |

# COVID-19 Vaccinations, as of 8/14/2021

- 43% of 12-19 yo with at least 1 dose
- 32% fully vaccinated
- 84,389 eligible 12-19 yo are **unvaccinated**



# Age group percentage vaccinated with at least one dose and eligibility, Hillsborough County



# Thank you!

Exhibit B

**School Board**
Melissa Snively, Chair
Steve P. Cona III, Vice Chair
Lynn L. Gray
Stacy A. Hahn, Ph.D.
Karen Perez
Tamara P. Shamburger
Cindy Stuart

Hillsborough County
PUBLIC SCHOOLS
Preparing Students for Life

**Superintendent of Schools**
Addison G. Davis

# HILLSBOROUGH COUNTY PUBLIC SCHOOLS

## Face Covering Medical Exemption Form

The health and safety of our students and staff is our top priority. To ensure a safe environment, masks will be required for all students, staff, and visitors on Hillsborough County Public Schools property. The school district's mandate is aligned with CDC guidelines and recommendations from the Florida Department of Health. The experts agree that face coverings are one of the most effective means for preventing the spread of COVID-19. If your child has a medical, physical, or psychological condition that prevents the child from wearing a face covering, please consult with your medical provider and complete this form.

| **Student Information** | **Parent/Guardian Information** |
|---|---|
| Student Name: | Parent Name: |
| Student Number: | Parent Signature: |
| School: | Contact Number: |
| Date: | Contact Email: |

Please attach medical certification from a licensed health care provider that includes a description of the medical reason for the exemption. Submit this form and medical documentation to your child's school. District staff will validate all medical certifications.

Exhibit C




# Hillsborough County Public Schools

# Reopening Plan 2020-2021

# Table of Contents


School Board of Hillsborough County .......... 2
Introduction Letter: Addison Davis .......... 3
COVID-19 Timeline .......... 4
Why Reopening Our Schools Is Critical .......... 7
Guiding Principles for Reopening Schools .......... 8
Strategic Reopening of Schools .......... 9
Safety First Philosophy .......... 10
Student & Staff Experience at a Glance .......... 11
What Returning to School Will Look Like for Students and Staff .......... 12
Campus Health and Wellness Protocols .......... 14
School-based Employee or Student Positive COVID Results .......... 23
Central Office Employee Positive COVID Results .......... 24
In-School Contact Tracing System .......... 25
COVID Positive Cleaning Protocol .......... 26
Reopening Hillsborough County Public Schools .......... 29
Exceptional Education .......... 32
Deciding on an Instructional Model .......... 34
Differences: Traditional Instruction vs. eLearning .......... 35
Differences Between: eLearning & Hillsborough Virtual School .......... 50
Mental Health Guidance for Reopening .......... 51
Next Steps .......... 52

# School Board of Hillsborough County

Hillsborough County
PUBLIC SCHOOLS
Preparing Students for Life

**Melissa Snively, Chair, District 4**

**Steve Cona, Vice Chair, District 1**

**Dr. Stacy Hahn, District 2**

**Cindy Stuart, District 3**

**Tamara Shamburger, District 5**

**Karen Perez, District 6**

**Lynn Gray, District 7**

# INTRODUCTION:
## Superintendent Addison Davis



"The secret of change is to focus all of your energy, not on fighting the old, but on building the new." Consistent with modern educational practices influenced by the Greek philosopher Socrates, teaching and learning is an ever-changing exercise of thought and frustration. It is in the latter that learning truly takes place, and Hillsborough County Public Schools, like school districts across the country, has certainly experienced these fundamental truths as we have navigated the challenges of closing out the 2019-20 academic year. However, the opportunity to rise, to learn from the teaching, is why I share with you this 2020-21 School Reopening Plan.

Reopening schools during a global pandemic is indeed critical to the strength of a society in general, but to the health of its youth specifically. Without education, our children will be relegated to a future with limitations and without hope. If our experiences over the past four months has taught us anything, it is the importance of the relationships that the school and the community share with one another. We are more than just "day care" for children in the neighborhood; we are the neighborhood and the care that shapes the future.

This School Reopening Plan aims to define clear guidance for how we will open our doors, physically and virtually, that is aligned with the regulations developed in collaboration with state and national authorities. Our first commitment is to the students, staff and families we serve. **Our priority must be to keep them safe.**

The areas outlined in this plan represent major considerations our district is addressing to reopen schools, and to keep them open as a source of hope and comfort for our district family. Each department has contributed to the various elements and consulted with local health experts from such places as Tampa General Hospital, USF Health, and the Hillsborough County Department of Health, as well as large corporation CEOs, local community groups, teachers, parents, and school administrators. From that consultation, we believe we have found a balance between doing what's right for kids, and what's safe for all.

Of course, as with every plan of this magnitude and under these ever-changing conditions, this document will remain fluid and change as necessary based on guidance from state agencies and local health experts, as well as our students, staff and families. We will be ready to act should it be required, knowing that we have been provided thoughtful counsel and established deliberate actions to protect our stakeholders.

We hope that everyone will review this plan and be a partner in the work. Feedback is always respected and necessary if we are to change together; grow together; build something new and powerful together.

We look forward to the 2020-21 academic year, no matter what challenges it may bring because together we can **Accelerate Hillsborough!**

Sincerely,

Addison G. Davis
Superintendent

# COVID-19 Timeline

## Timeline of Events

Hillsborough County Public Schools pivoted with extraordinary success on March 13th, 2020 when the State Department of Education recommended the closure of schools because of COVID-19 concerns. Since then, students, staff and families have been flexible while continuing to navigate through this national pandemic and work toward reopening schools for the 2020-21 school year.

For your review, below is a timeline of events related to school close and our reopening date:

**JANUARY**
Preparations Begin

**February 27, 2020:**
District releases overview of proactive preparations for school campuses to prevent virus spread

**March 1, 2020:**
Governor Ron DeSantis announces the first two confirmed cases of COVID-19 in Florida. The Department of Health declares a public health emergency.

**EARLY MARCH**
First Cases Appear

**March 2, 2020:**
Crews begin installing hand sanitizers at the main entrance of schools, as well as in all 900+ buses. Flyers distributed across school campuses.

**March 6, 2020:**
Schools receive first shipments of disinfecting wipes for classroom spot cleaning.

**March 12, 2020:**
Out of an abundance of caution, the District closes Farnell Middle School for two days because a person regularly on Farnell's campus had recent contact with someone who tested positive for COVID-19.

**MID MARCH**
Closures Announced

**March 13, 2020:**
The Florida Department of Education gives the directive for all districts in Florida to close schools for two weeks due to COVID-19.

**March 17, 2020:**
The District announces its Grab-and-Go meal distribution in order to provide nutritious meals for students during school closures.

**March 17, 2020:**
Governor Ron DeSantis orders all schools in Florida closed until April 15.

**March 22, 2020:**
District unveils hotlines to help students and staff during the school closure, including eLearning support, mental health supports, technology support and general information.

**LATE MARCH**
eLearning Announced

**March 23, 2020:**
**Set up for Success Week** begins. This week is created for Hillsborough County Public Schools in order to familiarize students, families and staff with the new eLearning process.

**March 30, 2020:**
eLearning through the Hillsborough County Public Schools eLearning Contingency Plan begins.

**April 18, 2020:**
The FLDOE extends school closures and distance learning statewide through the end of the school year.

**APRIL**
Statewide Closures

**May 29, 2020:**
Last day of school for Hillsborough County Public Schools. Students had been eLearning for 59 days.

**MAY**
Last Day of School

**June 11, 2020:**
FLDOE releases guidance on reopening schools for the fall.

**EARLY JUNE**
Reopening Plans

**June 15, 2020:**
Phase one of reopening outdoor facilities for athletics and extracurricular activities begins. Virtual Summer School begins with eLearning as the primary source of instructional delivery.

**June 22, 2020:**
District reopens school sites for Summer HOST and VPK.

**June 23, 2020:**
Superintendent Addison Davis presents his School Reopening Plan to the School Board during a workshop.

**LATE JUNE**
Phase II Reopening

**June 29, 2020:**
Phase two of reopening facilities for athletics and extracurricular activities begins. Locker rooms, weight rooms and indoor courts are now available for use, while still following FHSAA guidelines.

**JULY**
Parent Choices

**July 1, 2020:**
Parents receive Declaration of Intent form to choose what type of learning model their child will return to in the fall.

**July 6, 2020:**
The Florida Department of Education issued an Executive Order mandating five-day-per-week, on-site instruction.

**July 15, 2020:**
Superintendent Addison Davis announces a two week delay to the start of the school year.

**July 16, 2020:**
Superintendent Addison Davis presents Reopening Plan to the School Board at a workshop.

**July 17, 2020:**
Parents finalize selections for individual learning models for students.



# Why Reopening Our Schools Is Critical

Returning students to the classroom is critical to their educational experience specifically and for reopening our economy in general. We understand that many parents cannot return to work without schools providing brick-and-mortar learning for our students. According to the Florida Department of Education, nearly two-thirds of employed parents in Florida say school closures have hurt their ability to perform their job during this unprecedented time.

Additionally, reopening schools is critical for eliminating the achievement gap. The impact of school closures is disproportionately felt by low income and marginalized students. There is little doubt that this worldwide pandemic, and its resulting school closures, have widened and highlighted this achievement gap and is wildly unacceptable. Returning students to brick-and-mortar classrooms is a major step to helping students bridge the gap and preparing them for jobs that do not even exist today.

**Educational programs are inherently designed for social development**

- **The impacts of school closures are disproportionately felt by low income and marginalized students**
- **COVID-19 will likely widen achievement gaps. The new subgroup in education is students without computers & Internet**

**Nearly 2/3 of employed parents in Florida say school closures have hurt their ability to perform their job**

- **Lower wage workers are caught in-between the forces of business closures & school campus closures**
- **Self-isolation has deep psychological impacts**

# Guiding Principles for Reopening Schools

Ensure the **safety** and **wellness** of students and staff

Deliver **high-quality** instruction to **students,** regardless of delivery model

Provide parents **flexibility** and **choice** in instructional delivery models

# Strategic Reopening of Schools

Our district invited parents and families into the conversation in our quest to develop robust instructional models for learners in the fall. Parents made it clear through our School Reopening Survey that they want choices and flexibility as our community continues to fight against COVID-19.

This survey was electronically delivered to all families via the Parentlink system and staff through First Class. Parents were asked their level of comfort in sending their learner back to school, as well as interest in virtual learning options.

Parents were split down the middle in our School Reopening Survey, with a little over half indicating they would be comfortable sending students back to traditional face-to-face instruction in the fall.

**Comfortable to Return**

**Total Parent responses: 52,883**

28,100 Parents - Comfortable to Very Comfortable
24,783 Parents - Not Comfortable or Somewhat Uncomfortable

**52.7%**

**Total Staff Responses: 9,245**

4,807 Staff - Comfortable to Very Comfortable
4,501 Staff - Not Comfortable or Somewhat Uncomfortable

**51.9%**

This survey was an integral part of our district's planning process as we proactively developed safety protocols for each instructional model. The survey was important in understanding stakeholders' attitudes and beliefs about COVID-19, which will allow the district to better align with stakeholders' needs and expectations.

# Student & Staff Experience at a Glance



1. Before Arrival



2. Upon Arrival



3. Controlled Campus Movement



4. Classroom Modifications



5. Extracurriculars & Athletics



6. Cleaning & Sanitizing

# What Returning to School Will Look Like for Students and Staff

## At a Glance

Students and staff will return to campuses with increased health and safety measures in order to combat the effects of COVID-19 in our schools. District leadership has received input from all stakeholders and engaged in meaningful conversations with health authorities to create a reopening plan with safety and health at the forefront.

## Face Coverings



Face coverings will be required based upon best available data and input from local health authorities, the School Board, CDC guidelines and stakeholder groups including teachers and parents. Social distancing is not always possible in school settings, therefore, students and staff will be provided with reusable masks and expected to wear them while on campus where social distancing is not possible and when exemptions do not apply.

## Social Distancing



Students will practice social distancing from the arrival on campus through departure. Students will load on school buses from back to front, increasing social distancing and limiting exposure to others. Grab-and-go breakfasts will be available, and where possible eaten in classrooms in order to deter students from congregating in the lunchroom. Staggered release schedules may be utilized in an effort to decrease crowding

## Limited Access to Visitors and Volunteers



It is essential to create a healthy and safe environment by limiting potential COVID-19 exposure whenever possible. Our district will be limiting access to visitors and volunteers to appointment only. A request must be made 24 hours in advance. Administrators will establish protocols for greeting visitors and the use of screenings and temperature checks.

## Additional Hand Sanitation Stations




Each classroom will be outfitted with additional sanitation stations with a variety of supplies to encourage proper cleaning practices. Each station will include gloves and disinfectant wipes for spot cleaning, along with hand sanitizer. Students and staff will work together to ensure everyone is contributing to a healthy environment by wiping surfaces after classroom instruction is complete.

## Classroom Modifications



Student desks will be spaced six feet apart when possible. Extraneous furniture will be removed from each classroom as much as possible for proper social distancing practices. Administrators will view and approve classroom designs prior to the start of the school year.

## Controlled Movement Patterns



To limit COVID-19 exposure and promote social distancing, students will move in cohorts where possible throughout the day, utilizing controlled movement patterns based on signage throughout campus. Staggered dismissal patterns will be devised, with designated drop-off and pick-up areas for walkers and bike riders.

## Common Area Modifications




Students will be monitored in all common area locations to encourage social distancing practices. Elective classes and special resource classes such as Physical Education, Art and Music will adhere to social distancing while limiting collaborative activity and shared resources. Elective coursework will not include contact sports.

## Meal Service



Students will receive meals in a grab-and-go style in the morning and will be asked to eat in their classrooms when possible. Students will be distanced in the lunch line and will not be using a pin pad to complete their lunch transaction. Lunch will include pre-packaged items that can be picked up quickly to reduce time waiting in line. Lunch arrival and dismissal will be staggered.

## Mass Gatherings



For the safety of staff and students on campus, pep rallies, assemblies and other large gatherings will not be permitted until further notice.

## Extracurricular Activities and Athletics



Extracurricular activities should be done virtually where feasible. Our district will follow guidance from the Florida High School Athletics Association to make a determination on fall sports. Currently, athletes are taking part in outdoor and indoor workouts in smaller, socially distanced groups while eliminating shared water bottles and towels.

### Before and After School Programs

Student-to-staff ratios will be reduced to encourage social distancing. Staff and students will practice frequent hand washing. Students will be assigned to small, separate groups with staggered outdoor activity time.



# Campus Health and Wellness Protocols

As students and staff return to face-to-face instruction in the fall, their traditional environment may look different due to enhanced safety and health protocols. This new normal will require an adjustment for all, but ultimately these changes will keep health and safety as the top priorities on every campus.

### Face Coverings

Superintendent Davis collaborated with local medical authorities to guide decision-making regarding guidelines to ensure safety for our entire district. After listening to the medical community, along with concerns from parents and staff, the district will require face coverings for students and staff where social distancing is not possible. According to the CDC, face coverings have been shown to be an effective tool in slowing the spread of COVID-19 in concert with social distancing, hand washing and disinfecting.

- **Face covering requirements:** Students, staff, vendors and visitors will be required to wear face coverings on campus when social distancing is not possible. Students shall wear these face coverings during extracurricular activities, as well as on school buses. Students wearing face coverings from home must be school appropriate and shall not interfere with the district's dress code policy.

- **Masks provided:** Staff members and students will receive an allotted number of reusable cloth masks from the district on the first day of school to ensure each person on campus is following proper safety precautions. If a staff member or student forgets or loses the mask, a disposable one will be provided for the day.

- **Enforcement:** School administration or staff will be stationed at entry points throughout each campus to remind students to wear face coverings prior to entering campus. In instances where reusable masks are left at home, a disposable mask will be provided for the day. Students who repeatedly do not wear a mask on school grounds will be educated on their importance while faculty will work to use restorative practices to encourage students to utilize a mask. Each school will have a COVID Point Person to work on compliance issues at the school level.

- **Common areas and classrooms:** Students must wear face coverings in each area where social distancing is not possible. This includes a classroom if desks are not spaced at least six feet apart, as well as cafeterias, hallways and other shared spaces. Teachers can work with students to provide designated "mask breaks" during which time students will be socially distanced.

- **Exemptions:** Students or staff must have a medical issue for which a face covering would cause an impairment. There is also an applicable exemption for students or staff who need to communicate with someone who is hearing impaired and needs to see the person's mouth to communicate.

## Social Distancing

It is our goal that as we reopen schools and welcome children into a new year of learning, that we mitigate the health concerns with which we are faced, and focus on providing high-quality instruction and engagement for every student despite the circumstances. While in theory social distancing is antithetical to modern educational practices, it is perhaps one of our most important tools in reducing the spread of COVID-19 and it will be included in each aspect of campus life.

