IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf of W.H., a minor, et al.,

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; et al,

    Defendants.

_____/

### MOTION FOR LEAVE TO FILE A COMBINED REPLY TO DEFENDANTS' RESPONSES TO MOTION FOR PRELIMINARY INJUNCTION, AND MOTION FOR LEAVE TO EXCEED THE PAGE LIMITS

**COMES NOW**, Plaintiffs, JUDITH ANNE HAYES, individually and on behalf of W.H., a minor., et al., by and through the undersigned counsel, and hereby move the Court for leave to file a combined reply to Defendants' Responses to Plaintiffs' Amended Motion for Preliminary Injunction, and to exceed the page limit for their combined reply, pursuant to Southern District of Florida Local Rule 56.1(a)(1), and as grounds for relief state as follows:

    1.    On August 24, 2021, and pursuant to the court order with briefing schedule in this matter [DE-20], the following Defendants filed their Responses to Plaintiff 's Amended Motion for Preliminary Injunction [DE-17]:

- Pasco County School Board [DE-40]
- Hillsborough County School Board [DE-41]
- Orange County School Board [DE-43]
- Broward County School Board [DE-44]
- Palm Beach School Board, [DE-49]

- Miami-Dade School Board [DE-50]

- Governor Ronald D. DeSantis, Florida Department of Education, and Richard Corcoran, [DE-51]

- Alachua County School Board [DE-55]

- Volusia County School Board [DE-57]

2. In this Court's scheduling Order [DE 20], the Court stated "Plaintiffs shall have up to seven (7) days to file a reply. If Plaintiffs opt not to file a reply, they shall inform the Court at their earliest convenience."

3. Due to the number of Plaintiffs and Defendants in this matter, as well as the number of issues that need to be addressed when replying, Plaintiffs would like to consolidate the reply for one omnibus reply to all Defendants' responses to the Plaintiffs' Motion for Preliminary Injunction.

4. As such, Plaintiffs are also seeking leave of Court to exceed the Court's page limit for a reply and be allowed to file a 20-page omnibus combined reply for all Defendants.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and allow Plaintiffs to file a twenty-page combined Reply to Defendants Response to Plaintiffs' Amended Motion for Preliminary Injunction [DE-17], by August 31, 2021.

Respectfully submitted this 25th day of August 2021.

By: /s/*Matthew W. Dietz*
Matthew W. Dietz, Esq.
Florida Bar No. 84905

*Hayes. v. DeSantis*
Case No. 1:21-cv-22863-KMM
Page **3** of **3**

## CERTIFICATE OF PRE-FILING CONFERENCE

The undersigned confirms that, pursuant to Local Rule 7.1(a)(3) counsel for the movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion, which efforts include sending out an email at 8/24/2021, at 9:01 PM to all counsel of record, as well as having my office follow up to all counsel of record on the morning of August 25, 2021; Counsel for the Defendants, School Board of Hillsborough County, Miami Dade County, Volusia County, Broward County, Governor Ronald D. DeSantis, Florida Department of Education, and Richard Corcoran, *do not oppose* to the relief requested herein. However, the remainder of the Defendants have not advised their position to this motion.

Respectfully submitted this 25th day of August 2021.

By: /s/*Matthew W. Dietz*_____
Matthew W. Dietz, Esq.
Florida Bar No. 84905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: /s/*Matthew W. Dietz*_____
Matthew W. Dietz, Esq.
Florida Bar No. 84905
Stephanie Langer, Esq.
Florida Bar No. 149720
2990 SW 35th Ave, Miami, FL 33133
T: (305) 669-2822 / F: (305) 442-4181
slanger@justDIGit.org
mdietz@justdigit.org
aa@justdigit.org