IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf
of W.H., a minor, et. al.,

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; et.al.,

    Defendants.
_____/

## PLAINTIFF'S MOTION CLARIFICATION AS TO THE PROCEDURES FOR AN IN-PERSON HEARING FOR THE PRELIMINARY INJUNCTION

**COMES NOW**, Plaintiffs, JUDITH ANNE HAYES, individually and on behalf of W.H., a minor., et al., by and through the undersigned counsel, and hereby files this Motion for Clarification as to the Notice of Hearing on Plaintiffs' Motion for Preliminary Injunction set for Wednesday, September 8, 2021, at 1:00 PM [DE-72], and states as follows:

1. On August 30, 2021, this Court set Plaintiffs' Motion for Preliminary Injunction [DE-17] for hearing on Wednesday, September 8, 2021, at 1:00 PM [DE-72].

2. While this motion should not at all be inferred to be an objection to an in-person hearing, however, due to the nature of this case and COVID restrictions, the Plaintiffs have the following logistical questions, which should be equally applicable to the defendants in this matter:

    a. Is this hearing an evidentiary hearing? If so, are witnesses permitted to appear remotely upon motion?

    b. Due to COVID-19 restrictions, is there a limit to the number of persons in the courtroom to maintain social distancing precautions?

*Hayes. v. DeSantis*<br>
Case No.: 1:21-cv-22863-KMM<br>
Page 2 of 2

    c. Is the Court planning on providing remote access so affiants or any other interested person can watch the proceeding?

    d. Other than the notice posted on the website at https://www.flsd.uscourts.gov/sites/flsd/files/NoticeRegardingPublicAccess.pdf - are there any other specific procedures for Judge Moore's Courtroom?

    e. Since there are at least 22 defense counsels, can one or more of these counsels appear remotely?

**WHEREFORE,** Plaintiffs, JUDITH ANNE HAYES, individually and on behalf of W.H., a minor., et al., respectfully requests that this Court clarify the procedures for the hearing on September 8, 2021, at 1:00 PM.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: /s/*Matthew W. Dietz*  
Matthew W. Dietz, Esq.  
Florida Bar No. 84905  
Stephanie Langer, Esq.  
Florida Bar No. 149720  
2990 Southwest 35th Avenue  
Miami, Florida 33133  
T: (305) 669-2822 / F: (305) 442-4181  
slanger@justDIGit.org  
mdietz@justdigit.org  
aa@justdigit.org

*Disability Independence Group, Inc. * 2990 SW 35th Avenue* Miami, FL 33133*