UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf of
W.H., a minor, ROBYN MCCARTHY and JOHN
MCCARTHY, individually and on behalf of L.M., a minor,
AMANDA BANEK, individually and on behalf of D.B.
and B.B, minor children, KAS ARONE-MILLER,
individually and on behalf of R.M. and L.M., Minor
children, LISHA TODD, individually and on behalf of J.T,
a minor, JAMIE KINDER, individually and on behalf of
R.K., a minor, CHRIS RODRIGUEZ, individually and on
behalf of J.D.-F., a minor, JACK KOCH, individually and
on behalf of R.K, B.K., and A.K., minor children,
KRISTEN THOMPSON, individually and on behalf of
P.T., a minor, EREN DOOLEY, individually and on behalf
of G.D., a minor, TOM COLLINS, individually and on
behalf of Q.C., a minor,

Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD
CORCORAN, in his official capacity as Commissioner of
the Florida Department of Education, ORANGE COUNTY
SCHOOL BOARD, MIAMI DADE COUNTY SCHOOL
BOARD, HILLSBOROUGH COUNTY SCHOOL
BOARD, PALM BEACH SCHOOL BOARD,
BROWARD COUNTY SCHOOL BOARD, PASCO
COUNTY SCHOOL BOARD, ALACHUA COUNTY
SCHOOL BOARD and VOLUSIA COUNTY SCHOOL
BOARD,

Defendants.
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM

PLEASE TAKE NOTICE that: (1) Christine B. Gardner of Akerman LLP shall be substituted as attorney of record in place of Melissa Torres of Akerman LLP, on behalf of

Defendant, THE SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA[1] (the "Client") and has filed a Notice of Appearance in the above-referenced case contemporaneously with this notice; and (2) Melissa Torres shall be removed as an attorney of record on behalf of the Client and no further copies of pleadings, notices, orders, correspondence, or other papers should be furnished to her in accordance therewith.

The undersigned represents that the Client has been informed of and consents to this substitution.

Dated: September 3, 2021

Respectfully submitted,

*/s/ Melissa Torres*
**JASON L. MARGOLIN, ESQ.**
Florida Bar Number: 69881
Email: jason.margolin@akerman.com
**ZARRA R. ELIAS, ESQ.**
Florida Bar No. 089020
zarra.elias@akerman.com
**MELISSA TORRES, ESQ.**
Florida Bar Number: 1002646
Email: melissa.torres@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*And*

*/s/ Christine B. Gardner*
**Christine B. Gardner**
Florida Bar No. 109903
Primary: Christine.gardner@akerman.com
Secondary: lella.proveste@akerman.com
**AKERMAN LLP**
777 South Flagler Dr, Suite 1100 West Tower
West Palm Beach, Florida 33401
Telephone:  (561) 653-5000

---

[1] The proper name for the Defendant is The School Board of Hillsborough County, Florida. *See* § 1001.40, Fla. Stat.

       Facsimile: (561) 659-6313

       ***Attorneys for Defendant, The School Board of Hillsborough County, Florida***

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on September 3, 2021, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to all counsel of record.

       */s/Melissa Torres*
       Melissa Torres