IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JUDITH ANNE HAYES, individually
and on behalf of W.H., a minor, *et al.*

CASE NO: 1:21-cv-22863-KMM

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; *et al.*,

    Defendants.
_____/

## NOTICE OF FILING IN SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION [DE 17]

COMES NOW, Plaintiffs, JUDITH ANNE HAYES, individually and on behalf of W.H., a minor, et al., by and through the undersigned counsel, and hereby files Declarations of the status of the Plaintiffs, as well as recent enforcement actions relating to the regulations relating to the executive order, and responses to such actions:

| Exhibit | Description |
|---|---|
| 1 | Second Declaration of Judith Anne Hayes |
| 2 | Second Declaration of Eren Dooley |
| 3 | Second Declaration of Alisha Todd |
| 4 | Second Declaration of Amanda Banek |
| 5 | Second Declaration of Robyn McCarthy |
| 6 | Second Declaration of Jack Koch |
| 7 | Second Declaration of Tom Collins |
| 8 | Second Declaration of Jamie Kinder |

*Hayes. v. DeSantis*
*Case No.: 1:21-cv-22863-KMM*

| 9 | Second Declaration of Chris Rodriguez |
|---|---|
| 10 | Second Declaration of Kristen Thompson |
| 11 | Letter from Commissioner of Education Richard Corcoran to Alachua County Schools dated August 9, 2021, and the District's Response dated August 10, 2021 |
| 12 | Letter from Commissioner of Education Richard Corcoran to Broward County Public Schools dated August 10, 2021, and the District's Response dated August 13, 2021 |
| 13 | Letter from Commissioner of Education Richard Corcoran to Duval County Schools dated August 27, 2021, and the District's Response dated September 1, 2021 |
| 14 | Letter from Commissioner of Education Richard Corcoran to Hillsborough Schools dated August 27, 2021, and the District's Response dated September 1, 2021 |
| 15 | Letter from Commissioner of Education Richard Corcoran to School District of Palm Beach County dated August 27, 2021, and the District's Response dated September 1, 2021 |
| 16 | Letter from Commissioner of Education Richard Corcoran to Orange County Public Schools dated August 27, 2021, and the District's Response dated September 1, 2021 |
| 17 | Letter from Commissioner of Education Richard Corcoran to Indian River County Public Schools dated August 27, 2021, and the District's Response dated September 1, 2021 |
| 18 | Letter from Commissioner of Education Richard Corcoran to Leon County Schools dated August 27, 2021, and the District's Response dated September 1, 2021 |
| 19 | Letter from Commissioner of Education Richard Corcoran to Sarasota County Schools dated August 27, 2021, and the District's Response dated September 1, 2021 |
| 20 | Letter from Commissioner of Education Richard Corcoran to Miami-Dade County Public Schools dated August 27, 2021, and the District's Response dated September 1, 2021 |
| 21 | Final Judgement from Circuit Judge John C. Cooper in the case 2021-CA-001382 |
| 22 | Florida Attorney General Advisory Legal Opinion - Suwannee County |

Respectfully submitted this 3rd day of September 2021.

By: /s/*Matthew W. Dietz*_____
Matthew W. Dietz, Esq.
Florida Bar No. 84905

*Hayes. v. DeSantis*
*Case No.: 1:21-cv-22863-KMM*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: /s/*Matthew W. Dietz*
Matthew W. Dietz, Esq.
Florida Bar No. 84905
Stephanie Langer, Esq.
Florida Bar No. 149720
2990 Southwest 35th Avenue
Miami, Florida 33133
T: (305) 669-2822 / F: (305) 442-4181
slanger@justDIGit.org
mdietz@justdigit.org
aa@justdigit.org