# Exhibit - 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf
of W.H., a minor, et. al.,

     Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; et.al.,

     Defendants.

_____/

## <u>SECOND DECLARATION OF EREN DOOLEY</u>

     COMES NOW, Eren Dooley and pursuant to 28 U.S.C. § 1748, declares under penalty of

perjury that the foregoing is true and correct:

1. My name is Eren Dooley, and I am over 18 years old and have personal knowledge of the facts as stated herein.

2. I am a resident of Hillsborough County, Florida.

3. School began on August 10, 2021.

4. My daughter, G.D., is ten (10) years and not eligible for a vaccine.

5. G.D. has been identified by the Hillsborough County public schools as a student in need of exceptional student education supports and services and has been provided with an individualized education plan (IEP).

6. G.D. is currently in school. She remained home until August 19, 2021, when the school board put into place a 30-day mask mandate.

7. If the mandate is not extended, or if no accommodation related to mask wearing is provided, I will have to remove G.D. from the public school system thereby losing the supports and services contained in her IEP

8. G.D. has an IEP under the eligibility of emotional behavioral disability (EBD). It took years of support and interventions to get G.D. to a point in a classroom where she was not having anxious meltdowns that severely impacted her ability to learn. Her need to be in

DocuSign Envelope ID: 613D6G33-J88D-48AB-BA88-DBD5CD98F96A

school cannot be understated. It would be devasting for her emotional wellbeing not to be able to remain in school.

9. G.D. however also suffers from virus/allergen onset asthma. She has been treated by a specialist and been prescribed medications throughout her life to ensure that even a small cold does not trigger a dangerous asthmatic response requiring hospitalization.

10. Her pediatrician has stated that she cannot attend school without masks while the coronavirus is impacting our community to this extent.

11. Initially, prior to school starting, the school counselor said that it was a reasonable accommodation to ask kids in G.D.'s classrooms to mask and to allow her to eat somewhere besides the cafeteria for her safety and wellbeing in accordance with her IEP.

12. The counselor then called me back the next day and said at this time they were not allowed to ask any children to mask under any circumstances and that G.D. would have to be in the cafeteria for mealtimes. They would not be meeting the terms of her IEP at all. My request for a reasonable accommodation was denied.

13. The numbers continued to rise in Hillsborough County and the schoolboard met and decided to do an emergency mask mandate with a 30-day expiration. G.D. and her brother were then allowed to start school when the doctor gave his approval.

14. During the time G.D. was at home she received no education. She also did not receive any of the supports and services contained in her IEP.

15. During the time G.D. was home, she did not receive any education, nor did she receive any of the supports or services identified in her IEP. We attempted to set up her online account to access some homework but there was no classroom instruction to go along with the homework. During that time the counselor did not set up any sessions as the counselor was quarantined so G.D. got nothing.

16. When G.D. finally returned to school, counseling did not restart and to date, G.D. has yet to have any counseling sessions. but her teacher is able to follow the terms outlined in her IEP given past recommendations.

17. The two weeks before school when she was not allowed to attend school by her pediatrician was a time when she was greatly upset to be once again cut off from normal activity. She also felt ostracized again from her peers who were able to go to school.

18. If the mask mandate is not extended, or an accommodation, related to mask wearing and distancing at lunch time, is not provided then I will be forced to home school G.D. thereby losing the IEP and any of the supports or services contained therein.

19. The schoolboard has not even discussed an online option. Without being able to go to school, she will not only miss out on educational opportunities but the social interactions with her peers that are necessary for children to grow mentally and emotionally.

20. Hillsborough County schoolboard is set to meet again on September 21st and will discuss extending the mask mandate possibly another 30 days.

21. Superintendent Davis has made it very clear that principals are not allowed to enforce consequences for non-mask wearing students. Davis stated very clearly, he does not believe in a mask mandate, so I am uncertain if the mask mandate as it currently is, will remain in place passed the 30 days.

22. I have spoken to the principal, and he states his hands are tied. All parents need to do is say they are opting out. No medical documentation is required to be produced at this time despite the mandate's directive allowing for only medical opt outs.

23. Direct queries about making masking a policy for this school year being tied to community spread and the variants, is met with statements from the board that they do not feel masks should be part of a long-term policy and that since kids were safe during summer school they question the need for a mask mandate now, ignoring the reality of the Delta variant and its impact on children's infection rates.

24. I have two other children. My son also suffers from asthma. If the mask mandate is not extended, I will have to remove him from school as well. We have made the hard decision to limit my children's involvement in after school activities and sports programs to ensure my children's safely.

25. My youngest child who is four attends a VPK preschool program that requires everyone to wear a mask. Before the mask mandate was put into place, my son was not allowed to be in school either.

26. I know of numerous children both testing positive and being placed on quarantine by the public school system. I can point to houses directly around me with quarantined and covid positive children.

27. If I need to homeschool my children, I will once again be forced into the role of teacher, support provider and service provider. I chose to become a stay-at-home parent to my children when G.D. was born. I had planned to re-enter the workforce when my youngest child started VPK this school year. That is currently having to wait because I do not want to take a job in good faith under the threat of the mask mandate being removed in my county in 19 days. I have a master's degree in counseling psychology and am also a licensed financial advisor. I had been looking forward to re-entering the workplace and utilizing my professional experience and licenses. My plans are now on hold as we remain in limbo.

28. My family believes in following the rules set forth by the World Health Organization (WHO) and CDC regarding this pandemic. We have followed the changing science and understand that science is fluid as we gain more information through study and experimental data gathering. We followed the science that masks worked as evidenced by declining numbers in 2020 as masking and social distancing were put into place. We saw that masks worked in schools and believed the science behind the proof. We saw that vaccines worked but that they were unsure about our ability to pass on the virus so we continued to mask when the CDC said we could take them off because we have small children. The numbers were low last year and science showed that being outside was acceptable so we started doing outside sports and outdoor restaurants and let our children go to an outdoor summer program. Then we watched as Delta hit. And we sat with our pediatrician for our back-to-school physical exam where he said kids were getting the virus at indoor camps and bringing it back and infecting the whole family. As the Delta variant began to spread, we as a family began practicing social distancing again, have delayed playing sports and have stopped eating in restaurants. The science says that one person with the Delta variant goes on to infect 5 to 8 others where the original virus was only 2 to 3. We saw the science that said this new variant was "sticky" and able to stay in the nasal passages longer so impacting children and causing vaccinated individuals to become sick. We listened when the CDC said everyone needs masks and that all people indoors should have masks.

29. My children wear kid size KN95, KF94 OR ASTM 3 rated masks in public.

30. My husband and I are vaccinated but none of my children are eligible for the vaccine because they are too young.

31. Florida Virtual School (FLVS) or other online programs do not provide FAPE to G.D. or the necessary supports, services and accommodations, including direct instruction and socialization with her peers. This is why I returned G.D. to school as soon as the mask mandate was put in place. In school my daughter has access to a school counselor, and they can meet daily if needed for triggering events or once a week for maintenance. The counselor works with the teachers to identify triggers for G.D. and come up with a plan to address trigger in the classroom so G.D. does not miss any class time. FLVS does not provide for AGP that G.D. has tested into. FLVS does not offer peer interactions that is necessary for G.D.'s emotional stability. So much of G.D.'s success has been in modeling other students' behavior and having feedback about her responses to situations. G.D. has ever right to stay in school with her peers.

FURTHER DECLARANT SAYETH NAUGHT.

_____          9/3/2021
Eren Dooley                                       _____
                                                          Date