# Exhibit - 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf
of W.H., a minor, et. al.,

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; et.al.,

    Defendants.
_____/

## SECOND DECLARATION OF ALISHA TODD

COMES NOW, Alisha Todd and pursuant to 28 U.S.C. § 1748, declares under penalty of perjury that the foregoing is true and correct:

1. My name is Alisha Todd, and I am over 18 years old and have personal knowledge of the facts as stated herein.

2. I am a resident of Palm Beach County, Florida.

3. I have a 10-year-old son, J.T., who attends the Palm Beach School for Autism Palm Beach County. My son is not eligible for a vaccine.

4. J.T. is currently home awaiting approval for the Hospital Homebound program with the Palm Beach county public schools.

5. J.T. has been identified by the Palm Beach County public schools as a student in need of exceptional student education supports and services and has been provided with an individualized education plan (IEP). J.T. is educated on access points or a modified curriculum.

6. Palm Beach County started the school year on August 10 with the option to opt-out of mandatory masks with a parental note.

7. J.T. had brain surgery for Chiari malformation on June 29, 2021. Upon meeting with his medical team, it was determined that it would place him at too high a risk to attend school in person if there were students in the school/classroom not wearing masks.

*Declaration of Alisha Todd*
*Page 2 of 3*

8. If all students were masked in his classroom, we would absolutely want him to attend in person as he receives significant support in school to work on social skills and peer interaction, two skills he is not able to practice when attending school virtually.

9. Since the district had not offered my son any other options, we decided to remove him from the public school system and enroll him at Florida Virtual School (FLVS), not realizing at the time that he would lose his IEP and all the supports and services contained therein.

10. His application was rejected from FLVS as they are not able to provide the services indicated on his Individualized Education Plan (IEP). Specifically, FLVS does not provide any direct instruction or online courses for students on modified curriculums or who are on access points.

11. On August 11, 2021, I then met with the school team to revisit options and was advised that, given his current situation and medical advice, he should be transferred to Hospital Homebound Placement.

12. We do not want our son placed on Hospital Homebound as it is a significant reduction in service and instructional hours, and he will have no face to face interaction with anyone to practice social skills. It would be far preferable for him to be able to attend in person school as then he could practice socialization while at school. This requested accommodation to have the students and teachers wear masks in his classroom was denied. Left with no choice, we capitulated to the district's demand to withdraw him from public school or receive an education through the district's hospital homebound program.

13. We have been waiting to meet with the Hospital Homebound program since August 11, 2021. It is now September 2, and the program has yet to contact me. We remain in limbo without any education, supports or services and isolated away from peers and other students.

14. My physician is concerned that J.T. will not qualify for the hospital homebound program. I have the same concern because he should be in school with his peers getting the full benefits of direct instruction from his teachers and the supports and services contained in his IEP.

15. J.T. has received no direct instruction this school year or supports and services as listen in his IEP. His assigned teacher has sent packets of work home through google classroom to work on independently and with my assistance.

16. He has officially been denied access to education, access to his legally require IEP services and social interaction with other children for 18 days and counting.

17. I was told even when he is transitioned to Hospital Homebound service he will be offered, at maximum, 5 hours a week of instructional time when he is normally provided with 30 hours weekly of both instructional time and IEP services.

18. On August 19, 2021, I heard on Facebook, not from the school district, that Palm Beach County had altered their order and mandated masks, but my son is still unable to attend as

*Declaration of Alisha Todd*
*Page 3 of 3*

there are students in his room who were granted medical opt-outs and are therefore unmasked. I learned from the director of my school, Annie Eisenberg, that there would be unmasked students in J.T.'s classroom and throughout the school.

19. In addition, I learned that the classroom is too small for social distancing and the classrooms are assigned by level of functioning, so they are not able to adjust room assignments. There is no testing policy that I am aware of. If there was mandatory testing for students who did not wear masks in school, I believe J.T. could return to school in person. The school does not have portable air units or any of the other safety protocols discussed in the media. I even offered to purchase his classroom an air purifier to place in his classroom and donate it privately, but my offer was rejected.

20. We coordinated with the school, and they requested we wait one week after the mandate to see if anyone opted out medically within, he room. We waited the week and were informed that some children were still not wearing masks appropriately and also there was a child currently out with covid that they anticipated would be sending in a medical opt out note. Due to all of these factors his medical team felt it was still too high a risk to him to go back.

21. I have been in continuous contact with the district, yet no viable alternatives have been provided or offered, all requests for accommodations have been denied and we remain in limbo without any educational supports and services.

22. If J.T. leaves the public school system, he will waive his rights to an IEP and all the supports and services contained therein. Further, because he is on an access point curriculum, few private schools and no known virtual school programs will accept him.

23. In addition to school concerns, I have had to put work aside to support my son receiving education working with him to assist him with my limited teaching skills to ensure he is getting some level of education during this time. It has also affected my husband's ability to work as we are working as a family to support each other, our son's medical needs and balance that with our careers to support our family's income.

24. Our family has been on almost total lockdown as a precaution to insulate and protect him from Covid-19 only leaving the house when absolutely necessary. We have also recently met with a mental health professional to support my son as he is now experiencing anxiety and depression due to the isolation caused by all of these factors.

25. As of today, my son has no educational options and I am extremely distraught.

FURTHER DECLARANT SAYETH NAUGHT.

*Alisha Todd*                                           09/03/2021
Alisha Todd                                             Date