# Exhibit - 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf
of W.H., a minor, et. al.,

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; et.al.,

    Defendants.
_____/

## SECOND DECLARATION OF AMANDA BANEK

    COMES NOW, Amanda Banek and pursuant to 28 U.S.C. § 1748, declares under penalty of perjury that the foregoing is true and correct:

1. My name is Amanda Banek, and I am over 18 years old and have personal knowledge of the facts as stated herein.

2. I am a resident of Palm Beach County, Florida.

3. I have three children who attend Palm Beach Public Schools. All three are currently attending school in person.

4. All three children have been identified by Palm Beach public schools to be students with disabilities. Two children have an individualized education plans and my middle child has a 504 plan.

5. D.B., who is five (5) years old has Asthma and a Speech Impairment and is too young to be vaccinated. Because of her asthma she is at higher risk of severe illness or hospitalization should she contract covid. B.B. who is twelve (12) also has asthma. He is also at a higher risk.

6. I asked for a reasonable accommodation for D.B. to be allowed to eat lunch and snack in a safe space and away from other unmasked students. The district never responded to my request for an accommodation.

7. I also offered to purchase dividers for D.B. in class so that there would be a barrier between her and her other classmates, especially those who are unmasked and to give her some extra

*Declaration of Amanda Banek*
*Page 2 of 2*

distance and space between her and the other people in the classroom. My request was simply ignored. The district never responded to either of my requests, essentially denying them both with their silence.

8. I will however continue to send my children to school while the mask mandate is in place. I am however concerned that the mask mandate is only temporary. There is a lot of pressure on the school board to rescind the mandate or not extend it further, including pressure from the governor and commissioner of education who have threatened to remove funding. Funding has already been removed from two other school districts. If the mask mandate is lifted and my requests for a accommodations continued to be ignored and denied, I am not sure what I will do.

FURTHER DECLARANT SAYETH NAUGHT.

_____        9/3/2021
Amanda Banek                     _____
                                 Date