# Exhibit - 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf
of W.H., a minor, et. al.,

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; et.al.,

    Defendants.
_____/

## SECOND DECLARATION OF ROBYN MCCARTHY

COMES NOW, Robyn McCarthy and pursuant to 28 U.S.C. § 1748, declares under penalty of perjury that the foregoing is true and correct:

1. My name is Robyn McCarthy, and I am over 18 years old and have personal knowledge of the facts as stated herein.

2. I am a resident of Miami Dade County, Florida.

3. My son, L.M., is six (6) years old and is too young to be vaccinated.

4. L.M. goes to a choice program within a Miami Dade County public school.

5. L.M. has been determined by the public school to be a student with a disability and has been provided with a 504 plan. He is eligible for a 504 plan.

6. School began on August 23, 2021.

7. L.M. attends school in person because I was told that if he did not attend in person, he would lose his seat in the choice program.

8. L.M. wears a specially formatted mask while at school.

9. I check him out for lunch to provide him extra protection while he and the other students are eating unmasked.

*Declaration of Robyn McCarthy*
*Page **2** of **2***

10. When he returns home, I immediately remove and wash L.M.'s clothing and I give him a bath.

11. The classrooms are crowded and there is no ability to social distance.

12. If the mask mandate is lifted, it will not be safe for L.M. to remain in school.

FURTHER DECLARANT SAYETH NAUGHT.

*Robyn McCarthy*                           9/3/2021
Robyn McCarthy                              Date