# Exhibit - 8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf
of W.H., a minor, et. al.,

      Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; et.al.,

      Defendants.
_____/

## SECOND DECLARATION OF JAMIE KINDER

COMES NOW, Jamie Kinder and pursuant to 28 U.S.C. § 1748, declares under penalty of perjury that the foregoing is true and correct:

1. My name is Jamie Kinder, and I am over 18 years old and have personal knowledge of the facts as stated herein.

2. I am a resident of Volusia County, Florida.

3. My daughter, R.K., is nine (9) years and not eligible for a vaccine.

4. R.K. has been identified by the Volusia County public schools as a student with a disability and has been provided with a 504 plan.

5. R.K. is immunocompromised due to gastrointestinal issues.

6. School began on August 16, 2021

7. On September 1, 2021, the school board voted to place a temporary mask mandate in place between September 7 through October 15 and would include a medical opt-out. There would be a "grace period" until September 10 to give parents time to get the medical opt-out.

8. The temporary mandate ends on October 15th unless the School Board decides to extend the order during their regular meeting on October 12th. I believe it is unlikely that the mandate will be extended because not only is the district under pressure from the governor and the state department of education but also because the board members have received

DocuSign Envelope ID: A0BAF375-82AB-476D-922B-14E0856Z463G
Case 1:21-cv-22863-KMM   Document 80-8   Entered on FLSD Docket 09/03/2021   Page 3 of 5

*Declaration of Jamie Kinder*
*Page 2 of 4*

threats, angry parents have scheduled a freedom walkout on the 10th and parents are becoming combative and aggressive towards board members, staff and teachers.

9. R.K. was removed from public school on the advice of her doctor. Her doctor is not permitting her to return back to school, even during the time the temporary mandate is in place because of the number of parents who have already exercised their right to opt out of the mandate. With such a large number of children still remaining unmasked, even with the mandate in place, the mandate becomes illusory. The risk to R.K. is too high.

10. R.K. attends the Volusia virtual school which does NOT provide opportunities to socialize, does not meet her Gifted needs and only gives her 120 minutes of live interaction with a teacher per week. She only receives two special areas - Art and PR – but she does not get music or media & technology classes. R.K. has no access to student services like guidance counseling and SEL. R.K. is also missing out on all extracurricular activities, social activities and like assembles and birthday celebrations.

11. The responsibility to educate my child for the remainder of the school day falls on my shoulders. I am the teacher, and the support and service provider.

12. R.K. can no longer play safely with any of her friends who attend school because of their possible exposure and transmission of Covid-19 to R.K.

13. Her friends have been through her journey with her and watched her fight, some of them even made the long journey to the hospital to visit her over the years. Now it is too dangerous for them to closely interact with R.K.

14. R.K. is feeling isolated, depressed and lonely. R.K. wants more independence. She does not like spending so much time with her parents who are now her teachers, and support providers as well as her parents. R.K. hates being on a laptop all the top, as she says she wants to learn, "with her whole body and her friends, not alone on a screen!"

15. R.K.'s school is listed on the district's dashboard has having positive cases. The dashboard however does not break the data down by grade level so it is unknown if the infections are occurring in R.K.'s grade level. I cannot make an informed decision about how the Delta Variant is moving through her school, thus in an abundance of caution I must keep R.K. home.

16. R.K.'s grade level is separated in portable classrooms. If the district honored my request to ensure that everyone in her classroom is wearing masks, R.K. could return to school with her peers.

17. This request for an accommodation has been denied.

18. With the other accommodations already in her 504 plan, if masks were made permanent for the entire year, for all people on campus, including visitors and parents, R.K. could return to school safely.

*Declaration of Jamie Kinder*
*Page 3 of 4*

19. If masks are not made permanent, R.K., cannot return to school this year.

20. R.K. has not been able to return in person to school since the lockdown began in March 2020.

21. R.K. deserves equal, free, safe public schooling under the law. In her case, and thousands of other like her around our county and state, a separate and isolated education is nowhere near an equal education.

22. In a district that reached an agreement - after two years - with the DOJ regarding the mistreatment & discrimination against students with disabilities this utter disregard, again, for this population is shocking, and appears to be a pattern to the lay person. It frustrating and frightening.

23. We made the decision to remain in the district's virtual program despite its inadequacies so that R.K. could maintain a 504 plan.

24. It is my understanding that the virtual program is abysmal this year because the district has not properly funded the same because of threats made by the Florida Department of Education, pursuant to the governor's order, to pull district funding of any district that offers asynchrony or synchronous learning for student who are not in quarantine

25. I asked for several reasonable accommodations including asking for her classmates & teacher to be masked and that R.K. be able to eat and drink in an outdoor seating area. (Much like a peanut allergy classroom will not allow teachers or students to eat peanuts to protect one student with an allergy). We were however told no, that those 'protections' are voluntary and our request for these accommodations were denied.

26. I share this to illustrate in this district, when my kids both respectively have been in peanut free rooms it was NEVER presented as optional! When we were in a "food allergy classroom" a letter went home from the principal and teacher, and it was unequivocal - NO PEANUTS because a student could suffer serious illness up to and including death. Changing classrooms was not offered either. It was the law of the classroom. Every single family complied in the name of keeping ONE safe. I asked for the same type of reasonable accommodation, but the district denied my request.

27. The district stated that no accommodations would be provided regardless of her 504, blaming the state and the Parents Bill of Rights. They implied R.K.'s rights are now limited because parents' rights supersede all of hers and her 504.

28. This made me feel angry and powerless.

29. My older daughter started Middle School and was masked full time and was given an outdoor or private eating accommodation. On day six of school, she was exposed to Covid-19 but found out from a student, not from the school or the district. 10 kids were pulled

from a class and one of them was a close friend of my daughter. These ten students were required to quarantine. We immediately isolated her (called the school and asked why we were NOT notified). After eight days in quarantine, she tested positive for Covid-19. She was NEVER contact for contact tracing. Had her friend not told her about her exposure, we would never have known. We never heard from the school or the district.

30. When we isolated her for quarantine, it meant we had to move the girls to two different locations to keep R.K. safe. It split up our family for two weeks and we again incurred more expenses.

31. My older daughter may not socialize outside of school unless it is outdoors with masks. When she is picked up from school. She may not bus due to close proximity; no distancing and it is a 45-minute ride. Driving my daughter to and from school is just another burden on our finances and time.

32. R.K. must go into her room with the door closed, when my older daughter returns home from school. My older daughter gets undressed in the laundry room, starts a wash to clean her clothes from school and goes right into the shower before she is allowed to interact with R.K.

33. My daughters may not share food or utensils anymore, they cannot eat out of the same bowl of popcorn. They sit at separate ends of my dining room table.

34. I cannot work nearly the hours I would like or take on any new work because the online option R.K. is currently enrolled in requires 5-7 hours of my time per day because of the very limited access to her teachers. I am her full-time learning coach.

35. My husband changed jobs so he could help provide more support during the school week and now he works EVERY weekend so we have no meaningful family time together. The strain this situation is putting on all four of us is no longer calculable. It is stressful, emotional and is hurting our children socially and emotionally and it is impacting our marital relationship just trying to keep the girls engaged, communicative (they are both struggling with anxiety and depression) and HEALTHY.

FURTHER DECLARANT SAYETH NAUGHT.

_____        9/3/2021
Jamie Kinder                             _____
                                         Date