# Exhibit - 9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf
of W.H., a minor, et. al.,

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; et.al.,

    Defendants.
_____/

## **SECOND DECLARATION OF CHRIS RODRIGUEZ**

COMES NOW, Chris Rodriguez and pursuant to 28 U.S.C. § 1748, declares under penalty of perjury that the foregoing is true and correct:

1. My name is Chris Rodriguez, and I am over 18 years old and have personal knowledge of the facts as stated herein.

2. I am a resident of Broward County, Florida.

3. J.D.-F. is currently home.

4. His siblings are also currently at home.

5. J.D.-F., who is five (5) years old is too young to be vaccinated.

6. J.D.-F. is living with chronic kidney disease – Stage 3; hypertension, renal tubular acidosis. He was also diagnosed as asthmatic by his Primary Care Physician.

7. J.D.-F., is registered for a Broward County public school. The school district has identified J.D.-F. as a student with a disability and provide him with an individualized education plan.

8. His treating doctors and specialists have informed his parents, that it is too dangerous to return to brick-and mortar school without such precautions as following the recommended CDC guidelines of mandatory masking and regular testing in schools of unmasked people. His doctors have advised that if he catches the Covid-19 virus it could be fatal.

9. J.D.-F. has three other siblings and a cousin who attend public school and are not yet eligible to be vaccinated. Due to the dangers facing J.D.-F., none of his siblings or his cousin have been able to attend public school. All five children are home being homeschooled without any supports or services from the school district.

10. While Broward school board has put a mandate in place, it is only temporary. The interim superintendent said just last night on national television that the mandate is only in place through Labor Day.

11. J.D.-F. would need a mask mandate to be in place for longer in order to be able to return to school safely. There would further need to a decision to follow other CDC guidelines such as social distancing; masks at recess and a plan to be able to eat lunch safely since the students will necessarily need to be unmasked. In Broward there is no vaccine mandate for the teachers or staff working in and near the students, and no requirement for those who opt out of the mask mandate to be tested on a regular basis, thus the risk to J.D.-F. remains too high.

12. J.D.-F. has received no educational instruction this school year from the school district. He is being homeschooled by his mother and is not getting any additional supports or services from the school district.

13. J.D.-F. has received none of the supports or services as listed in his IEP.

14. J.D.-F. is in limbo and the family is doing all they can to provide what they can to the best of their abilities.

15. The district has not provided J.D.-F. with any alternatives thus to ensure his safety he had to leave the school district thereby loosing the supports and services including in his IEP. He has essentially had to waive his rights and protections in exchange for his life.

16. J.D.-F. should be able to return to school, along with his siblings and his cousin.

FURTHER DECLARANT SAYETH NAUGHT.

_____*Chris Rodriguez*_____    _____9/3/2021_____
Chris Rodriguez                    Date