# Exhibit - 10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf
of W.H., a minor, et. al.,

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; et.al.,

    Defendants.
_____/

## **SECOND DECLARATION OF KRISTEN THOMPSON**

COMES NOW, Kristen Thompson and pursuant to 28 U.S.C. § 1748, declares under penalty of perjury that the foregoing is true and correct:

1. My name is Kristen Thompson, and I am over 18 years old and have personal knowledge of the facts as stated herein.

2. I am a resident of Alachua County, Florida.

3. My child, P.T., is currently registered in the hospital homebound program in the Alachua County school district.

4. P.T. is my seven (7) year old daughter who lives with Trisomy-18. Trisomy-18 also known as Edwards syndrome is when someone is born with an extra chromosome. Trisomy-18 causes severe developmental delays.

5. P.T. has severe developmental delays and has a tracheostomy. A tracheostomy is an opening created at the front of the neck so a tube can be inserted into the windpipe (trachea) to help you breathe. P.T. is at a higher risk to get Covid-19 if people around her are not wearing masks.

6. P.T. has been identified by the school district as a student with a disability and has been provided with an Individualized Education Plan (IEP). P.T. is on a modified curriculum also known as an access point curriculum.

7. P.T. is currently assigned to hospital homebound. We attempted to send P.T. to school in person but the risks became too high with the uncertainty of the district being allowed to

continue a mask mandate and the opt-out option. During the first week of school, even with the mask mandate in place, one person in P.T.'s class contracted Covid-19 and passed it to another student in the classroom.

8. Hospital homebound will not begin until September 15. P.T. has been without any educational instruction since the week of August 16 or supports or services as required by her IEP.

9. In hospital homebound, there is no therapy available in the home. Therapies are only available on the school campus which P.T. cannot return to safely, virtually (which P.T. cannot benefit from) or on consult with the instructor, so essentially, she has lost all the related therapies and services contained on her IEP.

10. In addition, in the hospital, homebound program P.T. only gets direct instruction with a special education teacher for 2-3 hours per week. Not per day, but per week. In school, she received six hours of instruction each day. Further, she will not have any electives or special classes like art or music. She will not have any access to any other students or staff members. She will not receive any related services or supports as contained on her IEP.

11. Even though the Alachua County school board has a mask mandate in place, it is only temporary. P.T.'s treating doctors and specialists have informed me that it is too dangerous to return to brick-and-mortar school without such precautions as following the recommended CDC guidelines of mandatory masking and regular testing in schools for those staff and students who have been able to opt-out of the mask mandate. There is so much pressure being put on the Alachua County school board to lift the mask mandate, including the commissioner withholding funds from the school board, that I am not certain how long the mandate will remain in place.

12. P.T. cannot attend Florida Virtual School or any other virtual program as none provide FAPE; an Access Point Curriculum or the necessary supports, services, and accommodations as identified in his IEP, including direct instruction from a special education teacher. She also does not receive any benefit from an online program due to her developmental delays.

13. Without a mask mandate and other accommodations like staff and students wearing a mask in P.T.'s classroom, being provided with a safe lunch place, and having regular testing for those who are unmasked, I cannot safely return P.T. to school. P.T. should not be excluded from school because of her disability.

FURTHER DECLARANT SAYETH NAUGHT.

_Kristen S. Thompson_                                9/3/21
Kristen Thompson                                     Date