# Exhibit - 12



**State Board of Education**

Tom Grady, *Chair*
Ben Gibson, *Vice Chair*
*Members*
Monesia Brown
Marva Johnson
Ryan Petty
Andy Tuck
Joe York

**FLORIDA DEPARTMENT OF**
fldoc.org

Richard Corcoran
Commissioner of Education

August 10, 2021

Dr. Vickie Cartwright
Interim Superintendent
Broward County Schools
600 SE Third Avenue
Ft. Lauderdale, Florida 33301

Dr. Rosalind Osgood
School Board Chair
Broward County Schools
600 SE Third Avenue
Ft. Lauderdale, Florida 33301

Dear Interim Superintendent Cartwright and Chair Osgood:

This letter is sent to express my grave concern regarding your district's significant neglect in response to the recently adopted Emergency Rule 64DER21-12 from the Florida Department of Health (FDOH). This order, issued on August 6, 2021, by the Florida Surgeon General, Dr. Scott Rivkees, is explicit in its expectations for ensuring that any mandated mask policies imposed by a district or school "must allow for a parent or legal guardian of the student to opt-out the student from wearing a face covering or mask." The emergency rule does not require parents to submit medical documentation from a physician or a nurse practitioner in order to opt out. Because the rule invokes the Parents' Bill of Rights, it does not contemplate or allow school districts to limit those rights by adding additional requirements in order to opt out and any such requirement is inconsistent with the emergency rule. The action taken today at the Broward County School Board meeting makes it clear that you have no current intentions of complying with this order, which is intended to guarantee choice options to parents/guardians regarding their child while also protecting families and students federal and state protected rights to privacy.

Section 1008.32, Florida Statutes, states, "The State Board of Education shall oversee the performance of district school boards and the Florida College System institution board of trustees in enforcement of all laws and rules." Further, section 1008.32(2)(a), Florida Statutes, states that the "Commissioner of Education may investigate allegations of noncompliance with law or state board rule and determine probable cause."

Based on this authority established in law, I am immediately initiating an investigation of non-compliance with rules adopted by the Florida Department of Health and the Florida State Board of Education on August 6, 2021. In commencing this investigation, I am demanding that you provide a written response by 5:00 p.m. on Friday, August 13, 2021, documenting how your district is complying with FDOH rule 64DER21-12. Any failure to adequately document and substantiate full compliance with this rule will result in sanctions permitted under law in section

Dr. Vickie Cartwright/ Dr. Rosalind Osgood
August 10, 2021
Page Two

1008.32(4)(b), Florida Statutes. Depending on the facts presented, I may recommend to the State Board of Education that the Department withhold funds in an amount equal to the salaries for the Superintendent and all the members of the School Board.

There is no room for error or leniency when it comes to ensuring compliance with policies that allow parents and guardians to make health and educational choices for their children. Therefore, it is imperative that you work together as the Superintendent and the School Board to remedy this glaring non-compliance and report the resolution to the Florida Department of Education by 5:00 p.m. on Friday, August 13, 2021.

Again, if this matter is not addressed by submitting the documentation establishing compliance with the law, the maximum accountability measures provided for under the law will be imposed.

Sincerely,

*[signature]*

Richard Corcoran
Commissioner



Established 1915
**BROWARD**
County Public Schools

**Office of the Superintendent
Dr. Vickie L. Cartwright,
Interim Superintendent of Schools**
600 Southeast Third Avenue
Fort Lauderdale, Florida 33301
phone: 754-321-2600 • fax: 754-321-2701
Supt_Cartwright@browardschools.com
browardschools.com

The School Board of
Broward County, Florida

Dr. Rosalind Osgood, Chair
Laurie Rich Levinson, Vice Chair

Lori Alhadeff
Patricia Good
Debra Hixon
Donna P. Korn
Sarah Leonardi
Ann Murray
Nora Rupert

Dr. Vickie L. Cartwright
Interim Superintendent of Schools

August 13, 2021

Commissioner Corcoran
Florida Department of Education
Turlington Building
325 West Gaines Street
Tallahassee, Florida 32399

Dear Commissioner Corcoran:

Please accept this correspondence in response to your letter dated August 10, 2021. Broward County Public Schools (BCPS) fully agrees that the recent trends resulting from the Delta Variant pose an immediate danger to public health, safety and welfare and, believes our District is taking prudent and responsible measures to protect our students, staff, volunteers and visitors in light of the alarming COVID-19 trends we are experiencing in Broward County.

Since the onset of the pandemic, BCPS has maintained strong partnerships with our local health experts to advise and assist the District in formulating its protocols in response to COVID-19. This includes regular discussions with the Broward County Health Department and the two major hospital districts in Broward. Additionally, BCPS has relied heavily on federal guidance from the Centers for Disease Control (CDC) and other nationally recognized resources in our response to COVID-19.

In July, BCPS was prepared to strongly encourage facial coverings and COVID-19 vaccinations for the start of the 2021-2022 school year; however, recent trends in Broward County and updated national guidance forced the Board to pivot and require facial coverings to ensure the safety of all students, staff, volunteers and visitors for the start of school.

On August 5, 2021, the CDC provided updated guidance on COVID-19 prevention in schools. The guidance was echoed by the American Academy of Pediatrics. The guidance included is listed below.

