# Exhibit - 13



**State Board of Education**

Tom Grady, *Chair*
Ben Gibson, *Vice Chair*
*Members*
Monesia Brown
Marva Johnson
Ryan Petty
Andy Tuck
Joe York

Richard Corcoran
**Commissioner of Education**

August 27, 2021

Dr. Diana L. Greene
Superintendent
Duval County Public Schools
1701 Prudential Drive
Jacksonville, FL 32207

Ms. Elizabeth Andersen
School Board Chair
Duval County Public Schools
1701 Prudential Drive
Jacksonville, FL 32207

Dear Superintendent Greene and Chair Andersen:

This letter is sent to express my grave concern regarding your district's response to the recently adopted Emergency Rule 64DER21-12 from the Florida Department of Health. This rule, issued on August 6, 2021, by the Florida Surgeon General, Dr. Scott Rivkees, explicitly requires that any mandated mask policy imposed by a district or school "must allow for a parent or legal guardian of the student to opt-out the student from wearing a face covering or mask." The emergency rule does not require parents to submit medical documentation in order to opt-out.

Executive Order 21-175 directed the Florida Department of Health and the Florida Department of Education to execute rules to ensure safety protocols for controlling the spread of COVID-19 in schools. The Order directs further that any such action must "at minimum be in accordance with Florida's Parents' Bill of Rights and protect parents' right to make decisions regarding masking of their children in relation to COVID-19." Because the Florida Department of Health, under section 1003.22(3), Florida Statutes, is the agency authorized to adopt rules governing the control of communicable diseases, the Florida Department of Health adopted an emergency rule establishing protocols for controlling COVID-19 in public schools. The rule provides, in part, as follows:

> Students may wear masks or facial coverings as a mitigation measure; however, the school must allow for a parent or legal guardian of the student to opt-out the student from wearing a face covering or mask.

Rule 64DER21-12(1)(d), Florida Administrative Register, Vol. 47/No. 153, August 9, 2021.

Recent reports in the media indicate that the Duval School Board has taken action inconsistent with the emergency rule by limiting or conditioning the parental ability to opt-out of a face covering or mask mandate. Section 1008.32, Florida Statutes, states, "The State Board of Education shall oversee the performance of district school boards and the Florida College System institution board of trustees in enforcement of all laws and rules." Further, section

1008.32(2)(a), Florida Statutes, states that the "Commissioner of Education may investigate allegations of noncompliance with law or state board rule and determine probable cause."

Based on this authority, I am immediately initiating an investigation of non-compliance with the rule adopted by the Florida Department of Health on August 6, 2021. In commencing this investigation, I am demanding that you provide a written response by 5:00 p.m. on Wednesday, September 1, 2021, documenting how your district is complying with Florida Department of Health Emergency Rule 64DER21-12. Should you fail to document full compliance with this rule, in accordance with section 1008.32, Florida Statutes, I intend to recommend to the State Board of Education that the Department withhold funds in an amount equal to the salaries for all the members of the School Board, as well as other sanctions authorized by law, until the district comes into compliance.

Parents have a fundamental right to direct the upbringing, education and care of their minor children. The Department of Education will protect that right.

Sincerely,

Richard Corcoran
Commissioner



**DUVAL COUNTY PUBLIC SCHOOLS**

Dr. Diana Greene
Superintendent

1701 Prudential Drive | Jacksonville, FL 32207
904.390.2115 | Fax 904.390.2586
GreeneD@duvalschools.org | www.duvalschools.org

September 1, 2021

Commissioner Richard Corcoran
Florida Department of Education
325 W. Gaines St.
Tallahassee, FL 32399-0400

Dear Commissioner Corcoran,

  This letter is in response to your August 27, 2021 demand for a written response documenting how the Duval County School Board (DCSB) is complying with Florida Department of Health Emergency Rule 64DER21-12. As an initial matter, the DCSB is in compliance with the Rule.

  The DCSB passed its own Emergency Rule regarding face coverings (the "Mask Policy") in light of dangerous and startling health conditions in its school district and the local community. The DCSB first considered a mask policy at its August 3, 2021, meeting. Since school had not yet started, the DCSB implemented a mask policy that it felt would sufficiently balance the safety of students with parents' ability to opt students out of wearing masks. The policy strongly encouraged students to wear masks but allowed parent and guardians to opt students out of wearing a mask for any reason. However, once school started on August 10, 2021, additional facts and evidence came to light such that it became clear that allowing unconstrained opt-outs presented a clear and present danger to staff and students. It was then decided to revisit the mask issue at the Board's August 23, 2021, meeting.

