# Exhibit - 15

**FLORIDA DEPARTMENT OF EDUCATION**
fldoe.org

State Board of Education

Tom Grady, *Chair*
Ben Gibson, *Vice Chair*
Members
Monesia Brown
Marva Johnson
Ryan Petty
Andy Tuck
Joe York

Richard Corcoran
Commissioner of Education

August 27, 2021

Mr. Mike Burke
Superintendent
School District of Palm Beach County
3300 Forest Hill Boulevard
West Palm Beach, FL  33406

Mr. Frank A. Barbieri, Jr., Esq.
School Board Chair
School District of Palm Beach County
3300 Forest Hill Boulevard
West Palm Beach, FL  33406

Dear Superintendent Burke and Chair Barbieri:

This letter is sent to express my grave concern regarding your district's response to the recently adopted Emergency Rule 64DER21-12 from the Florida Department of Health. This rule, issued on August 6, 2021, by the Florida Surgeon General, Dr. Scott Rivkees, explicitly requires that any mandated mask policy imposed by a district or school "must allow for a parent or legal guardian of the student to opt-out the student from wearing a face covering or mask." The emergency rule does not require parents to submit medical documentation in order to opt-out.

Executive Order 21-175 directed the Florida Department of Health and the Florida Department of Education to execute rules to ensure safety protocols for controlling the spread of COVID-19 in schools. The Order directs further that any such action must "at minimum be in accordance with Florida's Parents' Bill of Rights and protect parents' right to make decisions regarding masking of their children in relation to COVID-19." Because the Florida Department of Health, under section 1003.22(3), Florida Statutes, is the agency authorized to adopt rules governing the control of communicable diseases, the Florida Department of Health adopted an emergency rule establishing protocols for controlling COVID-19 in public schools. The rule provides, in part, as follows:

> Students may wear masks or facial coverings as a mitigation measure; however, the school must allow for a parent or legal guardian of the student to opt-out the student from wearing a face covering or mask.

Rule 64DER21-12(1)(d), Florida Administrative Register, Vol. 47/No. 153, August 9, 2021.

Recent reports in the media indicate that the Palm Beach School Board has taken action inconsistent with the emergency rule by limiting or conditioning the parental ability to opt-out of a face covering or mask mandate. Section 1008.32, Florida Statutes, states, "The State Board of

Education shall oversee the performance of district school boards and the Florida College System institution board of trustees in enforcement of all laws and rules." Further, section 1008.32(2)(a), Florida Statutes, states that the "Commissioner of Education may investigate allegations of noncompliance with law or state board rule and determine probable cause."

Based on this authority, I am immediately initiating an investigation of non-compliance with the rule adopted by the Florida Department of Health on August 6, 2021. In commencing this investigation, I am demanding that you provide a written response by 5:00 p.m. on Wednesday, September 1, 2021, documenting how your district is complying with Florida Department of Health Emergency Rule 64DER21-12. Should you fail to document full compliance with this rule, in accordance with section 1008.32, Florida Statutes, I intend to recommend to the State Board of Education that the Department withhold funds in an amount equal to the salaries for all the members of the School Board, as well as other sanctions authorized by law, until the district comes into compliance.

Parents have a fundamental right to direct the upbringing, education and care of their minor children. The Department of Education will protect that right.

Sincerely,

*[signature]*

Richard Corcoran
Commissioner



| | | |
|---|---|---|
| THE SCHOOL DISTRICT OF PALM BEACH COUNTY, FL | MICHAEL J. BURKE<br>SUPERINTENDENT | FRANK A. BARBIERI, JR., ESQ.<br>BOARD CHAIRMAN |
| OFFICE OF THE SUPERINTENDENT<br>3300 FOREST HILL BOULEVARD, C-316<br>WEST PALM BEACH, FL 33406-5869 | | KAREN M. BRILL<br>BOARD VICE CHAIR |
| PHONE: 561-649-6833 / FAX: 561-649-6837<br>WWW.PALMBEACHSCHOOLS.ORG | | MARCIA ANDREWS<br>ALEXANDRIA AYALA<br>BARBARA MCQUINN<br>DEBRA L. ROBINSON, M.D.<br>ERICA WHITFIELD |

September 1, 2021

Richard A. Corcoran
Commissioner of Education
Florida Department of Education
325 W. Gaines Street
Tallahassee, FL 32399-0400

Dear Commissioner Corcoran:

Pursuant to Fla. Stat. 1008.32(1), on behalf of the School District of Palm Beach County, we respectfully submit the following response to your letter of August 27, 2021.

