# Exhibit - 17



**State Board of Education**

Tom Grady, *Chair*
Ben Gibson, *Vice Chair*
*Members*
Monesia Brown
Marva Johnson
Ryan Petty
Andy Tuck
Joe York

**FLORIDA DEPARTMENT OF**

fldoe.org

**Richard Corcoran**
Commissioner of Education

August 27, 2021

Dr. David Moore
Superintendent
Indian River County Public Schools
6500 57th Street
Vero Beach, FL 32967

Mr. Brian M. Barefoot
School Board Chair
Indian River County Public Schools
6500 57th Street
Vero Beach, FL 32967

Dear Superintendent Moore and Chair Barefoot:

This letter is sent to express my grave concern regarding your district's response to the recently adopted Emergency Rule 64DER21-12 from the Florida Department of Health. This rule, issued on August 6, 2021, by the Florida Surgeon General, Dr. Scott Rivkees, explicitly requires that any mandated mask policy imposed by a district or school "must allow for a parent or legal guardian of the student to opt-out the student from wearing a face covering or mask." The emergency rule does not require parents to submit medical documentation in order to opt-out.

Executive Order 21-175 directed the Florida Department of Health and the Florida Department of Education to execute rules to ensure safety protocols for controlling the spread of COVID-19 in schools. The Order directs further that any such action must "at minimum be in accordance with Florida's Parents' Bill of Rights and protect parents' right to make decisions regarding masking of their children in relation to COVID-19." Because the Florida Department of Health, under section 1003.22(3), Florida Statutes, is the agency authorized to adopt rules governing the control of communicable diseases, the Florida Department of Health adopted an emergency rule establishing protocols for controlling COVID-19 in public schools. The rule provides, in part, as follows:

> Students may wear masks or facial coverings as a mitigation measure;
> however, the school must allow for a parent or legal guardian of the
> student to opt-out the student from wearing a face covering or mask.

Rule 64DER21-12(1)(d), Florida Administrative Register, Vol. 47/No. 153, August 9, 2021.

Recent reports in the media indicate that the Indian River School Board has taken action inconsistent with the emergency rule by limiting or conditioning the parental ability to opt-out of a face covering or mask mandate. Section 1008.32, Florida Statutes, states, "The State Board of

Education shall oversee the performance of district school boards and the Florida College System institution board of trustees in enforcement of all laws and rules." Further, section 1008.32(2)(a), Florida Statutes, states that the "Commissioner of Education may investigate allegations of noncompliance with law or state board rule and determine probable cause."

Based on this authority, I am immediately initiating an investigation of non-compliance with the rule adopted by the Florida Department of Health on August 6, 2021. In commencing this investigation, I am demanding that you provide a written response by 5:00 p.m. on Wednesday, September 1, 2021, documenting how your district is complying with Florida Department of Health Emergency Rule 64DER21-12. Should you fail to document full compliance with this rule, in accordance with section 1008.32, Florida Statutes, I intend to recommend to the State Board of Education that the Department withhold funds in an amount equal to the salaries for all the members of the School Board, as well as other sanctions authorized by law, until the district comes into compliance.

Parents have a fundamental right to direct the upbringing, education and care of their minor children. The Department of Education will protect that right.

Sincerely,

Richard Corcoran
Commissioner



# School District of Indian River County

6500 57th Street • Vero Beach, Florida, 32967 • Telephone: 772-564-3000 • Fax: 772-564-3054

David K. Moore, Ed.D. - Superintendent

---

September 1, 2021

Dear Commissioner Corcoran –

Thank you for your letter of August 27, 2021, and the opportunity to explain the circumstances in the School District of Indian River County. On August 24, 2021, the School Board of Indian River County approved the following language to be added to its COVID-19 Prevention Response Plan:

*Beginning on Monday, August 30th, face coverings will be mandatory for all students in Pre-K through 8th grades while indoors when social distancing is not possible and while utilizing school transportation. Parents have the opportunity to opt-out their child(ren) from wearing a face covering by providing documentation from a medical provider (i.e., Florida licensed physician, physician assistant, psychiatrist, or psychologist) or due to needs outlined in the student's IEP or Section 504 Plan indicating that they need this accommodation. Students who received an exemption from wearing a face covering during the 2020-2021 school year, will automatically be granted an exemption for the current academic year. These requirements will be fully implemented on August 30, 2021. The outlined requirements will expire September 15, 2021, unless extended prior to that date.*

