# Exhibit – 18

**FLORIDA DEPARTMENT OF**

State Board of Education

Tom Grady, *Chair*
Ben Gibson, *Vice Chair*
*Members*
Monesia Brown
Marva Johnson
Ryan Petty
Andy Tuck
Joe York

—fldoe.org

Richard Corcoran
Commissioner of Education

August 9, 2021

Mr. Rocky Hanna
Superintendent
Leon County Schools
2757 West Pensacola Street
Tallahassee, FL 32304

Ms. Georgia Bowen
School Board Chair
Leon County Schools
2757 West Pensacola Street
Tallahassee, FL 32304

Dear Superintendent Hanna and Chair Bowen:

This letter is sent to express my grave concern regarding your district's significant neglect in response to the recently adopted Emergency Rule 64DER21-12 from the Florida Department of Health (FDOH). This order, issued on August 6, 2021, by the Florida Surgeon General, Dr. Scott Rivkees, is explicit in its expectations for ensuring that any mandated mask policies imposed by a district or school "must allow for a parent or legal guardian of the student to opt-out the student from wearing a face covering or mask." The emergency rule does not require parents to submit medical documentation from a physician or a nurse practitioner in order to opt out and any such requirement is inconsistent with the emergency rule. Your district's response, as noted in our conversation, and in recent letters sent to parents/guardians, as well as public statements made during press events this week indicate that you have no current intentions of complying with this order, which is intended to guarantee choice options to parents/guardians regarding their child while also protecting families and students federal and state protected rights to privacy.

Section 1008.32, Florida Statutes, states, "The State Board of Education shall oversee the performance of district school boards and the Florida College System institution board of trustees in enforcement of all laws and rules." Further, section 1008.32(2)(a), Florida Statutes, states that the "Commissioner of Education may investigate allegations of noncompliance with law or state board rule and determine probable cause."

Based on this authority established in law, I am immediately initiating an investigation of non-compliance with rules adopted by the Florida Department of Health and the Florida State Board of Education on August 6, 2021. In commencing this investigation, I am demanding that you provide a written response by 5:00 p.m. on Wednesday, August 11, 2021, documenting how your district is complying with FDOH rule 64DER21-12. Any failure to adequately document and substantiate full compliance with this rule will result in sanctions permitted under law in section 1008.32(4)(b), Florida Statutes.

Mr. Rocky Hanna/Ms. Georgia Bowen
August 9, 2021
Page 2

Depending on the facts presented, I may recommend to the State Board of Education that the Department withhold funds in an amount equal to the salaries for the Superintendent and all the members of the School Board.

There is no room for error or leniency when it comes to ensuring compliance with policies that allow parents and guardians to make health and educational choices for their children. Therefore, it is imperative that you work together as the Superintendent and the School Board to remedy this glaring non-compliance and report the resolution to the Florida Department of Education by 5:00 p.m. on Wednesday, August 11, 2021.

Again, if this matter is not addressed by submitting the documentation establishing compliance with the law, the maximum accountability measures provided for under the law will be imposed.

Sincerely,

*[signature]*

Richard Corcoran
Commissioner

BOARD CHAIR
Georgia "Joy" Bowen

BOARD VICE CHAIR
Darryl Jones



LEON COUNTY SCHOOLS

SUPERINTENDENT
Rocky Hanna

BOARD MEMBERS
Alva Swafford Striplin
Rosanne Wood
DeeDee Rasmussen

September 1, 2021

Commissioner Corcoran
Florida Department of Education
Turlington Building
325 West Gaines Street
Tallahassee, Florida 32399

    Re:    Response to August 27, 2021 Letter ("Letter")
            Regarding Department of Health Emergency
            Rule 64DER21-12 ("DOH Rule")

Dear Commissioner Corcoran:

Although we appreciate your "grave" concern regarding our technical compliance with the DOH Rule, our priority is protecting the health and safety of the over 34,000 students, 2,400 teachers and 4,300 employees in the Leon County Schools from a pandemic that has resulted in 43,979 deaths in Florida. So far this school year (from August 11 through August 31), we have had 532 students report a positive COVID-19 test (as opposed to 815 during the entire 2020-21 school year). Positivity rates in Leon County have been in the double digits since late July, and as of August 31, there were 141 patients with COVID-19 in Tallahassee Memorial Hospital, of which 8 are children (3 of whom are in the ICU). In August alone, we have lost 69 lives in Leon County, including two of our children.

