IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JUDITH ANNE HAYES, individually
and on behalf of W.H., a minor, *et al.*

             CASE NO: 1:21-cv-22863-KMM

  Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; *et al.*,

  Defendants.

_____/

**FOURTH NOTICE OF FILING IN SUPPORT OF PLAINTIFFS' AMENDED MOTION
FOR PRELIMINARY INJUNCTION [DE 17]**

  COMES NOW, Plaintiffs, JUDITH ANNE HAYES, individually and on behalf of W.H.,

a minor, et al., by and through the undersigned counsel, and h, by and through the undersigned

counsel, and hereby files the Order quashing the trial court's vacatur of the automatic stay imposed

in Scott v. DeSantis in 2021-CA-1382, attached hereto as Exhibit A - most notably:

> Upon our review of the trial court's final judgment and the operative pleadings, we
> have serious doubts about standing, jurisdiction, and other threshold matters. These
> doubts significantly militate against the likelihood of the appellees' ultimate
> success in this appeal.

With regards to the consideration of Plaintiffs' Motion for Preliminary Injunction, Plaintiffs

respectfully requests that this Court take judicial notice of the attached, as well as the additional

arguments on the dispositive issues of administrative conditions in response to the State

Defendants' Motion to Dismiss, in ECF 88.

Respectfully submitted this 10th day of September 2021.

          By: /s/*Matthew W. Dietz*_____
          Matthew W. Dietz, Esq.
          Florida Bar No. 84905

Stephanie Langer, Esq.
Florida Bar No. 149720
2990 Southwest 35th Avenue
Miami, Florida 33133
T: (305) 669-2822 / F: (305) 442-4181
slanger@justDIGit.org
mdietz@justdigit.org
aa@justdigit.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 10th , 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: /s/*Matthew W. Dietz*_____
Matthew W. Dietz, Esq.
Florida Bar No. 84905
Stephanie Langer, Esq.
Florida Bar No. 149720
2990 Southwest 35th Avenue
Miami, Florida 33133
T: (305) 669-2822 / F: (305) 442-4181
slanger@justDIGit.org
mdietz@justdigit.org
aa@justdigit.org