IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JUDITH ANNE HAYES, individually
and on behalf of W.H., a minor, *et al*.

      CASE NO: 1:21-cv-22863-KMM

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; *et al*.,

    Defendants.
_____/

## FIFTH NOTICE OF FILING IN SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION [DE 17]

COMES NOW, Plaintiffs, JUDITH ANNE HAYES, individually and on behalf of W.H., a minor, et al., by and through the undersigned counsel, and hereby files in support of Plaintiffs' Amended Motion for Preliminary Injunction [DE-17], Order Granting Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [DE-32], in the U.S. District Court for the Southern District of Iowa, The Arc of Iowa v. Reynolds, Case No.: 21-CV-00264-RP-SBJ, attached hereto as "Exhibit A".

Respectfully submitted this 13th day of September 2021.

By: /s/*Matthew W. Dietz*_____
Matthew W. Dietz, Esq.
Florida Bar No. 84905

Hayes. v. DeSantis<br>
Case No.: 1:21-cv-22863-KMM<br>
Page 2 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13th, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

                                                                                                                By: /s/*Matthew W. Dietz*
Matthew W. Dietz, Esq.
Florida Bar No. 84905
Stephanie Langer, Esq.
Florida Bar No. 149720
2990 Southwest 35th Avenue
Miami, Florida 33133
T: (305) 669-2822 / F: (305) 442-4181
slanger@justDIGit.org
mdietz@justdigit.org
aa@justdigit.org