**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:21-cv-22863-KMM**

**Judith Anne Hayes, individually and on behalf of W.H., a minor, *et al.*,**

    **Plaintiffs,**

v.

**Governor Ronald Dion DeSantis, in his official capacity as Governor of the State of Florida, *et al.*,**

    **Defendants.**
_____/

**DEFENDANT SCHOOL BOARD'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT SCHOOL BOARD'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant, The School Board of Miami-Dade County, Florida ("Defendant" or "School Board"), by and through its undersigned counsel and pursuant to Local Rule 7.1, hereby files its Reply to Plaintiffs' Response to Defendant's Motion to Dismiss Plaintiffs' Complaint ("Response") (ECF No. 92), and as grounds thereof states as follows:

Plaintiffs essentially present two grounds in arguing for the Court's denial of the School Board's Motion to Dismiss: 1) they do not need to exhaust their administrative remedies under IDEA; and 2) the case is not moot, mainly because the Miami-Dade County School District's requirement that students were facial coverings or masks while on school grounds is only temporary and may be subject to

the State's enforcement of the Governor's Executive Order proscribing mask requirements in schools.

With regard to the exhaustion issue, as argued in the School Board's Motion, the failure to exhaust administrative remedies is a proper basis for dismissal of Plaintiffs' Complaint under a "Rule 12(b)(6) motion to dismiss for failure to state a claim upon which relief may be granted." *Jones v. Bank of Am.*, 985 F. Supp. 2d 1320, 1325 (M.D. Fla. 2013). Furthermore, this Court has already ruled that because Plaintiffs' Complaint is generally based on a claim of Free Appropriate Public Education ("FAPE") under the Individual with Disabilities in Education Act ("IDEA"), Plaintiffs must exhaust their administrative remedies before seeking federal court intervention. As this Court noted in its "Order Denying Preliminary Injunction": "The IDEA's existence is a recognition that it would be ill-advised for a federal court to wade into the waters of localized education without at least affording state or local officials an opportunity to: (1) first attempt to remedy the problem, and (2) develop a record for a federal court's subsequent review." *See, e.g., N.B. by D.G. v. Alachua Cty. Sch. Bd.*, 84 F.3d 1376, 1379 (11th Cir. 1996); *see* (ECF No. 98) at 23.

With respect to the issue of mootness, while the School Board agrees that its facial coverings policy is temporary and is guided by recommendations of its Medical Task Force and those of its local Health Department, and that it has been threatened by the State Department of Education with financial penalties—as Plaintiffs point out in their Response—the School Board has steadfastly decided to adhere to its decision in spite of this pressure and has challenged the State Department of Health's

Emergency Rule, before both the Division of Administrative Hearings and through an Emergency Petition to Florida's Third District Court of Appeal. Irrespective of this pressure and related litigation, the only legal remedy that Plaintiffs have sought as it pertains to the School Board, the requirement that students wear facial coverings on school grounds, has already been provided. To that end, this matter is moot. As the Eleventh Circuit Court of Appeals has held, "[i]f events that occur subsequent to the filing of a lawsuit or an appeal deprive the court of the ability to give the plaintiff or appellant meaningful relief, then the case is moot and must be dismissed." *Al Najjar v. Ashcroft,* 273 F.3d 1330, 1335 (11th Cir. 2001).

## **CONCLUSION**

As Plaintiffs admit in their Complaint, the Miami-Dade School Board is "an indispensable but *not adverse* party," *see* Compl. (ECF No.1) ¶ 32 (emphasis added). In so far as Plaintiffs may have had any claims against the School Board, those matters have now been rendered moot by the School Board's action requiring that all students wear facial coverings or masks while on school grounds.

Even assuming that Plaintiffs' purported claims against the Miami-Dade School Board have not been rendered moot, those claims appear to be rooted in the IDEA, which requires, as this Court has already ruled, that Plaintiffs first exhaust their administrative remedies. As such, the Miami-Dade School Board respectfully requests that any claims purportedly being asserted against it in Plaintiffs' Complaint be dismissed.

