UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-CV-22863-KMM

JUDITH ANNE HAYES, individually and on behalf
of W.H., a minor, et. al.,

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in
his official Capacity as Governor of the State of
Florida, et. al.,

    Defendants.
_____/

### DEFENDANT SCHOOL BOARD OF ALACHUA COUNTY'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant School Board of Alachua County ("Alachua School Board"), by and through undersigned counsel, replies in support of its Motion to Dismiss Plaintiffs' Complaint and states the following:

Defendant Alachua School Board, the School Board of Orange County, and the School Board of Pasco County all filed the same or similar Motions to Dismiss in relation to issues of venue.[1] Plaintiffs filed a Response to Defendants' Orange and Pasco School Board's Motions to Dismiss. (Doc. 91). However, when Plaintiffs filed their response to Alachua School Board's Motion to Dismiss, they included an additional argument stating, "SBAC is not disputing her standing, exhaustion of her remedies or the relief that she wants, only the venue." (Doc. 100 at p.2). Through their response, the Plaintiffs misconstrue and misrepresent the Alachua School Board's argument.

---

[1] Similarly, the other School Boards outside the Southern District Court (Hillsborough County and Volusia County) also argued venue as a basis for the Motions to Dismiss Plaintiffs' Complaint.

1

In Alachua School Board's Motion to Dismiss, just like the School Board of Orange County, it reserved its right to assert arguments such as failure to exhaust administrative remedies and other substantive grounds for dismissal upon resolution of the threshold venue issue. (*See* Doc. 79 at p.3; *see also* Doc. 65 at p.7). As such, the Alachua School Board would respectfully direct the Court to its Motion to Dismiss and arguments stated within its Motion to Dismiss, and not Plaintiffs' misrepresentations of the Alachua School Board's arguments.

Dated: September 24, 2021.

        Respectfully submitted,

        **DELL GRAHAM, P.A.**

        /s/ Natasha S. Mickens
        David M. Delaney
        Florida Bar No.: 121060
        david.delaney@dellgraham.com
        Natasha S. Mickens
        Florida Bar No.: 0112709
        natasha.mickens@dellgraham.com
        2631 NW 41st Street, Building B
        Gainesville, FL 32606
        (352) 416-0066
        Secondary email:
        elizabeth.whisler@dellgraham.com
        leann.campbell@dellgraham.com
        Attorneys for School Board of
        Alachua County

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24rd day of September, 2021, a true and correct copy of the foregoing was served via the Court's CM/ECF system all counsel of record.


**DELL GRAHAM, P.A.**

<u>/s/ Natasha S. Mickens</u>
David M. Delaney
Florida Bar No.: 121060
david.delaney@dellgraham.com
Natasha S. Mickens
Florida Bar No.: 0112709
natasha.mickens@dellgraham.com
2631 NW 41st Street, Building B
Gainesville, FL 32606
(352) 416-0066
Secondary email:
elizabeth.whisler@dellgraham.com
leann.campbell@dellgraham.com
Attorneys for School Board of Alachua County