IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf
of W.H., a minor, et. al.,

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; et.al.,

    Defendants.

_____/

## THIRD DECLARATION OF ALISHA TODD

COMES NOW, Alisha Todd and pursuant to 28 U.S.C. § 1748, declares under penalty of perjury that the foregoing is true and correct:

1. My name is Alisha Todd, and I am over 18 years old and have personal knowledge of the facts as stated herein.

2. I am a resident of Palm Beach County, Florida.

3. I have a 10-year-old son, J.T., who attends the Palm Beach School for Autism Palm Beach County. My son is not eligible for a vaccine.

4. Following the new regulation relating to allowing children who have been exposed to COVID-19, I am attempting to try to get my son out of an Access Points curriculum and finding a safe way to go back to school.

5. We had an IEP meeting on September 27th with our private council, Palm Beach County School Board council Laura Pincus, Hospital Homebound Representatives, our zoned school and my son's former school.

6. At the meeting the team agreed to move him off of the access points curriculum. We initially had been discussing having him attend Discovery Key elementary school in person in a closed Autism unit.

7. When we asked if there was an appropriate classroom for him that the children would all be masked, Palm Beach County School Board attorney stated, "You need to assume that

       all children in his room are unmasked and COVID positive due to the governor's executive orders."

8. At which point we stated we were not at all comfortable with that and the county advised that we should apply for Palm Beach County Virtual School.

9. We spent Thursday and Friday trying to get in touch with someone from the school and our calls went unanswered.

10. This morning Monday September 27th both my husband and I spoke with the guidance counselor at PBCVS, Janelle Holly, and she informed us that enrollment was closed for the year and Palm Beach County Virtual School would not be allowing my son access. She then explained we had two options: pull him out of school and homeschool him ourselves or send him in person to our zoned school.

11. At that point we contacted our attorney and she advised that we should explore other options which were as follows:

    a. Florida Connections Academy is closed for registration this year.
    b. Edgenuity is not accepting students
    c. Edmentum is closed for registration
    d. FLVS is closed for the year to application
    e. K12Florida is not accepting applications
    f. Mater Virtual Academy - Requires 8 hours of in-person coach/parent/neighbor to be available.
    g. Somerset Virtual Academy - open for 6th grade and above. Applied to see if there were any openings for 5th grade.

12. We had also previously looked into many private school options and all we were able to locate were closed and did not have space available for our son. Currently we have reached out to the county to figure out other available options if there are any and are waiting to hear back.

13. As of today, my son has no educational options, and I am extremely distraught.

FURTHER DECLARANT SAYETH NAUGHT.

*alisha Todd*
Alisha Todd

9/27/2021
Date