## Classroom structure

- Every classroom will be designed to maximize space and distance between each student. Classroom furniture will be rearranged to provide additional space. Administrators will preview and approve classroom designs prior to the start of school, and throughout the school year as adjustments are required.



- Students will be encouraged to take hand-washing breaks throughout the day, in addition to washing hands before and after eating, as well as before sharing materials. Hand soap and paper towels will be provided at every sink. Hand sanitizer will be in each classroom.

- Teachers will minimize the use of shared items in the classroom, including learning tools, pencils and other items shared in a group setting. If any group activities occur, students shall wear masks. In all instructional models, students will be provided materials to avoid sharing of items. The site-based administrator will determine site-based procedures that minimize the spread of the virus including minimal transitions and consistent grouping whenever possible. This includes all classroom settings, teacher directed PE, specials, and special education services locations when possible and appropriate.

- School administrators will need to establish a way to inventory shared items for each curriculum and see how additional items can be ordered. If additional items are not readily available to the school, consultation with content supervisors will be required. School supply lists will need to be reviewed by school leadership team to avoid hardships on families. SROs will not be enforcing the facial covering mandate.

- Teachers will increase the use of digital instruction where possible to limit the spread of germs in classroom areas.

- Administrators will create site-based procedures for community restrooms and confined spaces to allow for social distancing and proper hand washing.

- Signage will be utilized to ensure procedures are listed in these areas. School-based staff will teach and implement these procedures for these areas.



## Cafeteria and Lunch Structure

- All schools will participate in a grab-and-go breakfast program utilizing breakfast carts. Each site will receive 6 carts minimum or more based on enrollment. School administrators will establish expectations for breakfast. Plans for inclement weather will be included.

- Schools will explore in-class meal service options when possible. Elementary plans can include carts located in geographical/grade level locations, including Student Nutrition Staff members delivering grab-and-go breakfast bags for each classroom.

- During cafeteria orientation, administrators will explain to students that they are not to pass or share any items, including food, with other students.

- Administrators will ensure tables are labeled to identify seating by class and specialized seating for students with health conditions.

- Administrators will educate students and post signs on proper entering, exit and disposal of trash procedures.

- Students will wait in line in a socially distanced manner. They will not use pin pads for lunch transactions; instead Student Nutrition Services staff will key student numbers in.

- Lunches will be scheduled to allow social distancing whenever possible. Students will eat in a designated area daily. Student nutrition services and Administrators will develop a protocol for using outdoor or classroom lunch options. Protocols will include a schedule for increased supervision.

- Custodial staff will create a schedule to clean tables and classrooms throughout the day.

- Students will be reminded that the expectation is to wear face covering up to the point of beginning their meal and immediately upon finishing the face cover will be put back on. Any free time/recess after eating commences will require face coverings to be placed back on.

- Administrators will consider implementing the following seating and movement procedures when possible:

  ~ Designate areas in the cafeteria for students with underlying health conditions to limit exposure to other students
  ~ Closing off seats so that students cannot sit opposite of each other and must sit in a zig-zag pattern, leaving space between seats.
  ~ Avoid seating students near high traffic entry/exit areas.
  ~ Providing physical guides when possible to ensure that students remain at least six feet apart while moving around in the cafeteria or waiting in line. For example: floor decals, colored tape, or signs to indicate where students should sit or stand can be used to guide students safely.
  ~ Administrators will establish one entrance and one exit for a designated eating area to help control traffic flow and monitor how many people are allowed in each room.
  ~ Administrators will create one-way traffic flow for thoroughfares, including cafeteria lines or areas where lines may form, and general foot traffic.




## Transportation

- Students will be encouraged to stay socially distanced while at the bus stop. This must be a joint education effort between families and school personnel.

- Students will be socially distanced as much as the physical capacity of the bus allows. Students will load the bus from back to front in order to encourage social distancing throughout the bus ride.

- School administration, in conjunction with the driver, will establish seating charts with social distancing in mind to the best of their ability.

- Hand sanitizer stations will be on each bus, and students will be encouraged to use it upon entry and exit. Students will also wear masks while social distancing. Bus drivers will have disposable masks to hand out to students in the event a student does not have his or her mask.

- Ventilation will be incorporated into the bus along with air conditioning systems.

- Although the CDC recommends cleaning buses once a day, our district will clean buses twice per day. Bus drivers will wipe down high-touch areas between each run.




## Arrival and Dismissal

- Schools will establish arrival and dismissal procedures to minimize crowding and transmission of COVID-19, including drop-off and pick-up points for walkers and bike riders. Special education students and bus riders will be prioritized to decrease foot traffic.

- Dismissal procedures will include transition directives and pathways that limit the mixing of cohorts of students. Signage will be provided to remind students and parents of the traffic flow pattern upon entrance and exit of school grounds.

- Additionally, school-based teams will establish a rainy-day plan. All arrival and dismissal plans will allow for social distancing where possible. Students will be supervised by staff throughout dismissal. Students will always be required to wear their face covering during dismissal.

- Dismissal procedures will include a staggered entrance and exit of the school. Car line will also be staggered for both arrival and dismissal.

- Schools will clearly message families regarding times when supervision is available and when students are permitted on campus.

- Administrators will create site-based protocols for all late arrival and early pickup. Parents/guardians picking students up will have to wait in the designated area, with face covering, and student will be escorted to them.



## Movement Procedures

- Students will walk only on the right-hand side of all hallways. Schools will utilize signage on walls to encourage proper movement to limit contact, as well as floor signage to encourage 6-foot distancing where possible.

- School administration will establish one direction hallways (where available) to assist with the flow of student movement.

- Staff members will monitor hallways and escort class changes when possible to ensure steady flow of students with no congregation in hallways.

- In elementary schools, teachers will reduce classroom transitions by rotating classrooms themselves rather than utilizing student rotation.

## Access Control

- All district, school-based staff, vendors, community members, and visitors will be required to sign in with a designated staff member for daily temperature checks.

- Visitors must have prior approval from staff member at least 24 hours prior to visitation on campus. Appointments will be timebound.

- Administration will determine whether meetings can be held virtually instead of in-person.

- School administration will establish a wait line system for offices and visitors where inadequate barrier systems might exist. This system should be limited to 2-3 people at a time with socially distancing strictly enforced.

- All visitors must where face coverings while on campus.



## Health and Wellness Processes

### Screenings

- All visitors will be screened via a symptom screening form. School administration will be responsible for cross-training appropriate support staff members to assist in visitor screenings.

- All employees including HOST members will be required to sign in with a designated staff member every day for temperature checks upon arrival. The school will develop a protocol for staff who exhibit symptoms of COVID-19.

- Students shall be self-screened at home with parents or guardians to ensure absence of symptoms. Teachers and staff will evaluate students throughout the day, including asking students how they are feeling and observing general wellness.

- Before entering a school or district building, you should assess your wellness with the following questions:

- Have you experienced any of these symptoms, not associated with previously diagnosed conditions, in the past 72 hours:
  - ~ Fever greater than 100.4F/chills
  - ~ Cough/shortness of breath
  - ~ New loss of taste or smell
  - ~ Nausea/vomiting/diarrhea
- In the last 14 days, have you:
  - ~ Been in close contact with anyone who has been diagnosed with COVID-19
  - ~ Been placed on quarantine for possible contact with COVID-19
  - ~ Traveled abroad to an area of the country where it is recommended that you self-quarantine
  - ~ Have a COVID-19 test pending



## Clinic Protocols

Our district is committed to assigning full-time nurses for each school to help create a safe and healthy environment. There will be two separate rooms for students with basic first aid situations, and students exhibiting symptoms of COVID-19. Students exhibiting possible COVID-19 symptoms will be isolated from others within the clinic area.

## Positive COVID-19 Case Confirmation

- **Communication**: Upon notification of a positive result, a parent or employee will notify their principal or supervisor, respectively. The principal or supervisor will notify the regional superintendent or assistant superintendent/chief, who will notify the COVID-19 commander. Upon receipt, the COVID-19 Commander

will communicate details with the Supervisor of School Health Services, Director of Safety and Risk Management, and the Chief of Communications and Media Relations. The Chief of Communications and Media Relations will alert the Superintendent, anyone who has come into direct contact with the positive individual, and the school site.

- An individual tests positive for COVID-19: Individual should follow the recommendations of their healthcare provider for isolation protocol.

- **Returning to campus:** At least 10 days have passed since symptoms appeared; at least 72 hours fever-free without using fever-reducing medication, and all other symptoms have subsided.

- **Contact tracing:** Hillsborough County Public Schools is collaborating with the Department of Health to conduct contact tracing. Upon notification of a positive case on campus, the district's Department of School Health Services will also communicate with administration to track movement of the person who tested positive and secure affected areas. Impacted individuals will be notified.



# School-based Employee or Student Positive COVID Results



# Central Office Employee Positive COVID Results



# In-School Contact Tracing System

**Student Suspected/Confirmed Positive for Communicable Disease/ COVID-19**

**Student's information is entered into an In-School Contact Tracing System. Our Contact Tracing strategy identifies all students connected with the educational programs, activities, and/or services that the student participates in with other students and connections to staff.**

**Magnet / Educational Programs / Vocational Share Time Outside Campus**

**Lunch Schedule**

**Dual Enrollment**

**Extra Curricular Activities**

**Identifies all classes and students in the classes the student has direct contact with**

**Identify sibling(s) of Student with Communicable Disease / COVID-19. In-School Contact Tracing will also be done on the identified sibling(s).**

**M-DCPS Transportation Routes (If Applicable)**

- ❑ **Identifies buses that may impact other grade levels,**
  - ❑ **Elementary**
  - ❑ **Middle School**
  - ❑ **K-8 Centers**
  - ❑ **Senior High School**

# COVID Positive Cleaning Protocol



## Sanitation, Cleaning and Disinfection Protocols

Schools will be cleaned daily, focusing on major touch entry points in common areas such as doorknobs, handles, elevator buttons, stairwell railings, light switches and soap dispensers. Custodial staff will disinfect using proper cleaning products (ADQ, Avistat-D) with microfiber cloths to spray and wipe down objects.

- **Scheduling and Routine:** Throughout the workday, the custodial staff will implement a routine of surface cleaning in the major touch point areas discussed such as restrooms. The staff will, in some cases, report at staggered times depending upon hours of operation to ensure consistent disinfection practices while primary building employees are present. Latter custodial shifts will apply the full standard cleaning of all areas to be ready for the next day. Additional disinfecting will be performed prior to the arrival of district staff in high-traffic areas such as the front office. Custodial staff will wear face masks and gloves.
- **Deep cleaning:** If a positive COVID-19 case is determined within a school or building, district staff will use an approved chemical and fogging machine to disinfect any area deemed appropriate by contract tracing processes. The Vital Oxide sanitizer for spray or foam application is OSHA (Occupational Safety and Health Administration), WHMIS (Workplace hazardous Materials Information System) and GHS (Globally Harmonized System of Classification and Labeling of Chemicals) compliant.
- **School closures:** School closures due to cleaning or positive cases will be determined on a school by school basis and appropriate protocols with be followed.

## Shared Responsibilities

Teachers and students must work together with custodial staff to promote a clean and healthy environment for everyone within each building. Each classroom will have additional sanitation stations that will include gloves and disinfectant wipes. Students and teachers shall wipe down any community or high-touch areas after each class to reduce exposure for the next classroom.

## Field Trips and Mass Gatherings

In order to stay committed to the health and safety of our students and staff, field trips and mass gatherings will not be permitted until further notice. Field trips will not be scheduled until further notice in order to promote social distancing and follow proper safety guidelines. Extracurricular activities and school-based clubs will also be limited and virtual platforms will be recommended when feasible.



## Athletics

Our district developed an athletics task force to discuss safe and measured processes to continue athletic activities in our campuses. Our district is guided by the Florida High School Athletics Association (FHSAA). We will utilize all considerations in planning for the upcoming fall season.

- **Phased implementation:** Our district is currently in a phased implementation process depending on FHSAA guidance. This includes athletics, band, JROTC and color guard. As of June 29th, safety protocols include:
  - ~ The maximum number of student-athletes is capped at 40.
  - ~ Students and coaches shall be socially distanced.
  - ~ Use of weight rooms and gymnasiums are allowed with social distancing in mind.
  - ~ Groups remain the same each day to limit exposure
  - ~ Student-athletes must bring their own water bottles and towels. The use of water fountains, water coolers and water cows are not permitted.
  - ~ Locker rooms are not available or open.
  - ~ Only one restroom will be available.
  - ~ No spectators allowed.

Our district will make a determination on all fall sports and extracurricular activities based on guidance from the Florida High School Athletics Association. A communication plan is in place to ensure that students, staff, families and the community is informed of each decision that is made by the district.

## Wellness Education for All

Hillsborough County Public Schools has been working closely with our local health department as well as the Florida Department of Health to monitor COVID-19 cases in our area. We are collaborating with medical officials, business leaders, teachers, school administrators, the Hillsborough Classroom Teachers Association, Hillsborough School Employees Federation, and families to help guide our decision making around protocols and guidelines to ensure the safety of our entire district.

It is imperative that we educate our learners, staff and community about health and safety measures to slow the spread of COVID-19 within our schools. Our district stands ready to reach our learners using:

- Signage within schools to promote proper hygiene and social distancing
- A landing page dedicated to updated information for students and staff regarding COVID-19 developments: HillsboroughSchools.org/Reopening
- Instructional videos for students and staff detailing changes in school operations and instructional models that will be shared via web page, Parent Link, and all district social media platforms
- Increased partnership with local and national media outlets to share district's plans and overall school experience.
- Provide flyers for students and families on COVID-19 protocols and instructional models including virtual options
- Regular digital newsletter updating families on the latest information for school reopening sent through Parentlink.
- Radio and media ads targeting families to educate regarding virtual options for the fall



# Reopening Hillsborough County Public Schools

## How Will School Look Different in Returning for the 2020–2021 Academic Year?

| | Students | Administration, Faculty, & Staff | Visitors |
|---|---|---|---|
| **Differences in Arrival to Campuses** | • Students will be required to wear masks on all school buses and will be socially distanced where possible.<br>• Upon arrival to campus, whether by bus, car, bicycle, or walking, students will be greeted and checked for having a mask in place and for general wellness.<br>• If students do not have a mask upon arrival, they will be provided with a disposable mask before entering campus.<br>• Students who exhibit signs of illness will be sent to the school clinic.<br>• Specific single-door entry points will be established for each mode of arrival (bus, car, bicycles and walkers), with guidance for students to enter and walk on the right-hand side of all hallways and to social distance where possible. | • Staff members will be assigned to stations for greeting students and checking for wearing masks and for general wellness.<br>• Staff members will be provided masks to give to all students who arrive on campus without a mask.<br>• Staff members will be assigned to hallway monitoring, to ensure social distancing and students walking on the right-hand side of all hallways.<br>• Staff members will be temperature checked upon arrival to each campus. | • All visitors will be by appointment only.<br>• All visitors must wear a mask before entering school campuses. If they do not have a mask, one will be provided.<br>• All visitors will be screened for wellness, inclusive of a temperature check.<br>• School offices will limit the number of visitors in the waiting area, in compliance with social distancing. All visitors exceeding the number to safely ensure social distancing will need to wait outside of the school offices.<br>• Parents will be directed in proper student drop-off, and will not be permitted to walk their children to class. |
| **Differences in Breakfast** | • Students will be provided with a Grab-and-Go boxed breakfast and will be permitted to eat in classrooms where available. | • Teachers and staff members will facilitate breakfast in the classroom where possible. | |

| | Students | Administration, Faculty, & Staff | Visitors |
|---|---|---|---|
| **Differences in Classrooms** | • Student stations will be spaced 6 feet apart where possible, to ensure social distancing.<br>• Extraneous furniture will be removed from classrooms when storage is available, in order to maximize social distancing.<br>• All classrooms will be supplied with sanitizing stations, for frequent cleansing of student stations and common touch points.<br>• Students will be trained in rituals and routines for sanitizing their work stations, common touch points, and supplies upon leaving the classroom.<br>• Students will be required to wear masks throughout the school day. | • Teachers will modify instruction to facilitate students being spaced 6 feet apart for social distancing.<br>• Teachers will instruct students on the proper techniques and expectations for sanitizing student stations, common touch points, and supplies.<br>• Teachers will model wearing face coverings at all times and will guide students on the importance of wearing face coverings as well. | • Visitors will not be permitted in classrooms. |
| **Differences in Common Areas** | • Students will be directed to walk on the right-hand side of the hallways at all times.<br>• Students will be directed to enter and exit common areas through different doors where possible.<br>• Class changes and dismissals will be staggered when possible, to enforce social distancing and prevent hallway congregating.<br>• All Electives, P.E., Art, and Music classes will maintain social distancing where possible, and will not include any contact sports or activities, and will not be sharing equipment.<br>• Students will not be changing clothes for P.E. and | • Staff members will be assigned to hallway monitoring, to ensure social distancing and students walking on the right-hand side of all hallways, as well as entering and exiting correct doorways.<br>• Staff members will escort students to common areas when possible, to ensure social distancing and prevent hallway gatherings.<br>• Teachers of P.E., Art, Music, and Electives will maintain social distancing between student stations where possible and will not lead students in contact sports or activities.<br>• Cafeteria staff will enter student numbers on keypads, in order | • Visitors will not be permitted in common areas.<br>• Parents will not be permitted to have lunch with their children. |

| | Students | Administration, Faculty, & Staff | Visitors |
|---|---|---|---|
| **Differences in Common Areas (Cont.)** | will not be utilizing locker rooms.<br>• Lunches will be Grab-and-Go boxed meals, to move student lines more rapidly, and to prevent serving and sharing of food.<br>• Students will not use the keypads for entering student numbers.<br>• Students will be social distanced in cafeteria seating where possible, and classroom and outdoor seating will be provided where available.<br>• Students will be required to wear masks before and after eating. | to move student lines more rapidly.<br>• Staff members will be assigned to cafeteria monitoring, to ensure social distancing, and will provide and monitor classroom and outdoor lunches where available.<br>• Staff members shall model wearing face coverings to promote proper and healthy protocols. | • Visitors will not be permitted in classrooms. |
| **Differences in Instructional Delivery** | (See "Deciding on an Instructional Model") | (See "Deciding on an Instructional Model") | (See "Deciding on an Instructional Model") |
| **Differences in Dismissal** | • Dismissal times will be staggered where possible, and students will be escorted to single points of exit for buses, cars, and bicycles/walkers.<br>• Social distancing will be maintained while exiting campuses.<br>• Students will be required to wear masks as they exit campuses and while they ride on buses. | • Staff members will be assigned to hallway monitoring and escorting students, to ensure social distancing, students walking on the right-hand side of all hallways, and exiting through the proper doorways.<br>• Staff members will be required to model wearing masks at all times. | • Visitors and parents will not be permitted out of their vehicles during dismissal procedures. |