"Due to the circulating and highly contagious Delta Variant, CDC recommends universal indoor masking by all students (age 2 and older), staff, teachers and visitors to K-12 schools, regardless of vaccination status." https://www.cdc.gov/coronavirus/2019-ncov/community/schools-childcare/k-12-guidance.html



**Educating Today's Students to Succeed in Tomorrow's World**
Broward County Public Schools is an Equal Opportunity Employer

 

Response to Commissioner Corcoran
August 13, 2021
Page Two

Additionally, since July 29, 2021, Broward County has seen an increase of more than 40% in its 3-Day Average for positive COVID-19 cases. During the same period, the daily percentage of positive cases has also increased and consistently has been above 15%. Furthermore, the local hospital districts are reporting that they have been overwhelmed with new COVID-19 patients. This was clearly represented in yesterday's Broward County COVID-19 Hospital Report produced by the Broward County Emergency Management Division. The August 12th report indicates there were 1,614 COVID-19 positive patients currently admitted, which was an increase of 125 (+8.39%) patients from the prior day. More alarming is data that reflects that the combined Broward County pediatric ICU is at 93% capacity and adult ICU is at 96% capacity.

Emergency Rule 64DER21-12 from the Florida Department of Health specifically speaks to an immediate danger to the public health, safety or welfare because of a recent increase in COVID-19 infections, largely due to the spread of the COVID-19 Delta Variant. BCPS strongly believes its recent action referenced in your letter is for the explicit purpose of mitigating the spread of COVID-19 cases in our schools and preventing the unnecessary removal of students from school because of positive cases. This is particularly important because BCPS will be returning to 100% in-person instruction, and the ability to social distance is adversely impacted.

Article IX, Section 1(a) of the Florida Constitution provides:

1. Section 1. Public education.-

    (a) The education of children is a fundamental value of the people of the State of Florida. It is, therefore, a paramount duty of the state to make adequate provision for the education of all children residing within its borders. Adequate provision shall be made by law for a uniform, efficient, **_safe_**, secure, and high quality system of free public schools that allows students to obtain a high quality education ...

   (Emphasis added.)

The School Board has over 37,000 students with disabilities. A significant number of students with disabilities are students with medical conditions such as asthma, diabetes and cancer, whose immune systems are stressed or compromised. These students are at an increased risk of being infected with the COVID-19 virus without the protection of a mask requirement. The requirement that a mask be used by all students, staff and visitors alike, in accordance with the CDC, serves to ensure their safety as well as the safety of their peers and teachers. The mask requirement would ensure that the district does not run afoul of the Americans with Disabilities Act (ADA), Section 504 of the Rehabilitation Act, and the Individual with Disabilities Education Act (IDEA).

The Broward School Board is currently a defendant in a complaint concerning the mask requirement. See Case 1:21-cv-22863-KMM Hayes, et.al. v. Governor Ronald Dion Desantis, et.al. (August 6, 2021). This complaint was filed by families with students who have disabilities and alleges ADA violations, specifically, the failure to provide access to a free appropriate public education. The named families allege, out of concern for the health and safety of their students, they cannot send their students safely to school, absent a mask requirement in order to mitigate the airborne transmittal of COVID-19. Similarly, under the IDEA, the School Board is charged with educating



Response to Commissioner Corcoran
August 13, 2021
Page Three

students in the least restrictive environment. Without a mask mandate, families may be confronted with the choice of sending their medically compromised students into a school environment without reasonable precautions taken for the safety of their student or keeping them home. Students educated in the home setting when a public school setting is available violates the IDEA. Thus, a mask requirement would facilitate the School Board's role in educating *all* students within its district.

Prioritizing parent-choice over safety and the advice of health experts in the CDC and the American Academy of Pediatrics threatens the safety in schools and does not promote a secure environment for students; thus, it is in direct violation of the Florida Constitutional mandates.

Further, BCPS believes it is in compliance with Emergency Rule 64DER21-12 from the Florida Department of Health because of the exceptions provided within its policy regarding facial coverings. Specifically, Policy 2170 provides the following circumstances by which "*A face covering shall not be required for a student*":

- "*...if the student's IEP or 504 team, after receiving a certification from a health care provider that the student has a medical, physical or psychological contraindication that prevents the person from being able to safely wear an approved face covering...*";
- "*...inside or outside a school district facility or a school/district sponsored activity while student is eating during a planned mealtime...*";
- "*...outside of any school, district building, or at a school/district sponsored activity while the student is engaged in strenuous physical activity...*";
- "*...actively participating in indoor or outdoor practice or competition...*";
- "*...inside or outside any school district facility or building when removal of the face covering is necessary for the student to receive health care or to undergo a health care examination from authorized health care personnel; or,*
- "*...if a student is experiencing acute trouble breathing, is unconscious or incapacitated.*"

The District will fully cooperate in your referenced investigation, and this response to your demand supports that cooperation. Your letter concludes by indicating the potential for sanctions and your possible recommendation to the State Board of Education that the Department withhold funds. BCPS asks that you seriously consider the appropriateness of withholding funds, recognizing this would represent a reduction to the General Fund allocation and may impact services to students.

Regards,

Dr. Vickie L. Cartwright
Interim Superintendent

Dr. Rosalind Osgood
School Board Chair

cc: School Board Members