  At the August 23, 2021, meeting, the DCSB enacted its current Mask Policy requiring all students to wear masks (with an opt-out described more fully below) because there were over 800 COVID-19 cases within the District after the first ten days of school. This number represented over 30% of total cases from the entire 2020-2021 school year. After three weeks of school, there are over 1600 COVID-19 cases in the District which represents 65% of the total cases from last year. Moreover, eleven District employees have died of COVID-19 related complications since the beginning of the 2020-2021 school year.

In addition, the Duval County Health Department (DCHD) is unable to complete contact tracing on all of the positive cases arising in the District.  As of August 23, 2021, the DCHD had only been able to close out 106 of the 895 cases.  Cases which have been closed out are those where the DCHD has been able to complete contract tracing to ensure students and staff who have been exposed to COVID-19 are properly notified of their exposure.  Therefore, a significant number of students and staff who were and are being exposed to COVID-19 are not being quarantined, which further contributes to the rampant spread of COVID-19.

There was abundant testimony at prior meetings and workshops of the DCSB as well as at the DCSB's August 23, 2021, meeting[1] about the critical and compelling need for students and staff to wear masks in an effort to reduce the spread of COVID-19.  Representatives from the Duval County Health Department, physicians from the local pediatric hospital, and many other licensed health care workers were adamant about the need for everyone to wear face coverings while inside a school or administrative building.  In the face of such testimony and the rapid and widespread increase in infections, the DCSB was compelled to take action to protect the health of students and staff and create the best opportunity for our children to continue in-person education this

---

[1] The following physicians testified and answered questions from the Board at the August 23, 2021 meeting:

Dr. Mobeen Rathore
- Chair, Infection Prevention and Control Committee, Baptist Health System
- Hospital Epidemiologist and Chief, Pediatric Infectious Diseases and Immunology, Wolfson Children's Hospital

Dr. Sunil Joshi
- President, Duval County Medical Society Foundation

Ernesto "Tito" Rubio, MPH
- Interim Administrator/Health Officer Duval County

Dr. Jeffery Goldhagen

- Prof. Community Hospice of Northeast FL/Neviaser Family Professor in Pediatric Palliative Care Dept. of Pediatrics
- Chief Div. of Community and Societal Pediatrics
- Program Director, Community and Societal Pediatrics Fellowship – UF Health Jacksonville

school year. The DCSB is not relying solely on masks to help prevent the spread of COVID-19; it is implementing a multi-layered approach to providing all feasible COVID-19 mitigation measures.

It was not and is not the intent of the DCSB to violate any lawful rule of the Board of Education or the Department of Health. Indeed, the DCSB's Mask Policy complies with the Department of Health's Emergency Rule. As your letter appropriately states, that rule requires an option for "a parent or legal guardian of the student to opt-out the student from wearing a face covering or mask," and the DSCP Mask Policy does exactly this. Paragraph 2 of the Mask Policy provides for "Opt-out/Exemptions." As the Emergency Rule requires, this paragraph provides a method for parents to opt students out of wearing a mask with a medical certification from a licensed health care provider that the student has a medical, physical, or psychological condition that prevents the student from being able to safely wear a face covering. The opt-out form is one page and requires only two signatures; it is not onerous. The DOH rule does not state the opt-out must be unlimited, or otherwise prevent schools from establishing parameters for the opt-out.

In a further effort to use reasonable and necessary actions that are narrowly tailored to further its compelling state interest, the DCSB also provided a generous lead time for parents and guardians to opt-out before the Mask Policy goes into effect. The Mask Policy was approved by the DCSB on August 23, 2021, but it does not go into effect until September 7, 2021. This provided parents and guardians two weeks to obtain the necessary signatures to opt out if appropriate.

In addition, the Mask Policy is temporary in nature. It is only in effect for ninety days and can be automatically suspended by the Superintendent without Board approval should certain health data points be met. The data points will be determined in consultation with the Florida Department of Health and local physicians based on transmission rate in the community. These measures and the ones cited above comply with both the Emergency Rule and the Parents' Bill of Rights. DCSB is committed to providing safe and in-person education this school year.

Sincerely,

Dr. Diana L. Greene

Board Chair Elizabeth Andersen