On August 18, 2021, the School Board adopted its current Policy, 5.326, Student Protocols due to COVID-19.[1] The purpose of the Policy is "[t]o facilitate the continuous operations of the District and protect the health, safety, and welfare of students by adhering to COVID-19 District safety protocols." Policy 5.326(1). One of the District Safety Guidelines is that "[a]ll students must ... wear face coverings at all times." Policy 5.326(3)(viii). The Policy provides for an exemption or accommodation where "verified by a treating licensed medical physician as required by (ADA), or Section 504 of the Rehabilitation Act and agreed to by a compliant 504 Team." Policy 5.326(3)(viii). Further, "[f]acial coverings will not need to be worn when outside, after seated when eating or drinking as outlined in District protocols that will be posted to the District website and approved by the school principal or designee." Policy 5.326(3)(viii)(1). Finally, "[t]his emergency modification of this policy shall remain in effect for a period of no more than ninety (90) days from the date of the adoption." Policy 5.326(11). "The Superintendent may suspend/revoke/rescind portions of this policy based on the updates/available information from the CDC, State, or local authorities regarding COVID-19 cases." Policy 5.326(11).

The School District of Palm Beach County has not acted inconsistently with the DOH Emergency Rule or the authorities which purportedly underpin that Rule. The Rule is based on the directive in the Governor's Executive Order 21-175, "to ensure safety protocols for controlling the spread of COVID-19 in schools that:
    a. Do not violate Floridians' constitutional freedoms;
    b. Do not violate parents' right under Florida law to make health care decisions for their minor children; and
    c. Protect children with disabilities or health conditions who would be harmed by certain protocols such as face masking requirements.

---

[1] http://go.boarddocs.com/fl/palmbeach/Board.nsf/goto?open&id=C63KZ55315E8.

Page 2 of 2
September 1, 2021
Letter to Commissioner Richard Corcoran

With respect to Floridians' constitutional freedoms, there has been no determination that has concluded a face-covering requirement for students is unconstitutional. Nothing in the Parents' Bill of Rights prohibits a face-covering requirement. The Parents' Bill of Rights also preserves the School Board's power to take action where it is "reasonable and necessary to achieve a compelling state interest and that such action is narrowly tailored and is not otherwise served by a less restrictive means." § 1014.03, Fla. Stat. The Board's face-covering requirement satisfies these requirements.

It cannot be disputed that providing a safe learning environment for all students is a compelling interest for the School Board and the State of Florida as a whole. A face-covering policy was necessary in response to the dramatically and rapidly worsening state of the spread of COVID-19 as a result of the Delta variant. The Policy was adopted after the experience of operating schools for a week and a half and seeing an explosion of COVID-19 cases. Cases have continued to soar. In the three weeks since school opened on August 10, the District has 3,470 reported cases of COVID-19 involving students and staff on our campuses. In the entirety of the 2020-2021 school year, the District had a total of 3,800 reported cases. The Policy is reasonable and there is not a less restrictive means in light of the lack of available vaccines for the majority of school-age students and the requirement that the Board provide in-person instruction. The Policy is also narrowly tailored, as it is only in effect for 90 days and can be suspended or revoked sooner where available information supports doing so.

Finally, the Board's face-covering requirement provides for an exemption or accommodation where "verified by a treating licensed medical physician as required by the ADA, or Section 504 of the Rehabilitation Act and agreed to by a compliant 504 Team." Policy 5.326(3)(viii). Accordingly, it also protects children with disabilities or health conditions who would be harmed by certain protocols such as face masking requirements, as set forth in the Governor's Executive Order.

Respectfully,

*[signature]*

Michael J. Burke
Superintendent

C: Frank A. Barbieri, Jr., Esq., Board Chairman
   Karen Brill, Vice-Chair
   Marcia Andrews
   Alexandria Ayala
   Barbara McQuinn
   Debra L. Robinson, M.D.
   Erica Whitfield