This time-limited requirement was approved to address the rapidly deteriorating conditions within the School District of Indian River County (SDIRC) and local community due to COVID-19. As of August 22, 2021, a case percent positivity rate of 28% was being observed in Indian River County. Close to half of our community's available hospital beds were being utilized to treat patients with COVID-19 and 67% of our community's beds in the Intensive Care Units were being used to treat patients who were critically ill with COVID-19.[1] From the opening of schools on August 10, 2021 to August 24, 2021, 128 students were identified as COVID-19 positive (with school impact), while 74 staff members were identified as COVID-19 positive.[2] As a comparison, during the 2020-2021 school year, it was not until the middle of December 2020 that we observed similar numbers of students who were COVID-19 positive, and it was not until the end of the first week of January 2021 that the numbers of staff who were COVID-19 positive reached similar levels.[2,3] During this time period, our percentage of COVID-19 positive staff members (3.39%) was well above what was being observed by neighboring districts to the south, St. Lucie (2.00% of staff positive) and Martin Counties (1.12% of staff positive).[2,4,5,6,7] Beyond these comparisons, by the end of the second week of school, district and school staff became aware that our number of reported student cases did not accurately depict the number of actual cases being experienced by our students due to the prolific use of home administered COVID-19 tests. Additionally, due to identified COVID-19 outbreaks at schools, parents began selecting to keep their children at home due to the risk of their children being exposed to COVID-19, significantly impacting the instruction being provided to these students, as well as school attendance. With this, it became abundantly clear that due to the significant COVID-19 student and staff positivity rates, our district would not be able to effectively sustain school operations or provide classroom coverage if the spread of COVID-19 was not mitigated immediately. Ultimately, prior to the date in which the revised face covering requirements were to be initiated, the District experienced its first closure of an elementary school due to the factors described above and experienced an additional school closing effective the day of this letter. The District is currently closely monitoring additional schools at the elementary and middle school levels for needed school closures. As of 08/31/21, 446 students have been identified by the Department of Health as COVID-19 positive and additional 167 students were reported COVID-19 positive via home-administered tests.[2] This represents 4% of students in the District's non-charter schools.[2,5] Additionally, a total of 149 staff members have been identified as COVID-19 positive, representing 7% of SDIRC employees.[2,4] These case totals have been observed

| Dr. Mara Schiff | Jacqueline Rosario | Dr. Peggy Jones | Teri L. Barenborg | Brian M. Barefoot |
|---|---|---|---|---|
| District 1 | District 2 | District 3 | District 4 | District 5 |

Transforming education to inspire & empower ALL students to maximize their full potential.
Equal Opportunity Educator and Employer

by the 16th day of instruction, resulting in an immense, negative impact on our students, staff, and the system as a whole. Finally, it should not go unnoted, that during the current school year, our district has experienced the untimely passing of two SDIRC teachers due to COVID-19.

In response to the assertions in your August 27, 2021 letter, the School Board of Indian River County is in compliance with the Parents' Bill of Rights in that the above local conditions and the resulting procedure regarding mandatory face coverings for students is reasonable and necessary to achieve a compelling state interest, is narrowly tailored, and not otherwise served by less restrictive means. Section 1014.03, Florida Statutes. It is indisputable the School Board has a compelling interest in providing a safe environment for all its students and staff. The rapidly deteriorating local conditions described above from this deadly communicable disease support that finding. Moreover, the procedures are limited to only those grade levels severely impacted with a specific review and expiration date, and allows the use by parents of medical, IEP, or Section 504 opt-out documentation obtained in the 2020-2021 school year, to ensure it is narrowly tailored and not otherwise served by less restrictive means.

Additionally, assuming without conceding your office is authorized by section 1008.32, Florida Statutes, to investigate allegations of non-compliance with a Department of Health rule, the School Board of Indian River County is also in compliance with Rule 64DER21-12 adopted by the Florida Department of Health (DOH). The above procedure regarding mandatory face coverings for students allows parents to opt-out their student by following the steps in the procedure. The DOH rule does not state that the opt-out must be unlimited or otherwise prohibit the School Board from establishing reasonable parameters for the opt-out.

Thank you again for the opportunity to share the above information. Based on the above information, the School Board is not in violation of law or state board rule, and we respectfully request you withdraw your letter of investigation of the School Board of Indian River County.

Sincerely,

David K. Moore, Ed.D.
Superintendent
School District of Indian River County

1. CDC Data Tracker, COVID-19 Integrated County View, Indian River, Florida, Retrieved August 24, 2021 from https://covid.cdc.gov/covid-data-tracker/#county-view.
2. School District of Indian River County, COVID Data Dashboard 2021-2022, Retrieved August 24, 2021 & September 1, 2021 from https://app.powerbi.com/view?r=eyJrIjoiOTUwYjY5NDUtZThiNi00NzhlLThmNjYtNjE5YTBiZGZlMTdmIiwidCI6ImIxYTIxZDZiLWVkNmUtNDg2ZC04YjA4LTMzMGUwZGIzOGU2OCIsImMiOjF9&embedImage&pageName=ReportSection.
3. School District of Indian River County, COVID Data Dashboard 2020-2021 (Archived), Retrieved August 24, 2021.
4. Florida Department of Education, 2020-2021, Survey 2-Final Full-Time Staff, Retrieved August 24, 2021 from https://www.fldoe.org/accountability/data-sys/edu-info-accountability-services/pk-12-public-school-data-pubs-reports/staff.stml.
5. Florida Department of Education, EdStats, 2020-2021, Survey 3-Student Enrollment, Retrieved August 24, 2021 from https://edstats.fldoe.org/SASPortal/main.do.
6. St. Lucie Public Schools, COVID-19 2021-2022 Dashboard, Retrieved August 24, 2021 from https://www.stlucie.k12.fl.us/COVID/.
7. Martin County Schools, COVID Dashboard, Retrieved August 24, 2021 from https://app.powerbi.com/view?r=eyJrIjoiZTQ1YmVjOTYtMWQyNy00YzNlLTkzQTEtNjZjNTVjY2ZlZjkyIiwidCI6ImI2NDhhMWYwLTZiYWQtNDNmZi1iNzRiLWZlZTdmNGIxMWU5NSIsImMiOjF9.