We were very careful and deliberate in adopting our temporary, narrowly-tailored directive regarding masks and did our best to abide by all applicable guidelines, rules and laws, while advancing the district's compelling interest in protecting students, teachers and staff from a communicable, potentially deadly illness. Our decision was primarily based on the recommendations of the Centers of Disease

2757 W. Pensacola Street, Tallahassee, FL 32304 • Phone (850) 487-7100 • www.leonschools.net

*"The Leon County School District does not discriminate against any person on the basis of sex (including transgender status, gender nonconforming, and gender identity), marital status, sexual orientation, race, religion, ethnicity, national origin, age, color, pregnancy, disability, military status, or genetic information."*

**Building the Future Together**

Control ("CDC"), the American Academy of Pediatrics, and the American Medical Association, along with over 90% of the leading local pediatricians in Leon County. These experts clearly supported the need for the universal wearing of masks in pre-K through 8th grades (where most of the students are not eligible for vaccination), subject only to a written parental opt-out for health concerns (with a signature and medical stamp by a licensed physician or psychologist), and the wearing of masks in 9th through 12th grades subject to a written parental opt-out for health or individual freedom concerns (with no required medical certification). We note that the DOH Rule stresses the importance of in-person learning and says that "removing healthy students from the classroom for lengthy quarantines should be limited *at all costs*." The purpose of our mask directive is to mitigate the spread of COVID-19 cases in our schools and prevent the unnecessary removal of students as a result of infection or close contact with an infected person, enabling us to continue to keep our schools open.

In your press release on Monday, you stated that "elected officials cannot pick and choose what laws they want to follow." As noted below, we believe that we are following the DOH Rule based upon its actual language. In order for us to comply with your interpretation of the DOH Rule, we would need to ignore guidelines from the CDC, face federal lawsuits, and act contrary to the Florida Constitution and Florida Statutes. Thus, it is you that would be forcing us to "pick and choose" what laws to follow. Of course, federal law, the Florida Constitution and Florida Statutes all take precedence over a hastily enacted administrative rule.

## The DOH Rule

We believe that we are in compliance with the DOH Rule, which, as you wrote in the Letter, says that schools "must allow for a parent or legal guardian of the student to opt-out the student from wearing a face covering or mask." Although you are correct that the text of the DOH Rule "does not require parents to submit medical documentation in order to opt-out," it also does not prohibit school districts from requiring such documentation. The DOH Rule does not dictate the procedures that school districts must follow for the opt-out or the criteria that are to be applied. Each individual school district has to determine the appropriate procedures and criteria for its district based upon local conditions, which is what we have done. This is consistent with Article IX, Section 4 of the Florida Constitution, which vests the responsibility and authority to "operate, control and supervise all free public schools within the school district" with the local school board. We therefore respectfully disagree with your interpretation of the DOH Rule and assertion that we are not in compliance.

## Federal Guidelines and Law

In developing our mask directive, we focused on federal CDC guidelines, as updated on August 4, 2021:

2

Due to the circulating and highly contagious Delta variant, CDC recommends *universal indoor masking by all students* (age 2 and older), staff, teachers, and visitors to K-12 schools, regardless of vaccination status.

https://www.cdc.gov/coronavirus/2019-ncov/community/schools-childcare/k-12-guidance.html. This same guidance was given by the American Academy of Pediatrics and the American Medical Association. On August 9, we also received a letter from Dr. Thomas Truman, co-signed by over 90% of the leading local pediatricians in Leon County, calling for masks to be worn by all pre-k through twelfth grade students.

In addition, as you are aware, several lawsuits have been filed throughout Florida by parents of disabled students asserting that school districts would violate the federal Individuals with Disabilities Education Act, the Americans with Disabilities Act and Section 504 of the Rehabilitation Act (the "Federal Disabilities Laws") if they follow your interpretation of the DOH Rule. Although we are not taking any position as to the merits of the claims brought in the lawsuits, following your interpretation of the DOH Rule would potentially expose us to federal liability for violating the Federal Disabilities Laws, as well as require that we ignore CDC guidelines.

## The Florida Constitution

Article IX, Section 1(a) of the Florida Constitution requires us to provide a "uniform, efficient, *safe*, secure, and high quality system of free public schools . . ." The requirement that a mask be worn by all students, staff and visitors prevents the spread of the COVID-19 virus as well as ensuring the safety of the mask wearer and also to. This is necessary to provide a "safe" environment for all students.