**Dated: September 20, 2021.**

Respectfully submitted,

Walter J. Harvey
School Board Attorney
The School Board of Miami-Dade
County, Florida
1450 NE 2nd Avenue, Suite 430
Miami, Florida 33132

*/s/ Luis M. Garcia*
LUIS M. GARCIA, ESQ.
Deputy Asst. School Board Attorney
FBN: 969869
E-mail: lmgarcia2@dadeschools.net

*/s/ Sara M. Marken*
SARA M. MARKEN, ESQ.
Asst. School Board Attorney
FBN: 72134
E-mail: smarken@dadeschools.net

*/s/ Jordan A. Madrigal*
JORDAN A. MADRIGAL, ESQ.
Asst. School Board Attorney
FBN: 1017898
E-mail: jordanmadrigal@dadeschools.net

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this date on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner.

**Stephanie Langer**
Disability Independence Group, Inc.
2990 SW 35th Avenue
Miami, Florida 33133
305-669-2822
slanger@langerlawpa.com

**Matthew Wilson Dietz**
2990 SW 35th Avenue
Miami, Florida 33133
305-669-2822
mdietz@justdigit.org

**Lee A. Peifer**
Eversheds Sutherland (US) LLP
900 Peachtree Street, N.E., Suite 2300
Atlanta, Georgia 30309
404-853-8000
leepeifer@eversheds-sutherland.com

**Raymond Frederick Treadwell**
Executive Office of the Governor
Office of the General Counsel
400 South Monroe Street
The Capitol, Suite 209
Tallahassee, Florida 32399
850-488-9810
Ray.treadwell@eog.myflorida.com

**Rocco E. Testani**
Evershed Sutherland (US) LLP
999 Peachtree Suite NE, Suite 2300
Atlanta, Georgia 30309
404-853-8000
roccotestani@eversheds-sutherland.com

**Stacey M. Mohr**
Evershed Sutherland (US) LLP
999 Peachtree Street, Suite 2300
Atlanta, Georgia 30309
404-853-8004
staceymohr@eversheds-sutherland.com

**Anastasios Ioannis Kamoutsas**
Dade County Police Benevolent Association
371 NE 117th Street
Miami, Florida 33161
anaskam@mail.regent.edu

**Jason L. Margolin**
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
813-209-5009
Jason.margolin@akerman.com

**Melissa Torres**
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Melissa.torres@akerman.com

**Zarra Ramirez Elias**
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Zarra.elias@akerman.com

**Jon Erik Bell**
School District of Palm Beach County
3300 Forest Hill Boulevard, Rm C-323
West Palm Beach, Florida 33406
561-434-8500
Jon.bell@palmbeachschools.org

**Laura Esterman Pincus**
3318 Forest Hill Boulevard, Suite C-331
West Palm Beach, Florida 33406
561-434-8748
Laura.pincus@palmbeachschools.org

**Amy J. Pitsch**
Greenspoon Marder Law
201 E. Pine Street, Suite 500
Orlando, Florida 32801
407-425-6559
agoddard@orlandolaw.net

**Lisa A. Carmona**
Office of General Counsel
Palm Beach County School District
3320 Forest Hill Boulevard, Suite 331
West Palm Beach, FL 33406
561-434-8500
Lisa.carmona@palmbeachschools.org

**Patricia Morales Christiansen**
A. Patricia M. Christiansen, P.A.
Office of the General Counsel
3318 Forest Hill Boulevard, Suite C-331
West Palm Beach, Florida 33406
561-434-8746
Anna.morales@palmbeachschools.org

**Sean Christian Fahey**
The School District of Palm Beach County
3300 Forest Hill Boulevard, Suite C-331
West Palm Beach, Florida 33406
561-434-8105
Sean.fahey@palmbeachschools.org

**Michael Thomas Burke**
Johnson Anselmo Murdoch Burke Piper & Hochman PA
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
954-463-0100
burke@jambg.com

**Dennis John Alfonso**
McClain Alfonso PA
37908 Church Avenue
Dade City, Florida 33525
352-567-5636
dalfonso@mcclainalfonso.com