# Exceptional Education



Exceptional education students will continue to receive a high-quality education in alignment with a learner's Individual Educational Plans (IEPs). The Hillsborough County Public Schools Department of Exceptional Student Education is committed to addressing the individual needs of students with disabilities (SWD). Our district will provide training, resources and tools to support IEP teams in determining the needed services. For families choosing eLearning, the IEP team will meet to ensure that the district's online program is individualized for each student in the eLearning environment. Special education and related services as identified in the IEP during eLearning may be provided in a variety of ways including the use of telephone calls, instructional support materials, internet based or virtual lessons and/or virtual therapies, and other available distance-based learning approaches.

Our district will take the following actions to ensure the needs of students are addressed:

- Teachers and administrators will review students' baseline data in order to determine present level and learning gaps.
- Educators will review student's progression toward IEP goals and objectives.
- Determine any need for additional supports or services to remediate gaps
- Ensure delivery of services and supports through extended learning opportunities as necessary.
- Progress monitoring assessments may be conducted utilizing diagnostic assessments and curriculum-based measures.
- Schedule and hold all meetings and complete all evaluations that were postponed due to requirements of social distancing for in-person meetings.
- Provide ongoing communication and collaboration with parents.
- Hold IEP team meetings, including parents and all appropriate IEP team members to conduct annual reviews, revisions and eligibility staffing. These may take place utilizing Zoom or telephone conference calls. Teams may meet in-person if CDC guidelines allow.

## Social Distancing

Students will be socially distanced to the greatest extent possible. When it is not possible to socially distance, students should engage in more frequent hand washing and wear masks/face covering.

## Personal Protective Equipment

Understanding that there may be students, due to the nature of their disabilities, who will not be able to wear a mask/face covering, staff in those cases may wear a mask and face shield. Therapists, teachers and other staff working with students who are Deaf/Hard of Hearing, will need to wear a shield and not a mask to ensure proper communication. Shields will also be used by Speech and Language Therapists when providing speech therapy.

## Student Instructional Components

Social narratives, a tool for teaching a skill that presents information in an understandable and repeatable way, and visuals will be provided to staff upon return to school and will be included in instruction. These social narratives will be focused on developing an understanding of social distancing and safety protocols. Visuals will be provided for lining up, washing hands, and wearing a mask/face covering. These routines will be practiced during the school day.



## Equipment and Material Cleaning

Where possible, students should have individual sensory items and classroom tools (e.g. pencils, crayons, etc.) These items should be in separate containers. If items or equipment must be shared, cleaning of equipment must occur between students. Time for cleaning must be planned for between activities.

## Sensory/Cool Down/Therapy Spaces

Ball pits and tunnels need to be removed as they cannot be cleaned between students. If more than one student is in the room, students must be socially distanced. Refrain from sharing equipment to the maximum extent possible. Equipment including standers and other positioning devices must be cleaned between students following the proper cleaning protocol.

# Deciding on an Instructional Model

In early June, the district conducted a parent survey as part of a comprehensive plan to determine the overall pulse for returning to school in August. After a review of the survey results, families made it clear that at the very least they wanted a choice that represented an opportunity to keep their child home while the pandemic continued to impact our community. As a result, Superintendent Davis worked with his leadership team to develop a reopening plan incorporating input from all stakeholders with student and staff safety as the priority.

Our intent has always been to bring students back to school full-time as we believe that the most ideal educational experience for most children is to be in front of a teacher. However, we would never intentionally jeopardize the safety and health of students and staff, and by extension, our families. This Reopening Plan remains fluid and will be updated strategically depending on the status of the coronavirus spread throughout our community in the coming weeks. It is impossible to predict what the spread may be like in our community in August.

The models we examined covered a full continuum of designs and costs ranging from all students returning to school full-time, to a blended face-to-face and remote learning, to a complete closure like we experienced this past spring. Embedded within Model A are options for full-time remote learning that includes eLearning (school-based remote instruction) or enrollment in Hillsborough Virtual K-12.

As a result of the Executive Order #20-114 issued from the Florida Department of Education, all districts are mandated to offer a five day per week onsite option to students in the fall. In partnership with the Department of Health and other medical partners, the district opted to implement Model A to allow parents the flexibility to select one option that best fits their learner's academic needs. (traditional classroom instruction, eLearning, or Hillsborough Virtual K-12). Each learning option within Model A is presented in the **Instructional Learning Options** table below, with descriptors highlighting the differences between traditional face-to-face instruction, eLearning instruction, and Hillsborough Virtual K-12.



# Differences: Traditional Instruction vs. eLearning

## Traditional (Brick & Mortar) Instructional Delivery

### Overview

1. District adopted curriculum with lessons developed and taught by classroom teachers
2. Remain enrolled in your 2020-2021 assigned school and keep your school choice seat
3. Traditional, in-person, face-to-face for grades PK-12 learning following the regular student schedule and student calendar (180 days of instruction) and bell times
4. Follow and adhere to all 2020-2021 HCPS school building health and safety protocols and Code of Student Conduct



### What to Expect For Students:

- Students will physically come to their school for their learning
- Students will physically see and interact with their teacher(s) and classmates and follow their class/course schedule each day
- Assignments, activities and classroom-based assessments will be developed and conducted by their teachers
- ESE, ESOL and Gifted services will occur as outlined in student-specific plans
- All students will be expected to complete and submit assignments as determined by the assigned teacher
- Code of Student Conduct and traditional school expectations remain in effect
- All students will follow the assessment calendar and participate in all local and state assessments
  - ~ Students and families must review wellness to ensure students are well and symptom-free prior to coming to school each day
  - ~ Students and families need to adhere to all expectations to ensure the safety of all students, families and employees

- ~ Collaborative activities may look different or be lessened to ensure the safety and wellbeing of the school community.
- ~ Classroom spaces will be arranged to maximize social distancing and minimize any shared items.
- ~ Lunch schedules will be modified to maximize social distancing
- ~ Large group gatherings will be reduced
- ~ Parent meetings and/or conferences will be scheduled to occur virtually, until it is deemed appropriate to have larger number of individuals on campus

## What to Expect For Teachers and Staff:

- Teachers and instructional support staff report each day to lead and support instruction in their assigned classrooms
- Teachers develop and implement daily lesson plans for grade-level, standards-based instruction for student
  - ~ Teachers and instructional support staff differentiate and adjust instruction to meet the individual needs for student learning
  - ~ Teachers provide student make-up work, flexibility and support if they are out of school for any reason



# eLearning Instructional Delivery

## eLearning Overview

- eLearning students will maintain their enrollment status at their brick and mortar schools
- eLearning students will attend school online during regular school hours and follow a standard school schedule. (Example schedule below)
- Teachers will teach "live" each day with students daily utilizing web conferencing technology
- Teacher-designed lessons are delivered through Canvas
- Students can return to their school campuses second semester if they so choose. Students who are not demonstrating adequate

- Wrap-around support services provided for students (e.g. Counseling Services, Therapies, and Mental Health) on campus or remotely as appropriate
- eLearning is not an option for Voluntary Prekindergarten (VPK) Program and Head Start/Early Head Start Programs
- Electronic devices will be available for check out at the school site, if needed
- eLearning courses will be designed to ensure rigor matches the traditional classroom setting
- Standards have been prioritized in the scope and sequence of instruction to support students as they enter the next grade, course level
- High-quality curriculum and learning experiences are being designed that can be implemented in both the traditional and eLearning model
- The exact course offerings by school will be solidified by the student's school
- Dual Enrollment courses will be available through the Traditional and eLearning settings as well through Hillsborough Community College (HCC)
- Our district will follow the procedures outlined by Hillsborough Community College (HCC) including the use of a Canvas course in each DE course. HCC has determined that courses taken at HCC will be virtual for the 1st semester
- Each course is aligned to Florida State Standards and the scope and sequence has been adjusted and developed to support the prioritization of essential standards and to support the acceleration of potential unfinished learning from previous grades standards



- All assignments, activities and classroom-based assessments will be developed and facilitated by assigned by teacher
    - ~ All students will be expected to complete and submit assignments as determined by the assigned teacher
    - ~ Code of Student Conduct and all technology expectations remain in effect
    - ~ All students will follow the assessment calendar and participate in all local and state assessments.
    - ~ Each morning, students are expected to be present and engage in virtual instruction each day within the designated schedule (see sample schedules below)
- All students will be expected to adhere to daily attendance guidelines, log in and attend class during the designated times

- Students will access their curriculum and assignments via Canvas Learning Management System
  - ~ Students will utilize Zoom for viewing live-lessons, meetings, and small group instruction
- Parent meetings and/or conferences will be scheduled to occur virtually, until it is deemed appropriate to have larger numbers of individuals on campus
- Students who need a device will be issued one to engage in digital learning
- Students will also be issued any associated materials such as textbooks, art supplies, musical instruments, and other necessary materials where possible

## What to Expect For Teachers and Staff:

- All teachers have access to professional learning to prepare them for the 2020-2021 school year
- Growing with Canvas Course 2.0 (self-paced eLearning course) will be offered during the summer, pre-planning week, and beyond for instructional staff to enhance knowledge of Canvas tools and applications.
- Summer professional development will be offered virtually with session facilitators focusing on important teaching and learning topics related to the 20-21 instructional models: blended learning, synchronous learning, Achieve 3000, iReady, SIPPS, digital tools and platforms, etc.
- New Teacher Induction will be provided virtually and will be provide onboarding and content supports
- All professional development will be structured, organized, and maintained to provided easy access to relevant PD, resources, and tools related to pre-planning PD, and other relevant professional development offered throughout the year.
- Guidance and resources will be shared with administrators for them to assist teachers in course development.
- Training will be available during pre-planning week for elective or specialized area teachers to work through course development.
- During pre-planning week, District office hours and support teams will be available to teachers who are designing their own courses for unplanned check-ins and scheduled appointments.
- Depending on the model of delivery (traditional or eLearning), each teacher will have the ability to adapt and adjust the core resources to meet the setting and needs of their students.
- Teachers will be expected to provide “live” instruction via web conferencing throughout the school day



## eLearning Parental Guidance

- Make sure your student understands the work expectations for eLearning
- Maintain a daily routine around school and schoolwork
- Keep in touch with your teacher(s) on a regular basis and let them know if your child is experiencing specific challenges
- Talk to your child regarding how they are feeling during this stressful time
- Perorm check-ins with your child regarding academics, this includes checking their Canvas course to ensure the option chosen for your child is appropriate
- Seek assistance from school staff for emotional or mental health if needed
- Reach out to your child's teacher or student services staff with any changes that may impact your child's success. This way we can develop supports for your child prior to the first day of school.
- Parents may be required to pick up instructional materials (textbooks, etc.) for eLearning. Schools will contact parents if this is the case for their student



## eLearning Administrator Guidance

- All administrators have access to professional learning to prepare them for the 2020-2021 school year
- All administrators will complete the "Growing with Canvas 2.0" training prior to the end of pre-planning work to support them in enhancing their eLearning courses
- Any deviation from the use core courses, must be pre-approved by the Assistant Superintendent for Curriculum and Instruction or Assistant Superintendent for Teaching and Learning. The school will be responsible for developing and submitting an addendum to the District Continuity Plan including:
  - ~ Identification of core resources used for each content area
  - ~ Timeline for course completion (all courses must always have a minimum of 9 weeks of content and student learning activities available)
  - ~ Alignment of courses using Hillsborough Canvas Instructional Frameworks templates

- Courses with higher enrollment will be prioritized for district development by curriculum teams
- Courses with low enrollment or that are only available at a few schools will be built by the teacher
- Courses built at the school level will be required to have 9 weeks of content available by the first day of school
- When a decision is made to develop a district course and/or use a course developed by another provider, all teachers will utilize this course
- Administrators should utilize district provided checklist, timeline, check-in protocols and resources to monitor courses throughout the year
- Recommendations will be made to schools on the elimination of superfluous electives, but schools have the autonomy to determine if they want to offer the course and build the Canvas course
- Administrators working with teachers who do not have a district developed course, and who are interested in working on developing Quarter 1 resources prior to the school year, can reach out to their district content specialist. Dependent upon the number of teachers who interested in getting started, we are currently seeking funding to support this head start
- Time should be saved during pre-planning week for teachers of elective and specialized area courses to work on Canvas course building

---

# Hillsborough Virtual K-12 (HVK12) Instructional Delivery

Hillsborough Virtual K-12 is an independent, fully accredited, and flexible public-school option in the HCPS system. Unlike a traditional classroom or eLearning model, the curriculum and content are designed specifically for a true, virtual format and front-loaded at the beginning of the course. It is available 24/7 online, for which students create a daily work schedule to ensure completion of coursework in a regular semester timeframe.