## Florida Statutes

Your interpretation of the DOH Rule is also inconsistent with two Florida Statutes.

In the latest legislative session, section 252.36(1)(c), Florida Statutes, was amended to add the following language:

> The Legislature intends that, during an extended public health emergency, such as the COVID-19 pandemic, there should be a presumption that K-12 public schools, to the greatest extent possible, should remain open so long as the health and safety of students and school personnel can be maintained by *specific public health mitigation strategies recommended by federal or state health agencies for educational settings.*

3

As noted above, the federal guidelines issued by the CDC have recommended universal wearing of face masks in schools by students, teachers and visitors, and the Legislature has expressly indicated its intent that we follow those mitigation strategies in order to keep our schools open.

Also in the last legislative session, the Legislature enacted Chapter 1014, Florida Statutes, entitled the Parents' Bill of Rights. The mask opt-out provision in the DOH Order was based upon this statute. However, section 1014.03 expressly *allows* school districts and other local governments to infringe upon parental rights if it can demonstrate "that such action is reasonable and necessary to achieve a compelling state interest and that such action is narrowly tailored and is not otherwise served by a less restrictive means." That is precisely the situation here. The protection of students from COVID-19 by mitigating the spread of the virus is undoubtedly a compelling state interest.

Our directive is also narrowly tailored and cannot be done through less restrictive means. Our decision to implement our mask directive was not something that we took lightly. In fact, notwithstanding our fears regarding the increasing COVID-19 cases and the Delta variant, we began the school year on Wednesday, August 11 allowing parental opt-out for any reason for all grades. Unfortunately, during the first eight days of school, it became clear that the COVID-19 situation was far worse than we feared, with a large number of students reporting that they tested positive and an increasing positivity rate in Leon County. On August 21, a third grade student from one of our elementary schools died from COVID-19. Accordingly, beginning on August 23, we limited the ability for opt-outs in pre-k through 8th grades to health concerns attested to by a licensed physician or psychologist. We believe that our mask directive is a reasonable and necessary means to achieve our compelling interest in mitigating the deadly effects of COVID-19, and we narrowly tailored the directive by making it temporary and allowing opt-outs for pre-k through 8th grades for health concerns, and 9th through 12th grades for health and individual freedom concerns.[1]

As I am sure you are aware, Judge John C. Cooper, in *McCarthy v. DeSantis*, Case. No. 21-CA-001382 (Fla. 2nd Cir. Ct.), ruled verbally from the bench on Friday, August 27, that enforcement of the DOH Rule violates section 1014.03. The court advised that it was enjoining enforcement of, and declaring null and void, any rule, policy, or enforcement action stemming from Executive Order 21-175, which would include the DOH Order. Judge Cooper indicated that he would be entering a written order this week.

Accordingly, for us to follow your interpretation of the DOH Rule, we would need to violate both of these newly enacted Florida Statutes.

---

[1] Moreover, the wearing of a mask is not a parental choice related to the health of a child; rather, it is a choice related to the health of every other student and teacher who may come in contact with the child.

4

## The DOH Rule is Not Valid

Finally, as you are also aware, petitions have been filed in the Third and Fourth District Courts of Appeal challenging the emergency nature by which the DOH Rule was enacted. The only stated justification for the alleged immediate danger to public health, safety and welfare (namely, the spread of COVID-19) does not support the portion of the DOH Rule relating to mask opt-outs. There was no immediate health or safety danger related to infringement of parental rights. Thus there was no reason that the mask opt-out provision could not have been promulgated through the normal, non-emergency rule-making process, with full public notice, input and transparency. We also understand that other challenges to the rule before the Division of Administrative Hearings are forthcoming, including claims that the mask opt-out portion of the rule is an invalid exercise of delegated legislative authority under section 120.52(8), Florida Statutes.

## Conclusion

Based upon the foregoing, it is our belief that we are in compliance with the DOH Rule. We also believe that following your interpretation of the DOH Rule would be contrary to federal CDC guidance, expose us to lawsuits under various Federal disability laws, and violate the Florida Constitution and Florida Statutes. Accordingly, we respectfully request that you refrain from any enforcement actions.[2]

Sincerely,

*Rocky Hanna*
Rocky Hanna
Superintendent
Leon County Schools

*Georgia Joy Bowen*
Mrs. Georgia M. Bowen
School Board Chair
The School Board of Leon County, Florida

---

[2] Any position expressed in this response is without prejudice to or limitation of any legal positions we may adopt in other legal proceedings.

5