## HVK12 Overview

- HVK12 is a school choice option in which students learn in a digital space using a web-based curriculum with highly qualified teachers from Hillsborough County
- HVK12 students will withdraw from their brick and mortar school and enroll full time in the virtual program
- Students can re-enroll at their brick and mortar school in the second semester if they so choose
- HVK12 students will have flexibility when they complete their work and are not tied to a specific bell schedule
- HVK12 students follow the same school calendar as brick and mortar sites
- HVK12 is a "flipped classroom" environment in which students have access to the entire curriculum up front and are given a weekly set of assignments
- Students will have access to the content and curriculum 24/7
- Teachers will offer one "live" session per week with students utilizing web conferencing technology
- Teacher-designed lessons are delivered through Canvas for K-5 and through FLVS for 6-12
- Wrap-around support services provided for students (e.g. Counseling Services, Therapies, and Mental Health) remotely as appropriate
- All students attending HVK12 will have access to many accommodations that naturally occur in the virtual setting. In addition, HVK12 may be able to provide additional accommodations and services per a student's IEP or Section 504 Plan if the accommodation(s) is/are applicable to the online educational environment. Please note that some accommodations and services may not be possible to implement in the HVK12 online educational setting
- HVK12 is not an option for Voluntary Prekindergarten (VPK) Program, Head Start/Early Head Start Programs, and iPeeps
- Electronic devices will be available for check out at our site, if needed for students that qualify for free and reduced lunch

- HVK12 courses will be designed to ensure rigor matches the traditional classroom setting
- Standards have been prioritized in the scope and sequence of instruction to support students as they enter the next grade, course level
- Dual Enrollment courses will be available through HVK12 in conjunction with Hillsborough Community College (HCC)



- Our district will follow the procedures outlined by Hillsborough Community College (HCC) including the use of a Canvas course in each DE course. HCC has determined that courses taken at HCC will be virtual for the 1st semester
- Each course is aligned to Florida State Standards and the scope and sequence has been adjusted and developed to support the prioritization of essential standards and to support the acceleration of potential unfinished learning from previous grades standards

## What to Expect for Students:

- All assignments, activities and classroom-based assessments will be developed and/or facilitated by assigned teacher(s)
  - ~ All students will be expected to complete and submit assignments as determined by the assigned teacher(s) electronically on a weekly basis
  - ~ Code of Student Conduct and all technology expectations remain in effect
  - ~ All students will follow the assessment calendar and participate in all local and state assessments in person. Students will report to D.W. Waters for testing
- Students are expected to complete the work at their own pace throughout the week and submit all required assignments by the end of the week
- Students will access their curriculum and assignments via Canvas Learning Management System for K-5th grade and via FLVS for 6th-12th grade.
  - ~ Students will utilize Zoom for viewing live-lessons, meetings, and small group instruction
- Parent meetings and/or conferences will be scheduled to occur virtually, until it is deemed appropriate to have larger numbers of individuals on a campus

- Students in K-5 will be issued consumables for math, science, social studies and will have access to all other content and curriculum electronically 24/7
- Students in 6-12 will have access to all content and curriculum electronically 24/7



## What to Expect for Teachers and Staff:

- All teachers have access to professional learning to prepare them for the 2020-2021 school year
- Growing with Canvas Course 2.0 (self-paced eLearning course) will be offered during the summer, pre-planning week, and beyond for instructional staff to enhance knowledge of Canvas tools and applications for our K-5 teachers and an FLVS professional development for our 6-12 teachers
- Summer professional development will be offered virtually with session facilitators focusing on important teaching and learning topics related to the 20-21 instructional models: blended learning, synchronous learning, Achieve 3000, iReady, digital tools and platforms, etc.
- All professional development will be structured, organized, and maintained to provided easy access to relevant PD, resources, and tools related to preplanning PD, and other relevant professional development offered throughout the year
- Each teacher will have the ability to adapt and adjust the core resources to meet the setting and needs of their students
- Teachers will be expected to provide one “live” lesson via web conferencing throughout the week
- Teachers will be expected to respond to students’ and families’ communication within 24 hours and provide feedback on assignments with 48 hours.

## HVK12 Parental Guidance

- Parents are expected to serve as the learning coach and to facilitate the learning schedule
- Typically, elementary students require daily guidance from their parent or guardian, while middle and high school students need guidance on a weekly basis
- Make sure your student understands the work expectations for HVK12
- Maintain a routine around school and schoolwork
- Keep in touch with your teacher(s) on a regular basis and let them know if your child is experiencing specific challenges
- Talk to your child regarding how they are feeling during this stressful time
- Perform check-ins with your child regarding academics. This includes checking the Canvas course to ensure the option chosen for your child is appropriate
- Make sure you do check in with your child about emotional and mental
- Seek assistance from school staff for emotional or mental health if needed
- Reach out to your child's teacher or student services staff with any changes that may impact your child's success. This way we can develop supports for your child prior to the first day of school
- Parents may be required to pick up instructional materials (elementary only) for HVK12.
- Parents may be required to provide transportation to D.W. Waters for local and state assessments

## HVK12 Administrator Guidance

- All administrators have access to professional learning to prepare them for the 2020-2021 school year
- All administrators will complete the "Growing with Canvas 2.0" and "FLVS Virtual Leadership" training prior to the end of preplanning work to support them in enhancing their HVK12 courses
- Any deviation from the use core courses, must be pre-approved by the Assistant Superintendent for Curriculum and Instruction or Assistant Superintendent for Teaching and Learning. The school will be responsible for developing and submitting an addendum to the District Continuity Plan including:
  - ~ Identification of core resources used for each content area
  - ~ Timeline for course completion (all courses must always have a minimum of 9 weeks of content and student learning activities available)
  - ~ Alignment of courses using Hillsborough Canvas Instructional Frameworks templates

- Courses built at the school level will be required to have 9 weeks of content available by the first day of school
- When a decision is made to develop a district course and/or use a course developed by another provider, all teachers will utilize this course
- Administrators should utilize district provided checklist, timeline, check-in protocols and resources to monitor courses throughout the year
- Recommendations will be made to schools on the elimination of superfluous electives, but schools have the autonomy to determine if they want to offer the course and build the Canvas course
- Administrators working with teachers who do not have a district or state developed course, and who are interested in working on developing Quarter 1 resources prior to the school year, can reach out to their district content specialist. Dependent upon the number of teachers who interested in getting started, we are currently seeking funding to support this head start
- Time should be saved during pre-planning week for teachers of elective and specialized area courses to work on Canvas course building

## Sample Elementary School Schedule

| ES eLearning Bell Schedule | Kindergarten Student Schedule SAMPLE | | | | |
|---|---|---|---|---|---|
| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 7:40 - 8:20 *(30) | ELA/SS Whole Group | ELA/SS Whole Group | ELA/SS Whole Group | ELA/SS Whole Group | ELA/SS Whole Group |
| 8:20 – 8:50 *(30) | **ELA/SS Small Group | **ELA/SS Small Group | **ELA/SS Small Group | **ELA/SS Small Group | **ELA/SS Small Group |
| 8:50-9:20 *(30) | **ELA/SS Small Group | **ELA/SS Small Group | **ELA/SS Small Group | **ELA/SS Small Group | **ELA/SS Small Group |
| 9:20 - 9:50 *(30) | **ELA/SS Small Group | **ELA/SS Small Group | **ELA/SS Small Group | **ELA/SS Small Group | **ELA/SS Small Group |
| 9:50-10:20 *(30) | Writing | Writing | Writing | Writing | Writing |
| 10:20-10:50 *(30) | Music | Art | Music | Art | Specials Enrichment |
| 10:50 - 11:20 *(30) | LUNCH | LUNCH | LUNCH | LUNCH | LUNCH |
| 11:20 - 11:50 *(30) | Math Whole Group | Math Whole Group | Math Whole Group | Math Whole Group | Math Whole Group |
| 11:50-12:20 *(30) | Math Small Group | Math Small Group | Math Small Group | Math Small Group | Math Small Group |
| 12:20 - 12:50 *(30) | TDPE | TDPE | TDPE | TDPE | TDPE |
| 12:50 - 1:20 *(30) | Science Whole Group | Science Whole Group | Science Whole Group | Science Whole Group | Science Whole Group |
| 1:25 - 1:55 *(30) | Science Small Group | Science Small Group | Science Small Group | Science Small Group | Science Small Group |

**30-minute time blocks include 25 minutes of Zoom where highlighted in yellow as an example. Remaining time and sessions are independent/self-paced.*
***ELA/SS Small Group is either Teacher Led, Independent, Computers, or Recess based on student assignment. Only Teacher Led is held via Zoom.*

| ES eLearning Bell Schedule | 1st/2nd Grade Student Schedule SAMPLE | | | | |
|---|---|---|---|---|---|
| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 7:40 - 8:20 (30) | ELA/SS Whole Group | ELA/SS Whole Group | ELA/SS Whole Group | ELA/SS Whole Group | ELA/SS Whole Group |
| 8:20 – 8:50 (30) | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group |
| 8:50-9:20 (30) | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group |
| 9:20 - 9:50 (30) | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group |
| 9:50-10:20 (30) | Writing | Writing | Writing | Writing | Writing |
| 10:20-10:50 (30) | Music | Art | Music | Art | Specials Enrichment |
| 10:50 - 11:20 (30) | LUNCH | LUNCH | LUNCH | LUNCH | LUNCH |
| 11:20 - 11:50 (30) | Math Whole Group | Math Whole Group | Math Whole Group | Math Whole Group | Math Whole Group |
| 11:50-12:20 (30) | Math Small Group | Math Small Group | Math Small Group | Math Small Group | Math Small Group |
| 12:20 - 12:50 (30) | TDPE | TDPE | TDPE | TDPE | TDPE |
| 12:50 - 1:20 (30) | Science Whole Group | Science Whole Group | Science Whole Group | Science Whole Group | Science Whole Group |
| 1:25 - 1:55 (30) | Science Small Group | Science Small Group | Science Small Group | Science Small Group | Science Small Group |

*Sample Student takes part in Zoom sessions where highlighted in yellow. Remaining sessions are independent/self-paced.*
**ELA/SS Small Group is either Teacher Led, Independent, Computers, or Recess based on student assignment. Only Teacher Led is held via Zoom.*

| ES eLearning Bell Schedule | 3rd-5th Grade Student Schedule SAMPLE | | | | |
|---|---|---|---|---|---|
| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 7:40 - 8:20 (30) | ELA/SS Whole Group | ELA/SS Whole Group | ELA/SS Whole Group | ELA/SS Whole Group | ELA/SS Whole Group |
| 8:20 – 8:50 (30) | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group |
| 8:50-9:20 (30) | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group |
| 9:20 - 9:50 (30) | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group | *ELA/SS Small Group |
| 9:50-10:20 (30) | Writing | Writing | Writing | Writing | Writing |
| 10:20-10:50 (30) | Music | Art | Music | Art | Specials Enrichment |
| 10:50 - 11:20 (30) | LUNCH | LUNCH | LUNCH | LUNCH | LUNCH |
| 11:20 - 11:50 (30) | Math Whole Group | Math Whole Group | Math Whole Group | Math Whole Group | Math Whole Group |
| 11:50-12:20 (30) | Math Small Group | Math Small Group | Math Small Group | Math Small Group | Math Small Group |
| 12:20 - 12:50 (30) | TDPE | TDPE | TDPE | TDPE | TDPE |
| 12:50 - 1:20 (30) | Science Whole Group | Science Whole Group | Science Whole Group | Science Whole Group | Science Whole Group |
| 1:25 - 1:55 (25) | Science Small Group | Science Small Group | Science Small Group | Science Small Group | Science Small Group |

*Sample Student takes part in Zoom sessions where highlighted in yellow. Remaining sessions are independent/self-paced.*
**ELA/SS Small Group is either Teacher Led, Independent, Computers, or Recess based on student assignment. Only Teacher Led is held via Zoom.*

## Sample Middle School Schedule

eLearning students should expect to receive 'live' instruction at the beginning of each period. Depending on the content, after the initial 'live' instruction, students may transition to independent work, collaborative group work and/or asynchronous learning.

**Middle School eLearning Bell Schedule**

| Class | ERD Monday | Tuesday - Friday |
|---|---|---|
| 1ST PERIOD | 9:25 - 10:14 (49) | 9:25 - 10:19 (54) |
| BREAK | 10:14 - 10:18 (4) | 10:19 - 10:23 (4) |
| 2ND PERIOD | 10:18 - 10:59 (41) | 10:23 - 11:13 (50) |
| LUNCH | 10:59 - 11:03 (34) | 11:13 - 11:54 (49) |
| 3RD PERIOD | 11:03 - 12:20 (77) | 11:54 - 12:44 (50) |
| BREAK | 12:20 0 12:24 (4) | 12:44 - 12:48 (4) |
| 4TH PERIOD | 12:24 - 1:05 (41) | 12:48 - 1:38 (50) |
| BREAK | 1:05 - 1:09 (4) | 1:38 - 1:42 (4) |
| 5TH PERIOD | 1:09 - 1:50 (41) | 1:42 - 2:32 (50) |
| BREAK | 1:50 - 1:54 (4) | 2:32 - 2:36 (4) |
| 6TH PERIOD | 1:54 - 2:35 (41) | 2:36 - 3:26 (50) |
| BREAK | 2:35 - 2:39 (4) | 3:26 - 3:30 (4) |
| 7TH PERIOD | 2:39 - 3:20 (41) | 3:30 - 4:20 (50) |

**Middle School Traditional Bell Schedule**

| Class | ERD Monday | Tuesday - Friday |
|---|---|---|
| 1ST PERIOD | 9:25 - 10:14 (49) | 9:25 - 10:19 (54) |
| 2ND PERIOD | 10:18 - 10:59 (41) | 10:23 - 11:13 (50) |
| 3RD PERIOD | 11:03 - 12:20 (77) | 11:17 - 12:44 (87) |
| 4TH PERIOD | 12:24 - 1:05 (41) | 12:48-1:38 (50) |
| 5TH PERIOD | 1:09 - 1:50 (41) | 1:42-2:32 (50) |
| 6TH PERIOD | 1:54 - 2:35 (41) | 2:36-3:26 (50) |
| 7TH PERIOD | 2:39 - 3:20 (41) | 3:30 - 4:20 (50) |



## Sample High School Schedule

eLearning students should expect to receive 'live' instruction at the beginning of each period. Depending on the content, after the initial 'live' instruction, students may transition to independent work, collaborative group work and/or asynchronous learning.




**High School eLearning Bell Schedule**

| Class | ERD Monday | Tuesday - Friday |
|---|---|---|
| 1ST PERIOD/HR | 8:30 - 9:10 (40) | 8:30 - 9:28 (48) |
| BREAK | 9:10 - 9:23 (13) | 9:28 - 9:33 (5) |
| 2ND PERIOD | 9:23 - 10:03 (40) | 9:33 - 10:21 (48) |
| BREAK | 10:03 - 10:09 (7) | 10:21 - 10:28 (8) |
| 3RD PERIOD | 10:09 - 10:49 (40) | 10:29 - 11:17 (48) |
| BREAK | 10:49 - 10:54 (5) | 11:17 - 11:22 (5) |
| 4TH PERIOD | 10:54 - 11:34 (40) | 11:22 - 12:10 (48) |
| LUNCH | 11:34 - 12:14 (40) | 12:10 - 12:50 (40) |
| 5TH PERIOD | 12:14 - 12:54 (40) | 12:50 - 1:38 (48) |
| BREAK | 12:54 - 1:00 (6) | 1:38 - 1:44 (6) |
| 6TH PERIOD | 1:00 - 1:40 (40) | 1:44 - 2:32 (48) |
| BREAK | 1:40 - 1:45 (5) | 2:32 - 2:37 (5) |
| 7TH PERIOD | 1:45 - 2:25 (40) | 2:37 - 3:25 (48) |

**High School Traditional Bell Schedule**

| Class | ERD Monday | Tuesday - Friday |
|---|---|---|
| 1ST PERIOD/HR | 8:30 - 9:18 (48) | 8:30 - 9:28 (58) |
| 2ND PERIOD | 9:23 - 10:03 (40) | 9:33 - 10:21 (48) |
| 3RD PERIOD | 10:09 - 10:49 (40) | 10:29 - 11:17 (48) |
| 4TH PERIOD | 10:54 - 12:09 (75) | 11:22 - 12:45 (83) |
| 5TH PERIOD | 12:14 - 12:54 (40) | 12:50 - 1:38 (48) |
| 6TH PERIOD | 1:00 - 1:40 (40) | 1:44 - 2:32 (48) |
| 7TH PERIOD | 1:45 - 2:25 (40) | 2:37 - 3:25 (48) |

## English Learners

Hillsborough County is committed to continuing to identify and serve English Language Learners. Whether in-person or an alternative format, ESOL strategies will continue to be implemented by instructional and support staff to address the academic and language needs of ELL students. In addition, ESOL teams will continue to partner with families and schools to provide resources and tools to ensure the academic success of ELL students.

Schools will establish a line of communication with students and their families to regularly communicate about assignments, curriculum, or other critical updates, and to ensure their needs are being met. Translation technology and/or interpretation services for families will be in place. The District will assess the accessibility needs of learning platforms and resources for ELL parents and students (language, hardware, Internet access, etc.), and provide necessary guidance, instructions, and support to students and their families in their home language as feasible.

ELL students will be provided daily opportunities to speak and be formatively assessed on a regular basis throughout the Elearning curriculum. These opportunities may be provided over the phone with the educator, remote interactions with classmates, or other means. Parents will be engaged to ensure their children read, speak, write, and listen in their native language as well as English every day. Texts, videos, and writing assignments will be strategically selected so that ELs can read, listen, and write regularly. Models will be provided to demonstrate clear criteria for success. Student agency, curiosity, and exploration will be emphasized, and parents will be provided access to quality multilingual learning resources to supplement learning via electronic, print, and video formats.

Our focus will be to utilize technology to create a collaborative partnership with teachers in a digital environment. Using online platforms such as Microsoft TEAMS, Google Voice, or Zoom, you are encouraged to engage teachers in quality conversations about differentiation of instruction for ELLs, the implementation of appropriate ELL strategies, and providing support as the teacher takes action to systematize virtual classroom learning routines. The frequency and structure of virtual PLCs should be differentiated to meet the needs of individual teachers.

The ELL Committee, which includes the principal or designee, the parent, an ESOL/English teacher, the school counselor, the Bilingual Education Paraprofessional, and any other instructional personnel responsible for the instruction of English language learners, will meet to:

- Review and make placement recommendations;
- Evaluate continuation of program services to support language acquisition;
- Determine eligibility; and
- Provide recommendations for programs and access to additional services
- Utilizing data obtained from W-APT and WIS screeners; the WIDA Model assessment; the ACCESS for ELLs assessment; report cards; teacher input and observations; semester exams; iReady assessments; progress reports; data obtained from language acquisition programs (Reading Eggs, Exact Path, Imagine Learning); etc.

The placement of English Language Learners (ELLs) is determined by the student's level of English proficiency and academic potential based on academic history, transcripts, performance data, language screening, and/or the district's age-grade placement policy.

The English for Speakers of Other Languages (ESOL) program model is designed to develop English language proficiency and academic potential. Instructional services are documented through the ELL student plan.

English Language Learners who have completed the credits required for graduation but have not met the 2.0 GPA or the state assessment requirements are eligible for a certificate of completion and an additional year of high school.

## Equal Access for English Language Learners

English language learners, including refugees and other immigrants, racial and national origin minority students, are entitled to equal access to programs and services other than ESOL, such as, but not limited to compensatory, exceptional, early childhood, career and technical education, adult education, dropout prevention, extended day, and other supportive services. (Rule 6A-6.0908, F.A.C.)

All written and oral communication between a school district's personnel and parents of current or former English language learners will be in the parents' primary language or other mode of communication commonly used by the parents, as feasible. English Language Learners will not be subject to disciplinary action because of their use of a language other than English.

## Assessment

The academic progress of English language learners in reading, writing, science, and mathematics are determined through appropriate formal and informal assessments and through differentiation of instruction. English language learners are required to participate in the state annual English language proficiency assessment to evaluate their annual progress in English language acquisition.

Assessment results will be used by schools to evaluate the progress of individual students. When indicated, evaluations will result in appropriate adjustments, modifications, and improvements of each individual ELL student plan and, if necessitated, an ELL Committee convened to make decisions and recommendations.

The ELL committee will convene whenever substantive changes in an individual ELL student plan are required and will utilize data obtained from W-APT and WIS screeners; the WIDA Model assessment; the ACCESS for ELLs assessment; report cards; teacher input and observations; semester exams; iReady assessments; progress reports; data obtained from language acquisition programs (Reading Eggs, Exact Path, Imagine Learning); etc., to make determinations.

English language learners are eligible for accommodations on all state, district and site-based assessments.

Placement recommendations for English language learners will be made by the ELL committee upon review of the following criteria:

- Results of the W-Apt or WIS screener;
- Academic performance;
- Standardized assessments and language acquisition data;
- Number of years the student has been enrolled in the ESOL program with consideration for interrupted instruction;
- The student's English language proficiency; and
- Attendance and retention data.

Promotion or retention decisions may not be made for English language learners based solely on a score on any single assessment instrument, whether such assessment instrument is part of the statewide assessment program or of a particular district's formal assessment process. (Rule 6A-1.09432, F.A.C.)

## ELL Transfer Students

The following placement guidance applies to students transferring to the district. At the start of the academic year, students without interrupted education are placed in the appropriate consecutive grade level. Throughout the academic year, students entering from another site in the district are placed in the concurrent grade-level. Students entering from another site in the state or from out-of-state will be screened for ELL program services eligibility and placed in the concurrent grade-level.

The bilingual guidance services team will evaluate documents and recommend placement in cases where academic records are incomplete or require translation. Foreign-born students without records are placed according to their age prior to September 1 of the current academic year.



# Differences Between: eLearning & Hillsborough Virtual School

| eLearning | Hillsborough Virtual K-12 |
|---|---|
| Students are assigned to their brick-and-mortar school, and to teachers within that school | Students are assigned to Hillsborough Virtual K-12 full-time, and to teachers within Hills-borough Virtual K-12 |
| Teachers provide eLearning instruction that follows their daily face-to-face classroom instruction. Class-room hours and office hours are specified on a daily, scheduled routine | Teachers provide a front-loaded semester-long sylla-bus for students, to enable them to work at their own pace. Correspondence hours with teachers are flexible, to accommodate student and family schedules |
| Student work is submitted according to the daily schedule for assignments, activities, and assessments | Student work is submitted at the student's own pace, providing all assignments, activities, and assessments are completed by the end of each week. (Note: stu-dents may complete at a more rapid pace, providing teachers verify mastery of standards) |
| Curriculum is provided through Canvas, and is directly aligned with the teachers' face-to-face, daily class-room instruction | Curriculum is provided through Canvas at the elemen-tary level and is designed by Hills-borough Virtual K-12 teachers as an entirely web-based instructional path-way. Secondary curriculum is a franchise of the Florida Virtual School (FLVS). |
| Parents are encouraged to support their children's pacing as set forth by their teachers and to provide a home setting which is conducive to the classrooms' daily schedule | Parents are encouraged to serve as the learning coach and to facilitate their children's daily routine as best suits the family schedule |
| eLearning is designed for students who wish to be connected to classroom teachers within their assigned brick-and-mortar schools, thereby enabling them to work at a prescribed pace with their peers. It is a prime option for students who wish to stay connected to their school classmates and school community | Hillsborough Virtual K-12 is designed for self-moti-vated students who wish to work at an independent pace, with flexibility in hours and scheduling of work completion. It is a prime option for students who need to accommodate a work schedule, college and ca-reer-minded students, homeschool students, hospi-tal-homebound students, children in military families, amateur athletes, students who wish to accelerate their learning path, as well as students in need of credit recovery |

# Mental Health Guidance for Reopening

Students, staff and families have encountered additional stress and anxiety over these past few months. Hillsborough County Public Schools has provided a Mental Health Hotline to help families deal with the added uncertainty of COVID-19 and eLearning.

That hotline will remain in place. **The number is 813-272-4787.**

## Mental Wellness Support

- Triage needs and provide supports to families and educators
- Modify schedules as needed for students and staff
- Ongoing consultation to school-based teams on mental health, threat assessments and suicide assessment
- Crisis Intervention Team ready for response when needed
- Enhance partnerships with network of mental health professionals to provide services
- Provide a blended model of support, inclusive of in-person and virtual deployment of mental health services

## Safety and Support

Protecting our teachers and staff is a top priority for the district as we head back to brick and mortar classroom learning. It will take a partnership of accountability from the staff member, the school and the District to keep our teachers and staff healthy during this unchartered time.

The District Employee Assistance Program (EAP) is available 24 hours a day, 7 days a week and can be reached at 855-327-6463. EAP is no cost to employees for in-the-moment emotional well-being support as well as for access to free and confidential counseling sessions.

The District's employee Wellbeing Program, Wellbeing 4U, remains committed to promoting physical, emotional, social, and financial well-being of all staff. Wellbeing 4U Champions at schools and district sites provide onsite support through activities and connection to resources.



# Next Steps

**Consult** district website for latest information and updated frequently asked questions: HillsboroughSchools.org/Reopening

**Follow** @HillsboroughSch and @AddisonGDavis on Twitter for updates

**Follow** @HillsboroughSch on Instagram

**Join** the conversation on the Hillsborough County Public Schools Facebook page

**Subscribe** to our YouTube page: HCPSVideoChannel

Exhibit D

**IN THE THIRTEENTH JUDICIAL CIRCUIT COURT**
**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
**CIRCUIT CIVIL DIVISION**

**KEVIN LEVONAS and ANGELINA AUCELLO; MATT and PRISCILLA POAGE; JUSTIN and GRACE WARNIMENT; ELIZABETH HAGAN; MIKE MILLER; ROBERT and EVELYN GRIFFITH,**
**Plaintiffs,**

**Case No: 20-CA-6452**
**Div.: G**

**v.**

**HILLSBOROUGH COUNTY SCHOOL BOARD, FLORIDA, and SUPERINTENDENT ADDISON DAVIS,**
**Defendants.**
______________________________/

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DISMISSING COMPLAINT WITH PREJUDICE**

**THIS CAUSE** came before the Court for electronic hearing on December 8, 2020, on Defendants', Hillsborough County School Board, Florida (hereinafter "School Board") and Superintendent Addison Davis (hereinafter "Superintendent") (collectively referred to as "Defendants") *Motion to Dismiss Plaintiffs' Amended Complaint*, filed September 8, 2020. On September 11, 2020, Plaintiffs filed a *Response*. Plaintiffs additionally filed *Notices of Supplemental Authority* on September 15, 2020, September 30, 2020, and December 10, 2020. Defendants also filed a *Notice of Supplemental Authorities* on November 30, 2020.[1] Having thoughtfully and carefully considered the Motion, the Response, attachments and additional supplemental authority, along with the court file and arguments of counsel, and being duly advised in the premises, the Court finds as follows:

[1] The Court notes that both parties filed motions seeking judicial notice. Defendants filed such Notice along with its Motion on September 8, 2020. One day before the hearing, on December 7, 2020, Plaintiffs filed a *Motion for Judicial Notice*. The Court declines to take judicial notice of materials outside the four corners of the Amended Complaint.

## BACKGROUND

In the midst of the COVID-19 global pandemic, like other school boards, municipalities, and governing bodies in Florida and this country, Defendants were responsible for instituting a plan to safely and effectively reopen public schools. On July 23, 2020, the School Board formalized a plan to safely reopen public schools, which included a requirement that all children attending school in person to wear face coverings at all times while on campus where social distancing is not possible and when exemptions do not apply (the "Reopening Plan"). After holding a public meeting, the Reopening Plan was approved by the School Board and the Florida Department of Education on August 6, 2020.

On August 14, 2020, Plaintiffs filed a *Verified Emergency Complaint for Declaratory Relief and Injunctive Relief with Incorporated Motion for Temporary Restraining Order* against the School Board and Superintendent. Plaintiffs filed the Amended Complaint at issue on August 17, 2020. On August 18, 2020, the Court denied Plaintiffs' Motion for Temporary Injunction without hearing and found that Plaintiffs failed to demonstrate a legally sufficient basis for temporary injunctive relief.

Plaintiffs' allegations are primarily based on the argument that the Reopening Plan is unconstitutional under Article IX, Section 1 of the Florida Constitution. (Amended Complaint, ¶ 15.) Plaintiffs allege the Reopening Plan violates their purported "fundamental right" to a free public education, creates a separate and unequal education system by offering virtual learning, violates the right to privacy, interferes with the parental right to determine medical treatment for their child, treats different classes of students differently, and deprives students of due process. (Amended Complaint, ¶¶ 21-24.) Additionally, Plaintiffs contend that Defendants lacked authority and did not follow the proper procedures in instituting its Reopening Plan. (Amended Complaint, ¶ 25.) Finally, Plaintiffs contend Defendants violated the Florida Constitution by commencing a virtual-only program for the first week of school. (Amended Complaint, ¶ 26.)

As such, Plaintiffs argue strict scrutiny is the proper standard of review because they claim that a free public education is a fundamental right under the Florida Constitution. (Amended Complaint, ¶¶ 27-28.) In response, Defendants contend rational basis review is the proper legal standard because the Reopening Plan does not infringe upon any constitutionally-protected, fundamental right, does not target a suspect class, and applies to students and staff equally.

Once again, this Court acknowledges that this is a tender matter of significant public importance and that parents and educators alike are making difficult decisions with regard to education in the wake of the global pandemic. However, the Court is bound by the applicable law, and upon review of the applicable legal authority, and for the reasons set forth below, the Court agrees with the Defendants and grants the Motion to Dismiss. Because the Court finds that there are no legally sufficient facts which Plaintiffs can allege to support their claims, the Court finds that further amendment would futile, and therefore; dismisses Plaintiffs' Amended Complaint with prejudice.

## ANALYSIS

### I. Plaintiffs Fail to State a Claim Against the Superintendent.

Defendants argue the Superintendent is not a proper defendant to this action. *See* Motion, p. 1, n.1 (citing Fla. Stat. § 1001.40 (stating the governing body of each school district is the School Board); § 1001.41 (stating the School Board shall be the entity to "sue, and be sued")). Plaintiffs conceded this point for all claims except their Fifth Claim for Relief. *See* Response, p. 1, n.2. Because this Court dismisses the Fifth Claim for Relief, as set forth below, and because Plaintiffs concede the Superintendent is not a proper defendant to any other claim in this action, the Court dismisses the Superintendent as a party from this action.

### II. Free Public Education is Not a Fundamental Right Under the Florida Constitution, Therefore; Rational Basis Review is the Appropriate Standard of Review.

To determine whether the challenged conduct (*i.e.,* the face covering requirement) is constitutional, the Court must first decide the proper standard of review. This determination centers

on whether public education constitutes a "fundamental right" under the Florida Constitution. If education is a "fundamental right," as Plaintiffs contend, then the constitutionality of the challenged conduct must be evaluated under the strict scrutiny standard of review. If education is not a "fundamental right," then the conduct is evaluated under the rational basis standard.

Free public education is not a "fundamental right." Indeed, Article IX, Section 1(a) states that education is a "fundamental *value*." The Florida Supreme Court has confirmed that education is not a "fundamental right" under the Florida Constitution. *See Bush v. Holmes*, 919 So. 2d 392, 404 (Fla. 2006) ("In response to concerns of commissioners that the state might become liable for every individual's dissatisfaction with the education system, the term 'fundamental value' was substituted."). As such, the Court finds that Plaintiffs' alleged constitutional violations must be analyzed under rational basis review. *See generally Connor v. Brevard County School Board*, No. 2020-CA-038111-XXXX-XX (Fla. 18th Cir. Ct. Oct. 9, 2020) (rejecting the same argument advanced here and determining rational basis review is the proper standard of review for alleged constitutional violations for a face mask requirement at school).

**III. The Face Covering Requirement within the Reopening Plan is Constitutional Under Rational Basis Review.**

The rational basis test adopted by the Florida Supreme Court requires that a "state statute must be upheld . . . if there is *any* reasonable relationship between the act and the furtherance of a valid governmental objective." *Haire v. Fla. Dep't of Agric. & Consumer Servs.*, 870 So. 2d 774, 782 (Fla. 2004) (internal citations omitted) (emphasis added). When considering rational basis review, courts "must remain cognizant of the legislature's broad range of discretion in its choice of means and methods by which it will enhance the public good and welfare." *Id.* (internal citations omitted). In doing so, the Court acknowledges the inherent authority afforded to the School Board to enact policies and procedures necessary to protect the health, safety, and welfare of students. *See* Fla. Stat. § 1001.42(8)(a); *see also Ferrara v. Hendry Cty. Sch. Bd.*, 362 So. 2d 371, 374 (Fla. 2d DCA 1978)

(conducting a rational basis review of the school board's dress code, court stated "we feel compelled to recognize and give weight to the very strong policy considerations in favor of giving local school boards the widest possible latitude in the management of school affairs").

Accordingly, the Court finds that the face covering requirement within the Reopening Plan bears at least some "real or substantial relation" to the current public health crisis caused by the COVID-19 pandemic. *See Jacobson v. Commonwealth of Mass.*, 197 U.S. 11, 25 (1905). While Plaintiffs take issue with the medical guidance and science relied upon by the School Board to develop and implement the face mask requirement, there is no dispute that such guidance and science exist and the School Board relied upon it to develop the face mask requirement. The Court need not evaluate the correctness of that guidance and science to determine that the School Board had a rational basis for implementing the face covering requirement and that the School Board's face mask requirement bears a reasonable relationship to a valid governmental objective. Plaintiffs' allegations do not and cannot demonstrate that the face covering requirement fails under the rational basis test because Plaintiffs cannot negate every conceivable basis in support of the face covering requirement. *See Haire*, 870 So. 2d at 782.

With regard to Plaintiffs' purported unfettered "right to be let alone and free from governmental intrusion," such "right" simply does not exist, especially within the context of public schools. In the wake of the current pandemic, Florida courts have repeatedly held that requiring individuals to wear face coverings in a public location is not a constitutional violation. The Court finds these opinions persuasive. *See Machovec, et al., v. Palm Beach Cnty.*, Case No. 2020-CA-006920 (Fla. 15th Cir. Ct. Jul. 27, 2020) ("There is no reasonable expectation of privacy as to whether one covers their nose and mouth in public places."); *see Green v. Alachua Cnty.*, Case No. 01-2020-CA-001249 (Fla. 8th Cir. Ct. May 26, 2020) ("There is no recognized constitutional right not to wear a facial covering in public locations or to expose other citizens of the county to a contagious and

potentially lethal virus during a declared pandemic emergency."); *Dolata v. City of Deland*, Case No. 2020-10900-CIDL (Fla. 7th Cir. Ct. Aug. 31, 2020) ("Even if the instant [p]laintiff had a recognized right to privacy here, which he does not, it is clear that the City's interest in reducing the spread of COVID-19 is a compelling state interest"); *Carroll v. Gadsden Cnty.,* Case No. 20-542-CA (Fla. 2nd Cir. Ct. May 26, 2020) ("[C]ommissioners were asked to choose between sparing residents the miniscule inconvenience of wearing a mask and saving lives. They chose saving lives. And they did so in conformity with the Florida Constitution."); *Jackson v. Orange Cnty.,* Case No: 48-2020-CA-006427-O (Fla. 9th Cir. Ct. Aug. 31, 2020) ("Plaintiff is unable to show he has a recognized constitutional right not to wear a facial covering in public locations or to expose other persons to a contagious and potentially lethal virus during a declared pandemic."). As such, the Court finds as a matter of law that there is no violation of the right to privacy.

Moreover, the Reopening Plan does not target a suspect class, but instead applies to students and staff equally. The Reopening Plan includes various exceptions to wearing face coverings for all students, such as while eating or drinking, or for students with special needs or certain medical conditions. These exceptions are reasonably related to the legitimate governmental interest in protecting the health and safety of students, particularly during a global pandemic. Likewise, the virtual learning option does not create a "separate and unequal" education system. Instead, the Reopening Plan affords students and parents the option of choosing the preferred method of education, which is reasonably related to the legitimate governmental interest in protecting the health and safety of students, in the midst of the COVID-19 pandemic.

Similarly, the Reopening Plan does not infringe on a parent's right to determine the medical treatment for their child. Florida courts have recently rejected Plaintiffs' argument on this point, and this Court finds those rulings persuasive. *See Green*, Case. No. 2020-CA-001249 ("This Court additionally finds that the facial covering requirement contained in the County's emergency order is

neither a medical treatment, compelled or otherwise, nor compelled speech."); *Machovec*, Case No. 2020-CA-006920 (rejecting the argument that "the wearing of a mask is a medical treatment or medical procedure . . . A mask is no more a 'medical procedure' than putting a Band-Aid on an open wound. It is also not close to being analogous to the consequential or invasive procedures at issue in other cases addressing the right to medical privacy."); *Jackson,* Case No: 48-2020-CA-006427-O ("The court rejects the premise that a face mask is a medical device').

Accordingly, given the foregoing, the Court finds that the Reopening Plan is constitutional under the rational basis standard of review. The Court finds that the School Board had a rational basis for implementing the face covering requirement and that the School Board's face mask requirement bears a reasonable relationship to a valid governmental objective. As such, the Court further finds as a matter of law that Plaintiffs have failed to state a cause of action. The Court, therefore, dismisses Plaintiffs' First, Second, Third, and Fourth Claims for Relief for failure to state a cause of action.

**IV. Plaintiffs Fail to State a Claim for Violation of the Florida Sunshine Act.**

Plaintiffs claim Defendants violated the Florida Sunshine Act when the School Board approved the Reopening Plan, allegedly without public notice or comment. (Amended Complaint, ¶¶ 25, 126-141.) Plaintiffs claim that the School Board lacked the authority to issue the Reopening Plan and that proper notice and hearing procedures were not followed. (*Id.*) This Court finds that Plaintiffs' allegations are not well-pled and are otherwise legally insufficient. The Florida Constitution created the School Board and the Superintendent, and deemed them the proper parties to achieve a uniform, efficient, and safe school system. Defendants acted within their general, supplemental, and inherent powers when it created and implemented the Reopening Plan for the purpose of ensuring the health and safety of its students.

Plaintiffs other allegations are not well-pled as they fail to clearly allege what action was allegedly taken in violation of the Florida Sunshine Act. The Reopening Plan was properly approved

by the School Board (where a public meeting was held) and the Florida Department of Education on or around July 23, 2020. Subsequently, a public hearing, where public comments were heard, was held on August 6, 2020. All procedures were followed. Moreover, Plaintiffs appeared to have abandoned this claim by not articulating any further support for this claim during the December 8, 2020, hearing. The Court finds that Plaintiffs have not and cannot allege any legally sufficient facts that would support their Fifth Claim for Relief, and therefore, dismisses such claim with prejudice.

**V. Plaintiffs Fail to State a Claim for Failure to Open.**

Plaintiffs claim Defendants violated the Florida Constitution when Defendants required all students to attend eLearning for the first week of the semester. (Amended Complaint, ¶¶ 144-151.) Plaintiffs fail to allege how this action – which applied to all students equally and which was in compliance with the Reopening Plan approved by the Florida Department of Education – violated the Florida Constitution. The Court finds that Plaintiffs cannot do so because the Florida Legislature has determined that virtual education is a viable educational model, as evidenced by Section 1000.04(4), *Florida Statutes*. The Court finds that Plaintiffs cannot allege any legally sufficient facts which would support their Sixth Claim for Relief, and therefore, dismisses such claim with prejudice.

Given the foregoing, the Court finds that Plaintiffs' Amended Complaint fails to state any legally sufficient claim upon which relief may be granted. The Court further finds that Plaintiffs cannot allege any set of facts or circumstances which would entitle them to relief; therefore, further amendment is futile. As such, the Court finds dismissal with prejudice is warranted.

It is therefore **ORDERED** and **ADJUDGED** that Defendants' *Motion to Dismiss the Amended Complaint* is **GRANTED**. Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE**.

Should any party choose to file a timely motion pursuant to Florida Rule of Civil Procedure 1.530(b), the Court reminds the parties of the undersigned's impending retirement, and **DIRECTS**

that upon the filing of such a motion, counsel shall immediately provide via electronic communication a copy of any such motion to the undersigned's judicial assistant, with proper copy to all parties.

**DONE AND ORDERED** and effective as of the date and time imprinted below with the Judge's signature.

Electronically Conformed 12/15/2020
Martha J. Cook

**MARTHA J. COOK,**
**Circuit Court Judge**

Electronic Copies via JAWS

Exhibit E

Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

COVID-19

**UPDATE**

Given new evidence on the B.1.617.2 (Delta) variant, CDC has updated the guidance for fully vaccinated people. CDC recommends universal indoor masking for all teachers, staff, students, and visitors to K-12 schools, regardless of vaccination status. Children should return to full-time in-person learning in the fall with layered prevention strategies in place.

# Guidance for COVID-19 Prevention in K-12 Schools

Updated Aug. 5, 2021 Print

## Key Takeaways

- Students benefit from in-person learning, and safely returning to in-person instruction in the fall 2021 is a priority.
- Vaccination is the leading public health prevention strategy to end the COVID-19 pandemic. Promoting vaccination can help schools safely return to in-person learning as well as extracurricular activities and sports.
- Due to the circulating and highly contagious Delta variant, CDC recommends universal indoor masking by all students (age 2 and older), staff, teachers, and visitors to K-12 schools, regardless of vaccination status.
- In addition to universal indoor masking, CDC recommends schools maintain at least 3 feet of physical distance between students within classrooms to reduce transmission risk. When it is not possible to maintain a physical distance of at least 3 feet, such as when schools cannot fully re-open while maintaining these distances, it is especially important to layer multiple other prevention strategies, such as screening testing.
- Screening testing, ventilation, handwashing and respiratory etiquette, staying home when sick and getting tested, contact tracing in combination with quarantine and isolation, and cleaning and disinfection are also important layers of prevention to keep schools safe.
- Students, teachers, and staff should stay home when they have signs of any infectious illness and be referred to their healthcare provider for testing and care.
- Many schools serve children under the age of 12 who are not eligible for vaccination at this time. Therefore, this guidance emphasizes implementing layered prevention strategies (e.g., using multiple prevention strategies together consistently) to protect students, teachers, staff, visitors, and other members of their households and support in-person learning.
- Localities should monitor community transmission, vaccination coverage, screening testing, and occurrence of outbreaks to guide decisions on the level of layered prevention strategies (e.g., physical distancing, screening testing).

## Summary of Recent Changes

Updates as of August 4, 2021

- Updated to recommend universal indoor masking for all students, staff, teachers, and visitors to K-12 schools, regardless of vaccination status.
- Added recommendation for fully vaccinated people who have a known exposure to someone with suspected or confirmed COVID-19 to be tested 3-5 days after exposure, regardless of whether they have symptoms.

Updates as of July 9, 2021

- Added information on offering and promoting COVID-19 vaccination.
- Updated to emphasize the need for localities to monitor community transmission, vaccination coverage, screening testing, and occurrence of outbreaks to guide decisions on the level of layered prevention strategies.
- Revised to emphasize the COVID-19 prevention strategies most important for in-person learning for K-12 schools.
  - Added language on the importance of offering in-person learning, regardless of whether all of the prevention strategies can be implemented at the school.
  - For example, because of the importance of in-person learning, schools where not everyone is fully vaccinated should implement physical distancing to the extent possible within their structures (in addition to masking and other prevention strategies), but should not exclude students from in-person learning to keep a minimum distance requirement.
- Updated to align with guidance for fully vaccinated people.
- Updated to align with current mask guidance.
  - In general, people do not need to wear masks when outdoors.
- Added language on safety and health protections for workers in K-12 schools.

This updated version of COVID-19 guidance for school administrators outlines strategies for K-12 schools to reduce the spread of COVID-19 and maintain safe operations.

Many schools serve children under the age of 12 who are not eligible for vaccination at this time. Therefore, this guidance emphasizes implementing layered prevention strategies (e.g., using multiple prevention strategies together) to protect students, teachers, staff, and other members of their households, and to support in-person learning. This guidance is based on current scientific evidence and lessons learned from schools implementing COVID-19 prevention strategies.

This CDC guidance is meant to supplement—not replace—any federal, state, local, territorial, or tribal health and safety laws, rules, and regulations with which schools must comply. The adoption and implementation of this guidance should be done in collaboration with regulatory agencies and state, local, territorial, and tribal public health departments, and in compliance with state and local policies and practices.

# COVID-19 Prevention Strategies Most Important for Safe In-Person Learning in K-12 Schools

# To get kids back in-person safely, schools should monitor





Community Transmission




Vaccination Coverage



Testing



Outbreaks

# to help prevent the spread of COVID-19



cdc.gov/coronavirus

CS325431A 07/06/2021

Schools are an important part of the infrastructure of communities. They provide safe and supportive learning environments for students that support social and emotional development, provide access to critical services, and improve life outcomes. They also employ people, and enable parents, guardians, and caregivers to work. Though COVID-19 outbreaks have occurred in school settings, multiple studies have shown that transmission rates within school settings, when multiple prevention strategies are in place, are typically lower than – or similar to – community transmission levels. CDC's science brief on Transmission of SARS-CoV-2 in K-12 Schools and Early Care and Education Programs summarizes evidence on COVID-19 among children and adolescents and what is known about preventing transmission in schools and Early Care and Education programs.

However, with COVID-19 cases increasing nationally since mid-June 2021, driven by the B.1.617.2 (Delta) variant of SARS-CoV-2, protection against exposure remains essential in school settings. Because of the highly transmissible nature of this variant, along with the extent of mixing of vaccinated and unvaccinated people in schools, the fact that children <12 years of age are not currently eligible for vaccination, and low levels of vaccination among youth ages 12-17, CDC recommends universal indoor masking for all students (age 2 years and older), teachers, staff, and visitors to K-12 schools regardless of vaccination status.

Schools should work with local public health officials, consistent with applicable laws and regulations, including those related to privacy, to determine the additional prevention strategies needed in their area by monitoring levels of community transmission (i.e., low, moderate, substantial, or high) and local vaccine coverage, and use of screening testing to detect cases in K-12 schools. For example, with a low teacher, staff, or student vaccination rate, and without a screening testing program, schools might decide that they need to continue to maximize physical distancing or implement screening testing in addition to mask wearing.

Schools should communicate their strategies and any changes in plans to teachers, staff, and families, and directly to older students, using accessible materials and communication channels, in a language and at a literacy level that teachers, staff, students, and families understand.

# Health Equity

Schools play critical roles in promoting equity in learning and health, particularly for groups disproportionately affected by COVID-19. People living in rural areas, people with disabilities, immigrants, and people who identify as American Indian/Alaska Native, Black or African American, and Hispanic or Latino have been disproportionately affected by COVID-19; these disparities have also emerged among children. For these reasons, health equity considerations related to the K-12 setting are a critical part of decision-making and have been considered in CDC's updated guidance for schools. School administrators and public health officials can ensure safe and supportive environments and reassure families, teachers, and staff by planning and using comprehensive prevention strategies for in-person learning and communicating those efforts. Schools can work with parents to understand their preferences and concerns for in-person learning.

School administrators can promote health equity by ensuring all students, teachers, and staff have resources to support physical and mental health. School administrators can offer modified job responsibilities for staff at higher risk for severe illness who have not been fully vaccinated while protecting individual privacy. Federal and state disability laws may require an individualized approach for working with children and youth with disabilities consistent with the child's Individualized Family Service Plan (IFSP), Individualized Education Program (IEP), or Section 504 plan. Administrators should consider adaptations and alternatives to prevention strategies when serving people with disabilities, while maintaining efforts to protect all children and staff from COVID-19.

# Section 1: Prevention Strategies to Reduce Transmission of SARS-CoV-2 in Schools

CDC recommends that all teachers, staff and eligible students be vaccinated as soon as possible. However, schools have a mixed population of both people who are fully vaccinated and people who are not fully vaccinated. Elementary schools primarily serve children under 12 years of age who are not eligible for the COVID-19 vaccine at this time. Other schools (e.g., middle schools, K-8 schools) may also have students who are not yet eligible for COVID-19 vaccination. Some schools (e.g., high schools) may have a low percentage of students and staff fully vaccinated despite vaccine eligibility. These variations require K-12 administrators to make decisions about the use of COVID-19 prevention strategies in their schools and are reasons why CDC recommends universal indoor masking regardless of vaccination status at all levels of community transmission.

Together with local public health officials, school administrators should consider multiple factors when they make decisions about implementing layered prevention strategies against COVID-19. Since schools typically serve their surrounding communities, decisions should be based on the school population, families and students served, as well as their communities. The primary factors to consider include:

- Level of community transmission of COVID-19.
- COVID-19 vaccination coverage in the community and among students, teachers, and staff.
- Strain on health system capacity for the community.
- Use of a frequent SARS-CoV-2 screening testing program for students, teachers, and staff who are not fully vaccinated. Testing provides an important layer of prevention, particularly in areas with substantial to high community transmission levels.
- COVID-19 outbreaks or increasing trends in the school or surrounding community.
- Ages of children served by K-12 schools and the associated social and behavioral factors that may affect risk of transmission and the feasibility of different prevention strategies.

## Prevention Strategies

- Promoting vaccination
- Consistent and correct mask use
- Physical distancing
- Screening testing to promptly identify cases, clusters, and outbreaks
- Ventilation
- Handwashing and respiratory etiquette
- Staying home when sick and getting tested
- Contact tracing, in combination with isolation and quarantine
- Cleaning and disinfection

CDC recommends universal indoor masking, physical distancing to the extent possible, and additional prevention strategies to protect students, teachers, and staff. Schools should not exclude students from in-person learning to keep a minimum distance requirement; layering multiple prevention strategies is essential when physical distancing of at least 3 feet is not possible at all times.

## 1. Promoting Vaccination

COVID-19 vaccination among all eligible students as well as teachers, staff, and household members is the most critical strategy to help schools safely resume full operations.

Vaccination is the leading public health prevention strategy to end the COVID-19 pandemic. People who are fully vaccinated against COVID-19 are at low risk of symptomatic or severe infection. A growing body of evidence suggests that people who are fully vaccinated against COVID-19 are less likely to become infected and develop symptoms and are at substantially reduced risk from severe illness and death from COVID-19 compared with unvaccinated people.

Only a small proportion of fully vaccinated people get infected (breakthrough infections), even with the Delta variant. Moreover, when these infections occur among vaccinated people, they tend to be milder than among those who are unvaccinated. However, preliminary evidence suggests that fully vaccinated people who are infected with the Delta variant can be infectious and can spread the virus to others. To reduce the risk of becoming infected with the Delta variant and spreading it to others, students, teachers, and school staff should continue to use layered prevention strategies including universal masking in schools.

People 12 years and older are now eligible for COVID-19 vaccination. Schools can promote vaccinations among teachers, staff, families, and eligible students by providing information about COVID-19 vaccination, encouraging vaccine trust and confidence, and establishing supportive policies and practices that make getting vaccinated as easy and convenient as possible.

When promoting COVID-19 vaccination, consider that certain communities and groups have been disproportionately affected by COVID-19 illness and severe outcomes, and some communities might have experiences that affect their trust and confidence in the healthcare system. Teachers, staff, students, and their families may differ in their level of vaccine confidence. School administrators can adjust their messages to the needs of their families and community and involve trusted community messengers as appropriate, including those on social media, to promote COVID-19 vaccination among people who may be hesitant to receive it.

To promote vaccination, schools can:

- Visit vaccines.gov to find out where teachers, staff, students, and their families can get vaccinated against COVID-19 in the community and promote COVID-19 vaccination locations near schools.
- Encourage teachers, staff, and families, including extended family members that have frequent contact with students, to get vaccinated as soon as they can.
- Consider partnering with state or local public health authorities to serve as COVID-19 vaccination sites, and work with local healthcare providers and organizations, including school-based health centers. Offering vaccines on-site before, during, and after the school day and during summer months can potentially decrease barriers to getting vaccinated against COVID-19. Identify other potential barriers that may be unique to the workforce and implement policies and practices to address them. The Workplace Vaccination Program has information for employers on recommended policies and practices for encouraging COVID-19 vaccination uptake among workers.
- Find ways to adapt key messages to help families, teachers, and staff become more confident about the vaccine by using the language, tone, and format that fits the needs of the community and is responsive to concerns.
- Use CDC COVID-19 Vaccination Toolkits to educate members of the school community and promote COVID-19 vaccination. CDC's Workers COVID-19 Vaccine Toolkit is also available to help employers educate their workers about COVID-19 vaccines, raise awareness about vaccination benefits, and address common questions and concerns. HHS also has an On-site Vaccination Clinic Toolkit to help community groups, employers, and other host organizations work directly with vaccine providers to set up vaccination clinics in locations that people know and trust.
- Host information sessions to connect parents and guardians with information about the COVID-19 vaccine. Teachers, staff, and health professionals can be trusted sources to explain the safety, efficacy, and benefits of COVID-19 vaccines and answer frequently asked questions.
- Offer flexible, supportive sick leave options (e.g., paid sick leave) for employees to get vaccinated or who have side effects after vaccination. See CDC's Post-vaccination Considerations for Workplaces.
- Promote vaccination information for parents and guardians, siblings who are eligible for vaccines, and other household members as part of kindergarten transition and enrollment in summer activities for families entering the school system.

Provide students and families flexible options for excused absence to receive a COVID-19 vaccination and for possible side effects after vaccination.

- Work with local partners to offer COVID-19 vaccination for eligible students and eligible family members during pre-sport/extracurricular activity summer physicals.

## 2. Consistent and Correct Mask Use

When teachers, staff, and students consistently and correctly wear a mask, they protect others as well as themselves. Consistent and correct mask use is especially important indoors and in crowded settings, when physical distancing cannot be maintained.

- **Indoors:** CDC recommends indoor masking for all individuals age 2 years and older, including students, teachers, staff, and visitors, regardless of vaccination status.
- **Outdoors:** In general, people do not need to wear masks when outdoors. CDC recommends that people who are not fully vaccinated wear a mask in crowded outdoor settings or during activities that involve sustained close contact with other people. Fully vaccinated people might choose to wear a mask in crowded outdoor settings if they or someone in their household is immunocompromised.

Exceptions can be made for the following categories of people:

- A person who cannot wear a mask, or cannot safely wear a mask, because of a disability as defined by the Americans with Disabilities Act (ADA) (42 U.S.C. 12101 et seq.). Discuss the possibility of reasonable accommodation with workers who are unable to wear or have difficulty wearing certain types of masks because of a disability.
- A person for whom wearing a mask would create a risk to workplace health, safety, or job duty as determined by the relevant workplace safety guidelines or federal regulations.

Masks should meet one of the following criteria:

- CDC mask recommendations
- NIOSH Workplace Performance and Workplace Performance Plus masks

**During school transportation:** CDC's Order applies to all public transportation conveyances including school buses. Passengers and drivers must wear a mask on school buses, including on buses operated by public and private school systems, regardless of vaccination status, subject to the exclusions and exemptions in CDC's Order. Learn more here.

Schools should provide masks to those students who need them (including on buses), such as students who forgot to bring their mask or whose families are unable to afford them. No disciplinary action should be taken against a student who does not have a mask as described in the U.S. Department of Education COVID-19 Handbook, Volume 1 .

## 3. Physical Distancing

Because of the importance of in-person learning, schools should implement physical distancing to the extent possible within their structures but should not exclude students from in-person learning to keep a minimum distance requirement. In general, CDC recommends people who are not fully vaccinated maintain physical distance of at least 6 feet from other people who are not in their household. However, several studies from the 2020-2021 school year show low COVID-19 transmission levels among students in schools that had less than 6 feet of physical distance when the school implemented and layered other prevention strategies, such as the use of masks.

Based on studies from 2020-2021 school year, CDC recommends schools maintain at least 3 feet of physical distance between students within classrooms, combined with indoor mask wearing to reduce transmission risk. When it is not possible to maintain a physical distance of at least 3 feet, such as when schools cannot fully re-open while maintaining these distances, it is especially important to layer multiple other prevention strategies, such as screening testing, cohorting, improved ventilation, handwashing and covering coughs and sneezes, staying home when sick with symptoms of infectious illness including COVID-19, and regular cleaning to help reduce transmission risk. A distance of at least 6 feet is recommended between students and teachers/staff, and between teachers/staff who are not fully vaccinated. Mask use by all students, teachers, staff, and visitors is particularly important when physical distance cannot be maintained.

**Cohorting:** Cohorting means keeping people together in a small group and having each group stay together throughout an entire day. Cohorting can be used to limit the number of students, teachers, and staff who come in contact with each other, especially when it is challenging to maintain physical distancing, such as among young children, and particularly in areas of moderate-to-high transmission levels. The use of cohorting can limit the spread of COVID-19 between cohorts but should not replace other prevention measures within each group. Cohorting people who are fully vaccinated and people who are not fully vaccinated into separate cohorts is not recommended. It is a school's responsibility to ensure that cohorting is done in an equitable manner that does not perpetuate academic, racial, or other tracking, as described in the U.S. Department of Education COVID-19 Handbook, Volume 1 .

## 4. Screening Testing

Screening testing identifies infected people, including those with or without symptoms (or before development of symptoms) who may be contagious, so that measures can be taken to prevent further transmission. In K-12 schools, screening testing can help promptly identify and isolate cases, quarantine those who may have been exposed to COVID-19 and are not fully vaccinated, and identify clusters to reduce the risk to in-person education. CDC guidance provides that people who are fully vaccinated do not need to participate in screening testing and do not need to quarantine if they do not have any symptoms. Decisions regarding screening testing may be made at the state or local level. Screening testing may be most valuable in areas with substantial or high community transmission levels, in areas with low vaccination coverage, and in schools where other prevention strategies are not implemented. More frequent testing can increase effectiveness, but feasibility of increased testing in schools needs to be considered. Screening testing should be done in a way that ensures the ability to maintain confidentiality of results and protect student, teacher, and staff privacy. Consistent with state legal requirements and Family Educational Rights and Privacy Act (FERPA) , K-12 schools should obtain parental consent for minor students and assent/consent for students themselves.

Screening testing can be used to help evaluate and adjust prevention strategies and provide added protection for schools that are not able to provide optimal physical distance between students. Screening testing should be offered to students who have not been fully vaccinated when community transmission is at moderate, substantial, or high levels (Table 1); at any level of community transmission, screening testing should be offered to all teachers and staff who have not been fully vaccinated. To be effective, the screening program should test at least once per week, and rapidly (within 24 hours) report results. Screening testing more than once a week might be more effective at interrupting transmission. Schools may consider multiple screening testing strategies, for example, testing a random sample of at least 10% of students who are not fully vaccinated, or conducting pooled testing of cohorts. Testing in low-prevalence settings might produce false positive results, but testing can provide an important prevention strategy and safety net to support in-person education.

To facilitate safe participation in sports, extracurricular activities, and other activities with elevated risk (such as activities that involve singing, shouting, band, and exercise that could lead to increased exhalation), schools should consider implementing screening testing for participants who are not fully vaccinated. Schools can routinely test student athletes, participants, coaches, and trainers, and other people (such as adult volunteers) who are not fully vaccinated and could come into close contact with others during these activities. Schools should consider implementing screening testing of participants who are not fully vaccinated up to 24 hours before sporting, competition, or extracurricular events. Schools can use different screening testing strategies for lower-risk sports. High-risk sports and extracurricular activities should be virtual or canceled in areas of high community transmission unless all participants are fully vaccinated.

Funding provided through the ELC Reopening Schools award is primarily focused on providing needed resources to implement screening testing programs in schools aligned with the CDC recommendations. Learn more ELC Reopening Schools: Support for Screening Testing to Reopen & Keep Schools Operating Safely Guidance . Resources are available to support school testing – see Appendix 2: Testing Strategies for COVID-19 Prevention in K-12 Schools.

## Table 1. Screening Testing Recommendations for K-12 Schools by Level of Community Transmission

| | Low Transmission[1] Blue | Moderate Transmission Yellow | Substantial Transmission Orange | High Transmission Red |
|---|---|---|---|---|
| **Students** | Do not need to screen students. | **Offer screening testing for students** who are not fully vaccinated at least once per week. | | |
| **Teachers and staff** | **Offer screening testing for teachers and staff** who are not fully vaccinated at least once per week. | | | |
| **High risk sports and activities** | **Recommend screening testing for high-risk sports[2] and extracurricular activities[3]** at least once per week for participants who are not fully vaccinated. | | **Recommend screening testing for high-risk sports and extracurricular activities** twice per week for participants who are not fully vaccinated. | **Cancel or hold high-risk sports and extracurricular activities virtually** to protect in-person learning, unless all participants are fully vaccinated. |
| **Low- and intermediate-risk sports** | Do not need to screen students participating in low- and intermediate-risk sports.[2] | **Recommend screening testing for low- and intermediate-risk sports** at least once per week for participants who are not fully vaccinated. | | |

[1] Levels of community transmission defined as total new cases per 100,000 persons in the past 7 days (low, 0-9; moderate 10-49; substantial, 50-99, high, ≥100) and percentage of positive tests in the past 7 days (low, <5%; moderate, 5-7.9%; substantial, 8-9.9%; high, ≥10%.)

[2] Examples of low-risk sports are diving and golf; intermediate-risk sport examples are baseball and cross country; high-risk sport examples are football and wrestling.

[3]High-risk extracurricular activities are those in which increased exhalation occurs, such as activities that involve singing, shouting, band, or exercise, especially when conducted indoors.

# 5. Ventilation

Improving ventilation is an important COVID-19 prevention strategy that can reduce the number of virus particles in the air. Along with other preventive strategies, including wearing a well-fitting, multi-layered mask, bringing fresh outdoor air into a building helps keep virus particles from concentrating inside. This can be done by opening multiple doors and windows, using child-safe fans to increase the effectiveness of open windows, and making changes to the HVAC or air filtration systems.

During transportation, open or crack windows in buses and other forms of transportation, if doing so does not pose a safety risk. Keeping windows open a few inches improves air circulation.

For more specific information about maintenance, use of ventilation equipment, actions to improve ventilation, and other ventilation considerations, refer to:

- CDC's Ventilation in Schools and Child care Programs
- CDC's Ventilation in Buildings webpage
- CDC's Ventilation FAQs and
- CDC's Improving Ventilation in Your Home

Additional ventilation recommendations for different types of school buildings can be found in the American Society of Heating, Refrigerating, and Air-Conditioning Engineers (ASHRAE) schools and universities guidance document.

Funds provided through the Elementary and Secondary Schools Emergency Relief Programs and the Governor's Emergency Education Relief Programs can support improvements to ventilation. Please see question B-7 of the U.S. Department of Education Uses of Funds guidance for these programs.

## 6. Handwashing and Respiratory Etiquette

People should practice handwashing and respiratory etiquette (covering coughs and sneezes) to keep from getting and spreading infectious illnesses including COVID-19. Schools can monitor and reinforce these behaviors and provide adequate handwashing supplies.

- Teach and reinforce handwashing with soap and water for at least 20 seconds.
- Remind everyone in the facility to wash hands frequently and assist young children with handwashing.
- If handwashing is not possible, use hand sanitizer containing at least 60% alcohol (for teachers, staff, and older students who can safely use hand sanitizer). Hand sanitizers should be stored up, away, and out of sight of young children and should be used only with adult supervision for children under 6 years of age.

## 7. Staying Home When Sick and Getting Tested

Students, teachers, and staff who have symptoms of infectious illness, such as influenza (flu) or COVID-19, should stay home and be referred to their healthcare provider for testing and care, regardless of vaccination status. Staying home when sick with COVID-19 is essential to keep COVID-19 infections out of schools and prevent spread to others. Schools should also allow flexible, non-punitive, and supportive paid sick leave policies and practices that encourage sick workers to stay home without fear of retaliation, loss of pay, or loss of employment level and provide excused absences for students who are sick. Employers should ensure that workers are aware of and understand these policies. If a student becomes sick at school, see What to do if a Student Becomes Sick or Reports a New COVID-19 Diagnosis at School. If a school does not have a routine screening testing program, the ability to do rapid testing on site could facilitate COVID-19 diagnosis and inform the need for quarantine of close contacts and isolation.

Schools should educate teachers, staff, and families about when they and their children should stay home and when they can return to school. During the COVID-19 pandemic, it is essential that parents keep children home if they are showing signs and symptoms of COVID-19 and get them tested.

Getting tested for COVID-19 when symptoms are compatible with COVID-19 will help with rapid contact tracing and prevent possible spread at schools, especially if key prevention strategies (masking and distancing) are not in use. Some localities might choose to use testing to shorten quarantine periods.

## 8. Contact Tracing in Combination with Isolation and Quarantine

Schools should continue to collaborate with state and local health departments, to the extent allowable by privacy laws and other applicable laws, to confidentially provide information about people diagnosed with or exposed to COVID-19. This allows identifying which students, teachers, and staff with positive COVID-19 test results should isolate, and which close contacts should quarantine.

- Fully vaccinated close contacts should be referred for COVID-19 testing. If asymptomatic, fully vaccinated close contacts do not need to quarantine at home following an exposure (they can continue to attend school in-person and participate in other activities). In addition to correctly wearing masks in school, they should wear a mask in other indoor public settings for 14 days or until they receive a negative test result.
- Close contacts who are not fully vaccinated should be referred for COVID-19 testing. Regardless of test result, they should quarantine at home for 14 days after exposure. Options to shorten quarantine provide acceptable alternatives of a 10-day quarantine or a 7-day quarantine combined with testing and a negative test result.

See the added exception in the close contact definition for the exclusion of students in the K-12 indoor classroom who are within 3 to 6 feet of an infected student with masking. See the Department of Education's Protecting Student Privacy FERPA and the Coronavirus Disease 2019 for more information.

Schools should report, to the extent allowable by applicable privacy laws, new diagnoses of COVID-19 to their state or local health department as soon as they are informed. School officials should notify, to the extent allowable by applicable privacy laws, teachers, staff, and families of students who were close contacts as soon as possible (within the same day if possible) after they are notified that someone in the school has tested positive.

## 9. Cleaning and Disinfection

In general, cleaning once a day is usually enough to sufficiently remove potential virus that may be on surfaces. Disinfecting (using disinfectants on the U.S. Environmental Protection Agency COVID-19 list ) removes any remaining germs on surfaces, which further reduces any risk of spreading infection.

For more information on cleaning a facility regularly, when to clean more frequently or disinfect, cleaning a facility when someone is sick, safe storage of cleaning and disinfecting products, and considerations for protecting workers who clean facilities, see Cleaning and Disinfecting Your Facility.

If a facility has had a sick person or someone who tested positive for COVID-19 within the last 24 hours, clean AND disinfect the space.

# Section 2: Additional Considerations for K-12 Schools

## Disabilities or Other Health Care Needs

Provide accommodations, modifications, and assistance for students, teachers, and staff with disabilities and other health care needs when implementing COVID-19 safety protocols:

Work with families to better understand the individual needs of students with disabilities.

- Remain accessible for students with disabilities:
  - Help provide access for direct service providers (DSP) (e.g., paraprofessionals, therapists, early intervention specialists, mental health and healthcare consultants, and others). If DSPs who are not fully vaccinated provide services at more than one location, ask whether any of their other service locations have had COVID-19 cases.
  - Ensure access to services for students with disabilities when developing cohorts.
- Adjust strategies as needed
  - Be aware that physical distancing and wearing masks can be difficult for young children and people with certain disabilities (for example, visual or hearing impairments) or for those with sensory or cognitive issues.
  - For people who are only able to wear masks some of the time for the reasons above, prioritize having them wear masks during times when it is difficult to separate students and/or teachers and staff (e.g., while standing in line or during drop off and pick up).
  - Consider having teachers and staff wear a clear or cloth mask with a clear panel when interacting with young students, students learning to read, or when interacting with people who rely on reading lips.
  - Use behavioral techniques (such as modeling and reinforcing desired behaviors and using picture schedules, timers, visual cues, and positive reinforcement) to help all students adjust to transitions or changes in routines.

Please see Guidance for Direct Service Providers for resources for DSPs serving children with disabilities or other health care needs during COVID-19.

## Visitors

Schools should review their rules for visitors and family engagement activities.

- Schools should limit nonessential visitors, volunteers, and activities involving external groups or organizations, particularly in areas where there is moderate-to-high COVID-19 community transmission.
- Schools should not limit access for direct service providers, but can ensure compliance with school visitor polices.
- Schools should continue to emphasize the importance of staying home when sick. Anyone, including visitors, who have symptoms of infectious illness, such as flu or COVID-19, should stay home and seek testing and care, regardless of vaccination status.

## Food Service and School Meals

- Staff should wear masks at all times during meal preparation and service, and during breaks except when eating or drinking.
- Students should wear masks when moving through the food service line.
- Maximize physical distance as much as possible when moving through the food service line and while eating (especially indoors). Using additional spaces outside of the cafeteria for mealtime seating such as the gymnasium or outdoor seating can help facilitate distancing. Students should not be excluded from in-person learning to keep a minimum distance requirement, including during mealtimes.
- Given very low risk of transmission from surfaces and shared objects, there is no need to limit food service approaches to single use items and packaged meals.
- Clean frequently touched surfaces. Surfaces that come in contact with food should be washed, rinsed, and sanitized before and after meals.
- Promote hand washing before, after, and during shifts, before and after eating, after using the toilet, and after handling garbage, dirty dishes, or removing gloves.

Improve ventilation in food preparation, service, and seating areas.

- U.S. Department of Agriculture has issued several Child Nutrition COVID-19 Waivers. Learn more here .

## Recess and Physical Education

In general, people do not need to wear masks when outdoors (e.g., participating in outdoor play, recess, and physical education activities). CDC recommends people who are not fully vaccinated wear a mask in crowded outdoor settings or during activities that involve sustained close contact with other people. Fully vaccinated people might choose to wear a mask in crowded outdoor settings if they or someone in their household is immunocompromised. Universal masking is recommended during indoor physical education or recess.

## Sports and Other Extracurricular Activities

School-sponsored sports and extracurricular activities provide students with enrichment opportunities that can help them learn and achieve, and support their social, emotional, and mental health. Due to increased exhalation that occurs during physical activity, some sports can put players, coaches, trainers, and others at increased risk for getting and spreading COVID-19. Close contact sports and indoor sports are particularly risky. Similar risks might exist for other extracurricular activities, such as band, choir, theater, and school clubs that meet indoors.

Prevention strategies in these activities remain important and should comply with school day policies and procedures. People who are fully vaccinated can refrain from quarantine following a known exposure if asymptomatic, facilitating continued participation in in-person learning, sports, and extracurricular activities. Students should refrain from these activities when they have symptoms consistent with COVID-19 and should be tested. Schools are strongly encouraged to use screening testing (Table 1) for student athletes and adults (e.g., coaches, teachers, advisors) who are not fully vaccinated who participate in and support these activities to facilitate safe participation and reduce risk of transmission – and avoid jeopardizing in-person education due to outbreaks.

Coaches and school sports administrators should also consider specific sport-related risks:

- **Setting of the sporting event or activity.** In general, the risk of COVID-19 transmission is lower when playing outdoors than in indoor settings. Consider the ability to keep physical distancing in various settings at the sporting event (i.e., fields, benches/team areas, locker rooms, spectator viewing areas, spectator facilities/restrooms, etc.).
- **Physical closeness.** Spread of COVID-19 is more likely to occur in sports that require sustained close contact (such as wrestling, hockey, football).
- **Number of people.** Risk of spread of COVID-19 increases with increasing numbers of athletes, spectators, teachers, and staff.
- **Level of intensity of activity.** The risk of COVID-19 spread increases with the intensity of the sport.
- **Duration of time.** The risk of COVID-19 spread increases the more time athletes, coaches, teachers, staff and spectators spend in close proximity or in indoor group settings. This includes time spent traveling to/from sporting events, meetings, meals, and other settings related to the event.
- **Presence of people more likely to develop severe illness.** People at increased risk of severe illness might need to take extra precautions.

# Section 3: School Workers

Workers at increased risk for severe illness from COVID-19 include older adults and people of any age with certain underlying medical conditions if they are not fully vaccinated. Workers who have an underlying medical condition or are taking medication that weakens their immune system may NOT be fully protected even if fully vaccinated and may need to continue using additional prevention measures. Policies and procedures addressing issues related to workers at higher risk of serious illness should be made in consultation with occupational medicine and human resource professionals, keeping in mind Equal Employment Opportunity concerns and guidance . Employers should also understand the

potential mental health strains for workers during the COVID-19 pandemic. CDC recommends that school administrators should educate workers on mental health awareness and share available mental health and counseling services. Employers should provide a supportive work environment for workers coping with job stress and building resilience, and managing workplace fatigue.

As part of each school's response plan, administrators should conduct workplace hazard assessments periodically to identify COVID-19 transmission risks and prevention strategies, when worksite conditions change, or when there are instances of COVID-19 transmission within the workplace. Strategies to prevent and reduce transmission are based on an approach that prioritizes the most effective practices, known as the hierarchy of controls. School employers should engage and train all workers on potential workplace hazards, what precautions should be taken to protect workers, and workplace policies for reporting concerns. Schools should ensure communication and training for all workers are frequent and easy to understand. Additionally, schools should ensure communication and training are in a language, format, and at a literacy level that workers understand.

Workers in K-12 have the right to a safe and healthful workplace. The Occupational Safety and Health Administration (OSHA) has issued Guidance on Mitigating and Preventing the Spread of COVID-19 in the Workplace . This guidance contains recommendations to help employers provide a safe and healthy workplace free from recognized hazards that are causing, or are likely to cause, death or serious physical harm. It also contains descriptions of mandatory safety and health standards. If a worker believes working conditions are unsafe or unhealthful, they or a representative may file a confidential safety and health complaint with OSHA at any time. In states where public sector employers and workers are not covered by OSHA-approved State Plans, there may be agencies that provide public worker occupational safety and health protections and enforce such workers' rights to safe workplaces. Workers should contact state, county, and/or municipal government entities to learn more.

# Appendix 1: Planning and Preparing

## Emergency Operations Plans

Each school district and school should have an Emergency Operations Plan (EOP) in place to protect students, teachers, staff, and families from the spread of COVID-19 and other emergencies. The EOP should:

- Describe COVID-19 prevention strategies to be implemented.
- Describe steps to take when a student, teacher, or staff member has been exposed to someone with COVID-19, has symptoms of COVID-19, or tests positive for COVID-19.
- Document policy or protocol differences for people who are fully vaccinated for COVID-19 versus those who are not fully vaccinated.
- Be developed in collaboration with regulatory agencies and state, local, territorial, and tribal public health departments, and comply with state and local licensing regulations.
- Be developed with involvement of teachers, staff, parents and guardians, and other community partners (for example, health centers).

Utilize the Whole School, Whole Community, Whole Child (WSCC) model to outline EOP policies and protocols across each component. Tools and resources from the U.S. Department of Education can be used by K-12 administrators to develop and update their EOP.

## Vaccination Verification

Existing laws and regulations require certain vaccinations for children attending school. K-12 administrators regularly maintain documentation of people's immunization records. Administrators who maintain documentation of students' and workers' COVID-19 vaccination status can use this information, consistent with applicable laws and regulations, including those related to privacy, to inform prevention strategies, school-based testing, contact tracing efforts, and quarantine and isolation practices. Schools that plan to request voluntary submission of documentation of COVID-19 vaccination status should use the same standard protocols that are used to collect and secure other immunization or health status information from students. The protocol to collect, secure, use, and further disclose this information should comply with relevant statutory and regulatory requirements, including Family Educational Rights and Privacy Act (FERPA) statutory and regulatory requirements. Policies or practices related to providing or receiving proof of COVID-19 vaccination should comply with all relevant state, tribal, local, or territorial laws and regulations.

As part of their workplace COVID-19 vaccination policy, schools should recognize that a worker who cannot get vaccinated due to a disability (covered by the ADA), has a disability that affects their ability to have a full immune response to vaccination, or has a sincerely held religious belief or practice (covered by Title VII of the Civil Rights Act of 1964) may be entitled to a reasonable accommodation that does not pose an undue hardship on the operation of the employer's business. Additionally, school employers should advise workers with weakened immune systems about the importance of talking to their healthcare professional about the need for continued personal protective measures after vaccination. For more information on what you should know about COVID-19 and the ADA, the Rehabilitation Act and other Equal Employment Opportunity Laws visit the Equal Employment Opportunity Commission website.

# Appendix 2: Testing Strategies for COVID-19 Prevention in K-12 Schools

## Testing Benefits

School testing gives communities, schools, and families added assurance that schools can open and remain open safely for all students. By identifying infections early, testing helps keep COVID-19 transmission low and students in school for in-person learning, sports, and extracurricular activities. Screening testing is likely to be most feasible in larger settings and for older children and adolescents.

## Collaboration between Education and Public Health

Before implementing COVID-19 testing in their schools, K–12 school leaders should coordinate with public health officials to develop a testing plan and build support from students, parents, teachers, and staff and must ensure that such screening testing is administered consistent with applicable law, including the Protection of Pupil Rights Amendment (PPRA). COVID-19 testing introduces challenges that schools may not have considered in the past (for example, requirements to perform on-site tests and to refer people for confirmatory testing), and public health officials can provide guidance on federal, state, and local requirements for implementing testing. Both school leaders and public health officials should assure the testing plan has key elements in place, including:

- Protocols for screening testing frequency based on community transmission rates, vaccination levels, and prevention strategies implemented at the school.
- Protocols for providing or referring to diagnostic testing for students, teachers, and staff who come to school with symptoms and for students, teachers, and staff following exposure to someone with COVID-19.
- Physical space to conduct testing safely and privately.
- Ability to maintain confidentiality of results and protect student, teacher, and staff privacy.
- Ways to obtain parental consent for minor students and assent/consent for students themselves.
- A mechanism to report all testing results, to the extent allowable by or consistent with applicable federal, state, or local laws and regulations, including privacy laws such as FERA, as required by the state or local health department.
- Roles and responsibilities for contact tracing for each party, including identification of close contacts.

If these elements are not in place, schools may consider referring students, teachers, and staff to community-based

testing sites.

Collaboration among local counsel, education, and public health is recommended to ensure appropriate consent is obtained and maintained and results are maintained, used, and further disclosed with appropriate privacy and confidentiality in accordance with the Americans with Disabilities Act (ADA), Family Educational Rights and Privacy Act (FERPA), the Protection of Pupil Rights Amendment (PPRA), and other applicable laws and regulations. School administrators who have questions about FERPA (or PPRA) may contact the Department of Education's Student Privacy Policy Office (SPPO) at https://studentprivacy.ed.gov.

# Testing Strategies

Schools may consider testing a random sample of at least 10% of students who are not fully vaccinated or may conduct pooled testing for COVID-19. Random sampling can reduce costs and eliminate bias in the testing design but may require more logistics and planning. Pooled testing increases the number of people who can be tested at once and reduces testing resources used. Pooled testing works best when the number of positives is expected to be very low. Ideally, specimens should be pooled at the laboratory rather than in the classroom. If the pooled test result is positive, each of the samples in the pool will need to be tested individually to determine which samples are positive. This allows for faster isolation of cases and quarantine of close contacts.

More frequent testing may be needed for students, teachers, staff, and adult volunteers who are not fully vaccinated and engaged in school athletics and other extracurricular activities. Testing at least once per week is recommended for high-risk sports and extracurricular activities (those that cannot be done outdoors or with masks) at all community transmission levels. In areas of substantial-to-high community transmission levels, testing twice per week is recommended for participation in these activities. Additionally, if the school is not tracking COVID-19 vaccination status of participants and support teacher and staff screening testing should be encouraged.

Fully vaccinated students, teachers, and staff with no COVID-19 symptoms do not need to quarantine at home following an exposure to someone with COVID-19 but should get tested 3-5 days after exposure. In addition to wearing masks in school, they should wear a mask in other indoor public settings for 14 days or until they receive a negative test. People who have tested positive for COVID-19 within the past 3 months and recovered do not need to get tested following an exposure as long as they do not develop new symptoms. Any fully vaccinated person who experiences symptoms consistent with COVID-19 should isolate themselves from others, be clinically evaluated for COVID-19, and tested for SARS-CoV-2 if indicated.

People with COVID-19 have reported a wide range of symptoms from no or mild symptoms to severe illness. Symptoms may appear 2-14 days after exposure to the SARS-CoV-2 virus. Because some of the symptoms of flu, common cold, and COVID-19 are similar, it is hard to tell the difference between them based on symptoms alone. Testing can help confirm a diagnosis, and inform medical treatment and care. Also, testing will confirm the need to isolate from others for at least 10 days and quarantine close contacts.

# Choosing a Test

When considering which tests to use for screening testing, schools or their testing partners should choose tests that can be reliably supplied and provide results within 24 hours. If available, saliva tests and nasal tests that use a short swab may be more easily implemented and accepted in schools. A viral test tells a person if they have a current infection. Two types of viral tests can be used: nucleic acid amplification tests (NAATs) and antigen tests. Frequency of testing should be determined by the performance characteristics of the test being used. The intended use of each test, available in the Instructions for Use and in the Letter of Authorization for each test, defines the population in which the test is intended to be used, the acceptable specimen types, and how the results should be used.

# Reporting Results

Schools performing on-site tests (i.e., that are not sent to a laboratory) must apply for a Clinical Laboratory Improvement Amendments (CLIA) certificate of waiver, and report test results to the extent allowable by or consistent with applicable privacy laws to state or local public health departments and as may be mandated by the Coronavirus Aid, Relief, and Economic Security (CARES) Act (P.L. 116-136 ). Schools should work closely with their local health department when establishing on-site testing so that their performance of CLIA-waived or FDA-authorized point-of-care tests for SARS-CoV-2 is done in accordance with regulations and should work closely with local counsel to ensure the reporting of test results is done in accordance with applicable privacy laws and regulations.

Parents, guardians, and caregivers should be asked to report new diagnoses of COVID-19 to schools and public health authorities to facilitate contact tracing and communication planning for cases and outbreaks. In addition, school administrators should notify teachers, staff, families, and emergency contacts or legal guardians immediately of any case of COVID-19 while maintaining confidentiality in accordance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA ), the Americans with Disabilities Act (ADA ), the Family Educational Rights and Privacy Act (FERPA ) and other applicable laws and regulations. Notifications must be accessible for all students, teachers, and staff, including those with disabilities or limited English proficiency (for example, through use of interpreters or translated materials).

## Ethical Considerations for School-Based Testing

- Testing should be conducted with informed consent from the person being tested (if an adult) or the person's parent or guardian (if a minor), consistent with applicable state laws related to consent. Informed consent requires disclosure, understanding, and free choice, and is necessary for teachers, staff (who are employees of a school) and students' families, to act independently and make choices according to their values, goals, and preferences.
- Consider distributing consent forms with the other paperwork for returning to school and making them easily accessible.
- Differences in position and authority (i.e., workplace hierarchies), as well as employment and educational status, can affect a person's ability to make free decisions. CDC provides guidance and information related to consent for COVID-19 testing among employees.
- The benefits of school-based testing need to be weighed against the costs, inconvenience, and feasibility of such programs to both schools and families. These challenges must be considered carefully and addressed as part of plans for school-based testing developed in collaboration with public health officials. The burden of testing is likely to be higher for younger children and therefore screening testing may be more feasible and acceptable for older children and adolescents.

## Resources to Support School Screening Testing Programs

- CDC ELC Cooperative Agreement Reopening Schools Award provides $10 billion to support COVID-19 screening testing in schools for safe, in-person learning.
- COVID-19 Testing and Diagnostics Working Group | HHS.gov develops testing-related guidance and provides tailored or focused investments to expand the available testing supply and maximize testing capacity.
- Increasing Community Access to Testing provides COVID-19 testing resources and support to underserved school districts.
- Operation Expanded Testing expands national COVID-19 testing capacity and support for K-8 schools and groups at higher risk of COVID-19 through three regional hubs:
  - Northeast and South
  - Midwest
  - West
- National Institutes of Health RADx Initiative rapidly scales up testing across the country to enhance access to those most in need and provides a When to Test impact calculator which illustrates how different mitigation strategies can minimize the spread of COVID-19.

Shah Family Foundation Open and Safe Schools toolkit provides school leaders resources and tools to implement COVID-19 screening testing.

- Rockefeller Foundation has created a playbook with detailed, step-by-step guidance to help design and implement effective testing programs in schools. It addresses the operational challenges and everyday realities of implementing a complex, logistical program in an easy-to-understand, practical guide.
- The U.S. Department of Education's COVID-19 Resources for Schools, Students, and Families provides up-to-date guidance and policies to support life-long learning while addressing challenges presented by COVID-19.

Last Updated Aug. 5, 2021

Content source: National Center for Immunization and Respiratory Diseases (NCIRD), Division of Viral Diseases

•