<u>DECLARATION DR. RYAN CANTVILLE, D.O.</u>

COMES NOW, Declarant RYAN CANTVILLE, D.O., and pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury is true and correct:

1. I am over the age of 18 and a United States citizen.

2. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and, if called as a witness, I could and would competently testify thereto.

3. I am a Board-Certified Pediatrician and I practice in Jacksonville Florida. Attached as Exhibit "A" is my curriculum vitae.

4. I was asked to provide an additional declaration regarding the Department of Health's September 22, 2021 changes to its protocols for students who have been exposed to COVID-19, the implications of those changes for the Executive Order prohibiting universal mask policies in schools, and an update as to the information from the previous declaration.

**I.    September 22, 2021 Change to Protocols for Students Who Have Been Exposed to COVID-19**

5. On August 6, 2021, the Florida Department of Health ("FDOH") issued an Emergency Rule provided the following:

PROTOCOLS FOR STUDENTS WITH EXPOSURE TO COVID-19. Students who are known to have been in direct contact with an individual who received a positive diagnostic test for COVID-19 should not attend school, school-sponsored activities, or be on school property until:

(a)    The student is asymptomatic and receives a negative diagnostic COVID-19 test after four days from the date of last exposure to the COVID-19 positive individual; or

(b)    The student is asymptomatic and seven days have passed since the date of last exposure to the COVID-19 positive individual.

(c)    If a student becomes symptomatic following exposure to an individual that has tested positive for COVID-19, the student should follow the [Protocols for Symptomatic or COVID-19 Positive Students].

DocuSign Envelope ID: CBB2738B-952A-4264-BA6E-B21ABE625237

6.      On September 21, 2021, six days after the Court issued its order denying Plaintiffs' motion for a preliminary injunction in this case, Dr. Joseph Ladapo was appointed as Florida Surgeon General. The following day, FDOH issued a new Emergency Rule replacing the protocols for students with exposure to COVID-19 as follows:

> PROTOCOLS FOR STUDENTS WITH EXPOSURE TO COVID-19. Schools shall allow parents or legal guardians the authority to choose how their child receives education after having direct contact with an individual that is positive for COVID-19:
>
> (a)    Parents or legal guardians of students who are known to have been in direct contact with an individual who received a positive diagnostic test for COVID-19 may choose one of the following options:
>
> 1. Allow the student to attend school, school-sponsored activities, or be on school property, without restrictions or disparate treatment, so long as the student remains asymptomatic; or
>
> 2. Quarantine the student or a period of time not to exceed seven days from the date of last direct contact with an individual that is positive for COVID-19
>
> (b)    If a student becomes symptomatic following exposure to an individual that has tested positive for COVID-19, the student should follow the [Protocols for Symptomatic of COVID-19 Positive Students].

## II.    Analysis of the Impact of the September 22, 2021 Change on the Harm to Plaintiffs from Executive Order 21-175

7.      The September 22, 2021 change will significantly increase the risks posed by Executive Order 21-175's prohibition on universal mask policies in school.

8.      This risk is particularly high for immunocompromised children and children with other medical conditions placing them at heightened risk of severe complications from contracting COVID-19. I understand this includes, at a minimum, Plaintiff R.K. (who is immunocompromised), Plaintiff J.D.-F. (who has kidney disease), Plaintiff P.T. (who breathes through a tracheotomy tube), and Plaintiffs L.M., D.B., and Q.C. (who have severe asthma).

9.      Without masking and with the presence of asymptomatic individuals who have been in close contact with known COVID carriers, there is no safe way for children with such high risk factors to attend school in person.

10.     This will increase the need for Plaintiffs to attend school remotely, which will impair their educational development.

11.     To explain the basis for these conclusions, I will be relying on the work of AAP, of which I am a member, and what AAP has done to develop its Interim Guidances (and particularly its Interim Guidances on Face Masks[1] and Safe Schools[2]), the transmissibility and severity of COVID-19, AAP's and CDC's recommendations on quarantine and masking, and the medical literature underlying that guidance.

**A.  Overview of AAP's Public Health Guidance**

12.     The American Academy of Pediatrics was founded in 1930 and is a national, not-for-profit professional organization dedicated to furthering the interests of child and adolescent health. The AAP's membership includes more than 67,000 primary care pediatricians, pediatric medical subspecialists, and pediatric surgical specialists.

13.     One of the AAP's chief functions is to provide evidence-based guidance to America's pediatric professionals and public health officials, thereby helping our members and policymakers improve the health of all children. To do so, the AAP issues Policy Statements that report the most up-to-date, evidence-based expert consensus on key issues of pediatric practice and public health.

14.     The AAP Policy Statements are written by pediatrician leaders of the AAP Sections, Committees, and Councils, who undertake a comprehensive review of the medical literature and available data on the topic at hand. They are then peer-reviewed by experts across the AAP and approved by the AAP's executive staff and board of directors.

---

[1] *Face Masks*, AAP, https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/cloth-face-coverings/ (attached as Exhibit B).

[2] *COVID-19 Guidance for Safe Schools*, AAP, https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/covid-19-planning-considerations-return-to-in-person-education-in-schools/ (attached as Exhibit C).

DocuSign Envelope ID: CBB2738B-952A-4264-BA6E-B21AE625237

15.    All pediatricians recognize and are seriously concerned about the impact on children of not being able to attend school in person. There is extensive evidence that the long-term loss of in-person education can negatively affect children's cognitive, educational, and social development, as well as children's short and long-term mood, behavior, and mental health.[3] Children with special needs suffer the additional loss of access to educational support structures, school-based therapies, school meals, and school-based professionals who are often the front-line identifiers of special needs.[4]

16.    Based on the AAP's expert review of the scientific literature and the guidance outlined by the World Health Organization ("WHO"), United Nation's Children's Fund ("UNICEF"), and Centers for Disease Control and Prevention ("CDC"), along with our team's collective centuries of experience as pediatricians, the AAP concluded that "[e]verything possible must be done to keep students in schools in-person." (Ex. B at 2.) This is because "[s]chools and school-supported programs are fundamental to

---

[3] *See, e.g.*, Jorge V. Verlenden, et al., *Association of Children's Mode of School Instruction with Child and Parent Experiences and Well-Being During the COVID-19 Pandemic—COVID Experiences Survey, United States, October 8–November 13, 2020*, 70 Morbidity & Mortality Weekly Rep. 369 (2021), https://www.cdc.gov/mmwr/volumes/70/wr/mm7011a1.htm?s_cid=mm7011a1_w; Dimitri A. Christakis, et al., *Estimation of U.S. Children's Educational Attainment and Years of Life Lost Associated with Primary School Closures During the Coronavirus Disease 2019 Pandemic*, 3 J. Am. Med. Ass'n Network Open e2028786 (2020), https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2772834; Meira Levinson, et al., *Reopening Primary Schools During the Pandemic*, 383 New Eng. J. Med. 981 (2020), https://www.nejm.org/doi/full/10.1056/NEJMms2024920; Megan Kuhfeld, et al., *Projecting the Potential Impact of COVID-19 School Closures on Academic Achievement*, 49 Educ. Researcher 549 (2020), https://journals.sagepub.com/doi/full/10.3102/0013189X20965918; Emma Dorn, et al., *COVID-19 and Student Learning in the United States: The Hurt Could Last a Lifetime*, McKinsey & Co. (June 1, 2020), https://www.mckinsey.com/industries/public-and-social-sector/our-insights/covid-19-and-student-learning-in-the-united-states-the-hurt-could-last-a-lifetime.

[4] Ramkumar Aishworiya & Ying Qi Kang, *Including Children with Developmental Disabilities in the Equation During this COVID-19 Pandemic*, 51 J. Autism & Dev. Disorders 2155 (2021), https://link.springer.com/article/10.1007%2Fs10803-020-04670-6; Amy Houtrow, et al., *Children with disabilities in the United States and the COVID-19 pandemic*, 13 J. of Pediatric Rehabilitation Med., 415, 415-24 (2020), *available at* https://content.iospress.com/articles/journal-of-pediatric-rehabilitation-medicine/prm200769.

DocuSign Envelope ID: CBB2738B-952A-4261-BA6E-B21ABE625227

child and adolescent development and well-being and provide our children and adolescents with academic instruction; social and emotional skills, safety, reliable nutrition, physical/occupational/speech therapy, mental health services, health services, and opportunities for physical activity, among other benefits." (*Id.*) By contrast, "[r]emote learning highlighted inequities in education, was detrimental to the educational attainment of students of all ages, and exacerbated the mental health crisis among children and adolescents." (*Id.*)

17.     The initial Interim Guidance, developed in the spring of 2020, were drafted and reviewed by a number of internal committees with expertise across pediatric disciplines, including school health, infectious disease, environmental health, developmental pediatrics, and mental health. The drafters reviewed dozens of articles and available data to determine whether and how children could safely attend school during the pandemic.

18.     Since that time, the AAP has continued to refine its Interim Guidance Statements. The AAP has now issued Interim Guidance Statements on several topics related to COVID-19, including guidance on when and how pediatricians should test patients for COVID-19;[5] on providing clinical care to patients with COVID-19;[6] on treating post-COVID conditions;[7] on how to safely provide routine medical care such as check-ups, screenings, laboratory exams, treatment, and immunizations during the COVID-19 pandemic;[8] on caring for youth with special health needs during the COVID-

---

[5] *COVID-19 Testing Guidance*, AAP, https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/covid-19-testing-guidance/.

[6] *COVID-19 Interim Guidance*, AAP, https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/.

[7] *Post-COVID-19 Conditions in Children and Adolescents*, AAP, https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/post-covid-19-conditions-in-children-and-adolescents/.

[8] *Guidance on Providing Pediatric Well-Care During COVID-19*, AAP, https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/guidance-on-providing-pediatric-well-care-during-covid-19/.

DocuSign Envelope ID: CBB2738B-952A-4261-BA5E-B21AE5625237

19 pandemic;[9] on supporting the emotional and behavioral health needs of children, adolescents, and families during the COVID-19 pandemic;[10] and, most relevant to this case, on the use of face masks as an infection control measure[11] and on operating safe schools during the COVID-19 pandemic that foster the overall health of children, adolescents, educators, staff, and communities.[12]

19.    Most relevant to this case are the AAP Interim Guidances on Face Masks[13] and Safe Schools.[14] These statements were first issued in the spring of 2020, and have been continually reviewed and updated since that time to ensure that they reflect the best medical understanding and current scientific evidence of COVID-19, including its transmission and health effects. By this point the AAP's experts have reviewed hundreds of articles related to the efficacy and safety of masks, as well as their effects (or lack thereof) on the cognitive, social, and psychological development of children. The following discussion is based principally on the current (summer 2021) iterations of these interim guidance documents.

**B.  COVID-19 Is a Serious Childhood Illness**

---

[9] *Caring for Children and Youth with Special Health Needs During the COVID-19 Pandemic*, AAP, https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/caring-for-children-and-youth-with-special-health-care-needs-during-the-covid-19-pandemic/.

[10] *Interim Guidance on Supporting the Emotional and Behavioral Health Needs of Children, Adolescents, and Families During the COVID-19 Pandemic*, AAP, https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/interim-guidance-on-supporting-the-emotional-and-behavioral-health-needs-of-children-adolescents-and-families-during-the-covid-19-pandemic/.

[11] *Face Masks*, AAP, https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/cloth-face-coverings/.

[12] *COVID-19 Guidance for Safe Schools*, AAP https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/covid-19-planning-considerations-return-to-in-person-education-in-schools/.

[13] *Face Masks*, AAP, https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/cloth-face-coverings/.

[14] *COVID-19 Guidance for Safe Schools*, AAP, https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/covid-19-planning-considerations-return-to-in-person-education-in-schools/.

DocuSign Envelope ID: CBB2738B-952A-4264-BA5E-B21AB5625227

20.     The AAP and the Children's Hospital Association have collaborated throughout the pandemic to collect and share all publicly available data from states on COVID-19 cases among children.[15] As of September 16, 2021, there had been more than 5.5 million diagnosed cases of COVID-19 among children, more than 15% of the reported total of COVID-19 cases. This amounts to a rate of 7,332 cases per 100,000 children in the population.

21.     The Delta variant is even more transmissible than previous strains of COVID-19. The CDC has found that it is more than twice as contagious as previous variants.[16] Of the five studies estimating the basic reproductive number for the Delta variant—that is, how many people without immunity will be infected on average by a carrier of the virus—the mean finding was that each carrier would infect more than five people on average.[17] By comparison, the basic reproductive number in influenza epidemics is typically below two; the highest estimate even for the 1918 flu pandemic is 2.27,[18] less than half that of the Delta variant.

22.     Due to the prevalence of the Delta variant, the return to schools, and the existence of policies prohibiting schools from requiring masks, the rate of COVID-19

---

[15] *Children and COVID-19: State-Level Data Report*, AAP, https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/children-and-covid-19-state-level-data-report/. The data is updated weekly; all references to the data in this declaration are current as of the September 16, 2021 report, which is available at https://downloads.aap.org/AAP/PDF/AAP%20and%20CHA%20-%20Children%20and%20COVID-19%20State%20Data%20Report%209.16%20FINAL.pdf. The numbers in the report represent cumulative counts since states began reporting. The data are based on how public agencies collect, categorize, and publicly post information. All data reported by state/local health departments are preliminary and subject to change and reporting may change over time. States may have additional or more up-to-date information on their web sites.

[16] *See Delta Variant: What We Know About the Science*, CDC (Aug. 26, 2021), https://www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html.

[17] Ying Liu & Joacim Rocklöv, *The Reproductive Number of the Delta Variant of SARS-CoV-2 Is Far Higher Compared to the Ancestral SARS-CoV-2 Virus*, J. Travel Med. (Aug. 9, 2021), https://pubmed.ncbi.nlm.nih.gov/34369565/.

[18] Matthew Biggerstaff, et al., *Estimates of the Reproduction Number for Seasonal, Pandemic, and Zoonotic Influenza: A Systematic Review of the Literature*, 14 BMC Infectious Diseases 480 (2014), https://bmcinfectdis.biomedcentral.com/articles/10.1186/1471-2334-14-480.

DocuSign Envelope ID: CBB2738B-952A-4264-BA5E-B21AE625237

is skyrocketing among both children and adults. The prevalence of pediatric COVID-19 has skyrocketed since the school year began, with 20% of all child cases since the beginning of the pandemic diagnosed between August 13 and September 16.

23.     As the rate of COVID-19 has soared, so has the number of serious cases; just among the 24 states and 1 city that report child hospitalizations, more than 3,200 children were hospitalized due to COVID-19 between August 13 and September 16, more than 5% of the total child hospitalizations to date.[19] As the CDC has said, "weekly rates of hospitalizations due to COVID-19 have recently increased in children ages 11 years" and are now "the highest they have been since the start of the pandemic."[20]

24.     The mortality rate of COVID-19 among children, while lower than among older populations, is still considerable. Among the 48 localities (45 states, Puerto Rico, Guam, and New York, NY) reporting data on deaths among children, at least 480 children have died from COVID-19—roughly 1 out of every 10,000 children diagnosed with COVID-19 in those localities. Since the beginning of August, more children have died each week than in all but one previous week of the pandemic.[21]

25.     Florida has been especially hard hit: it has reported more child COVID-19 cases (at least 399,064 cases) than any other state in the nation, and has the 8th highest number of cumulative cases per 100,000 children.[22]

---

[19] *See Children and COVID-19: State Data Report*, *supra* n. 4, at Appx. Tab. 2B.

[20] *Covid Data Tracker Weekly Review—Interpretive Summary for September 24, 2021*, CDC (September 24, 2021), https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/index.html.

[21] *Children and COVID-19: State Data Report*, *supra* n. 15 at Appx. Tab. 2C. The week ending December 3, 2020 is the only previous week in which as many child deaths were reported as even the *lowest* week since the beginning of August. *Id.* Notably, this was the week after Thanksgiving. This drives home the importance of promptly enjoining the Executive Order, to reduce the rate of COVID-19 in advance of the surge that will likely accompany the upcoming holidays.

[22] *Children and COVID-19: State Data Report*, *supra* n.15,  at Appx. Tabs. 3A. Note that Florida only provides pediatric COVID case data for ages 14 and under. Given that the risk is greater in the 15- to 18-year-old range, these statistics understate the impact of pandemic on the pediatric population in Florida. To my knowledge, Florida does not report statistics on child hospitalizations.

DocuSign Envelope ID: CBB2738B-952A-4261-BA5E-B21ABE625237

26.      The mortality and hospitalization statistics reflect the fact that COVID-19 can cause severe symptoms and potentially fatal outcomes even in children. Among other things, COVID-19 infections can produce multisystem inflammatory syndrome in children (MIS-C).[23] MIS-C involves clinically severe levels of fever, inflammation, and dysfunction or shock in multiple organ systems (including cardiac, renal, respiratory, hematologic, gastrointestinal, dermatologic, and/or neurological). Among other severe symptoms, it can cause coronary artery enlargement; aneurysm; meningitis; colitis; hepatitis; symptoms akin to toxic shock syndrome; thrombosis; acute kidney injury; stroke; encephalitis; congestive heart failure; and pulmonary embolism.

27.      COVID-19 infection can also lead to many secondary conditions, ranging from subacute to severe. Several studies have shown that long-term symptoms can occur in children and adolescents.[24] Indeed, even cases with mild initial symptomatology can produce significant long-term effects. These include persistent respiratory symptoms ranging from chest pain, cough, and exercise-induced dyspnea to pulmonary emboli; myocarditis (i.e., inflammation of the heart muscle), shortness of breath, arrhythmia, and/or fatigue, and potentially leading to heart failure, myocardial infarction, stroke, or sudden cardiac arrest; persistent loss of the sense of smell (anosmia) or taste (ageusia), which can affect the nutritional status and quality of life of children and adolescents and be particularly disruptive to the feeding behavior of very young children; neurodevelopmental sequelae, both including the consequences of significant acute injuries such as stroke or

---

[23] *See Multisystem Inflammatory Syndrome in Children (MIS-C) Associated with Coronavirus Disease 19 (COVID-19)*, CDC, https://emergency.cdc.gov/han/2020/han00432.asp; *Multisystem Inflammatory Syndrome in Children (MIS-C) Interim Guidance*, AAP; https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/multisystem-inflammatory-syndrome-in-children-mis-c-interim-guidance/.

[24] *See, e.g.*, Danilo Buonsenso, et al., *Preliminary evidence on long COVID in children*, Acta Paediatrica (Apr. 9, 2021), https://doi.org/10.1111/apa.15870 (studying 129 children in Italy and reporting that 42.6% experienced at least one symptom more than 60 days after infection); Helen Thomson, *Children with long covid*, 249 New Scientist 10 (2021), https://www.sciencedirect.com/science/article/abs/pii/S0262407921003031?via%3Dihub (U.K. Office of National Statistics estimate that 12.9% of children 2-11 years of age and 14.5% of children 12-16 years of age experienced symptoms 5 weeks after infection).

encephalitis and subtle but persistent sequelae in cognitive, language, academic, motor, mood, and behavioral domains; cognitive fogginess or fatigue; physical fatigue; and mental or behavioral health impacts such as stress and adjustment disorders.

28.     These risks are particularly high among the unvaccinated population—which includes every child under the age of 12 (with the exception of the few that were enrolled in vaccine trials), given that no COVID-19 vaccine has been authorized for use in younger children to date. They are also particularly high among children for whom vaccines provide less protection, such as immunocompromised children and those with other chronic medical conditions.

29.     Moreover, the uncontrolled spread of COVID-19 poses a massive risk to children and adults who have other medical needs. Hospital ICU capacity is strained beyond capacity in much of the country, particularly in areas with lower vaccination rates and mask usage. For the past several weeks, Florida's ICU usage is the highest it has been since the pandemic began.[25] During the week ending September 9, at least 24 Florida hospitals reported having more ICU patients than available beds, with dozens more hovering at the edge of capacity.[26] Due to the strain on medical resources, this will result in excess morbidity and mortality even for children and adults who do not contract COVID-19; as research has shown, "[p]andemic COVID-19 surges [a]re associated with higher rates of in-hospital mortality among patients without COVID-19, suggesting disruptions in care patterns for patients with many common acute and chronic illnesses."[27] In layperson's terms, more children and adults will become sick and possibly die, both due to COVID-19 and due to the delay of treatment for other urgent conditions.

[25] *See Weekly Hospitalization Trends—Florida State Profile*, Johns Hopkins Univ. of Med. (last visited Sept. 24, 2021), https://coronavirus.jhu.edu/data/hospitalization-7-day-trend/florida.

[26] Charlie Smart, *Covid Hospitalizations Hit Crisis Levels in Southern I.C.U.s*, N.Y. Times (Sept. 14, 2021), https://www.nytimes.com/interactive/2021/09/14/us/covid-hospital-icu-south.html.

[27] Amber K. Sabbatini, et al., *Excess Mortality Among Patients Hospitalized During the COVID-19 Pandemic*, J. Hospital Med. (2021), https://www.journalofhospitalmedicine.com/jhospmed/article/242997/hospital-medicine/excess-mortality-among-patients-hospitalized-during-covid.

1    30.    Although vaccination significantly reduces both the risk of

2    contracting COVID-19 and the severity of symptoms if it is acquired, children under the

3    age of 12 currently are not eligible for COVID-19 vaccines.

4    **C. Quarantining Individuals Exposed to COVID-19 Carriers Is a Crucial**
     **Infection Control Measure**
5

6    31.    Quarantining is one of the most important measures for reducing the

7    spread of highly contagious diseases such as COVID-19. Quarantining is the practice of

8    separating people who have been recently exposed to COVID-19 from other people.

9    Because people infected with SARS-CoV-2 can transmit the virus for at least two days

10   before symptoms develop, or despite never becoming symptomatic, "quarantine is a

11   critical measure to control transmission."[28]

12   32.    The CDC recommends quarantine for people who are not fully

13   vaccinated and have been in "close contact" with someone with COVID-19.[29] As relevant

14   here, "close contact" for a K–12 student includes spending 15 minutes or more over a 24-

15   hour period within six feet of an infected person, but exclude classroom or structured

16   outdoor settings where both the exposed student and the infected student were masked.[30]

17   33.    CDC's current quarantine recommendation for students and school

18   staff is 14 days, during which the exposed person "should not go to school or school

19   events."[31]

20

21   [28] *Science Brief: Options to Reduce Quarantine for Contacts of Persons with SARS-CoV-2*
22   *Infection Using Symptom Monitoring and Diagnostic Testing*, CDC,
     https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/scientific-brief-options-to-
23   reduce-quarantine.html.

24   [29] *See Quarantine and Isolation*, CDC (updated Sept. 18, 2021),
     https://www.cdc.gov/coronavirus/2019-ncov/your-health/quarantine-isolation.html; *Overview of*
25   *COVID-19 Quarantine for K-12 Schools*, CDC (updated Sept. 13, 2021),
     https://www.cdc.gov/coronavirus/2019-ncov/community/schools-childcare/k-12-contact-
26   tracing/about-quarantine.html.

27   [30] *Appendices*, CDC (updated Sept. 21, 2021), https://www.cdc.gov/coronavirus/2019-
     ncov/php/contact-tracing/contact-tracing-plan/appendix.html#contact.

28   [31] *Overview of COVID-19 Quarantine for K-12 Schools*, *supra* n.29

DocuSign Envelope ID: CBB27289-852A-4261-BA6E-B21ABF825237

34.     CDC has acknowledged that "[r]educing the length of quarantine will reduce the burden and may increase community compliance."[32] With previous variants of COVID-19, it accordingly suggested "options to shorten the quarantine period," though cautioning that this "risks being less effective than the currently recommended 14-day quarantine."[33] In light of the prevalence of the highly transmissible Delta variant, CDC's current recommendations do not include any such alternative.[34]

35.     At the time that the Court issued its opinion denying a preliminary injunction, Florida schools mandated a seven-day quarantine period for students exposed to COVID-19, even if asymptomatic. While that was shorter than the period recommended by CDC, it still significantly reduced the risk that asymptomatic carriers of SARS-CoV-2 would transmit it.

36.     Recall that the average carrier of SARS-CoV-2 will infect five others, according to the current best estimates.[35] Quarantining, even for seven days, reduces the chance for such infections. Eliminating quarantine requirements altogether for asymptomatic students, as Florida did on September 22, not only eliminates that protection, it ensures that SARS-CoV-2 carriers will be in routine indoor contact with other children.

37.     Thus, with the elimination of quarantine requirements for asymptomatic students, masking takes on even greater importance. As discussed in the next section, masking is one of the most effective ways to reduce the spread of COVID-19 among unvaccinated populations (including all children under the age of 12). With the introduction of a large number of asymptomatic carriers into classrooms with unvaccinated

---

[32] *Science Brief: Options to Reduce Quarantine*, *supra* n.28.

[33] *Id.*

[34] *See Quarantine and Isolation*, *supra* n. 29; *Overview of COVID-19 Quarantine for K-12 Schools*, *supra* n.29

[35] *See* Liu & Rocklöv, *supra* n. 17.

DocuSign Envelope ID: CBB27289-852A-4264-BA6E-B21ABF825227

DocuSign Envelope ID: CBB27289-852A-4261-BA6E-B21ABF825227

1  students, masking is significantly more critical than it was when the Court denied the
2  injunction requested by Plaintiffs.

3  **D. Masks Are a Safe and Effective Infection Control Measure That Is Critical**
4  **to In-Person Learning**

5  38.     To explain why the elimination of any quarantine requirement
6  heightens the need for a universal masking policy, it will be helpful to explain the evidence
7  that masking is effective at reducing the transmission of COVID-19.

8  39.     The AAP's Interim Guidance on Safe Schools explains that "at this
9  point in the pandemic, given what we know now about low rates of in-school transmission
10 *when proper prevention measures are used*, together with the availability of effective
11 vaccines for those age 12 years and up, that the benefits of in-person school outweigh the
12 risks in almost all circumstances." (Ex. B  (emphasis added).) Among the prevention
13 measures we recommend (such as implementation of CDC quarantine recommendations,
14 immunization of all eligible individuals, and adequate and timely COVID-19 testing), one
15 of the most important is that "**[a]ll students older than 2 years and all school staff**
16 **should wear face masks at school (unless medical or developmental conditions**
17 **prohibit use)**." (*Id.* at 3.)

18 40.     As noted above, the AAP has amended its recommendations in light
19 of the evolving understanding of COVID-19. Indeed, where the science indicates,
20 recommendations have been relaxed; for example, physical distancing recommendations
21 have been loosened from its initial form, as research and data clarified the risk of
22 transmission in various settings. The AAP's strong recommendation of universal masking
23 for students, teachers, and support staff in school, however, has remained consistent from
24 the beginning—because masks are such an effective and safe infection control measure.
25 This conclusion has been consistently reinforced by all relevant data and credible research
26 regarding the transmission and health risks of COVID-19 and the effect of wearing masks
27 on children's education, health, and development.

28

DocuSign Envelope ID: CBB27389-852A-4261-BA6E-B21ABF825237

41.     The research literature has confirmed that masks are both effective and safe. Numerous studies have shown that increasing the rate of mask-wearing, including through universal mask policies in particular, significantly reduces the spread of COVID-19.[36] This is because, masks "reduce the emission of virus-laden droplets . . . , which is especially relevant for asymptomatic or presymptomatic infected wearers who feel well and may be unaware of their infectiousness to others, and who are estimated to account for more than 50% of transmissions." [37] Cloth masks "not only effectively block most large droplets (i.e., 20-30 microns and larger) but they can also block the exhalation of fine droplets."[38] As a result, "[m]ulti-layer cloth masks can both block up to 50-70% of these fine droplets and particles," with "[u]pwards of 80% blockage" recorded in some studies.[39] To a slightly lesser extent, masks also "help reduce inhalation of these droplets

---

[36] *See, e.g.*, Jeremy Howard, et al., *An Evidence Review of Face Masks Against COVID-19*, 118 Proc. of the Nat'l Acad. of Servs. e2014564118 (2021), https://www.pnas.org/content/118/4/e2014564118; T. Brooks & Jay C. Butler, *Effectiveness of Mask Wearing to Control Community Spread of SARS-CoV-2*, 325 J. of Am. Med. Ass'n 998 (2021), https://jamanetwork.com/journals/jama/fullarticle/2776536; Heesoo Joo, et al., *Decline in COVID-19 Hospitalization Growth Rates Associated with Statewide Mask Mandates—10 States, March–October 2020*. 70 Morbidity & Mortality Weekly Rep. 212 (2021), https://www.cdc.gov/mmwr/volumes/70/wr/mm7006e2.htm; Derek K. Chu, et al., *Physical Distancing, Face Masks, and Eye Protection to Prevent Person-to-Person Transmission of SARS-CoV-2 and COVID-19: A Systematic Review and Meta-Analysis*, 395 Lancet 1973 (2020), https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(20)31142-9/fulltext; Christopher T. Leffler, et al., *Association of Country-wide Coronavirus Mortality with Demographics, Testing, Lockdowns, and Public Wearing of Masks*, 103 Am. J. Tropical Med. Hygiene 2400 (2020), https://pubmed.ncbi.nlm.nih.gov/33124541/; Miriam E. Van Dyke, et al., *Trends in County-Level COVID-19 Incidence in Counties With and Without a Mask Mandate—Kansas, June 1-August 23, 2020*. 69 Morbidity & Mortality Weekly Rep. 1777 (2020), https://www.cdc.gov/mmwr/volumes/69/wr/mm6947e2.htm; Wei Lyu & George L. Wehby, *Community Use of Face Masks and COVID-19: Evidence from a Natural Experiment of State Mandates in the US*, 39 Health Aff. 1419 (2020), https://www.healthaffairs.org/doi/10.1377/hlthaff.2020.00818.

[37] *Science Brief: Community Use of Cloth Masks to Control the Spread of SARS-CoV-2*, CDC (May 7, 2021), https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/masking-science-sars-cov2.html (citations omitted).

[38] *Id.*

[39] *Id.*

1  by the wearer"; multi-layer cloth masks can filter out "nearly 50% of fine particles less

2  than 1 micron."[40]

3          42.      In particular, studies have shown that masking and similar mitigation

4  measures can limit transmission in schools.[41] Just this past Friday, the CDC released three

5  new studies conducted during this school year, all of which found that "schools without a

6  universal masking policy in place were more likely to have COVID-19 outbreaks."[42] This

7  is no small increase in risk: one of the studies found that "the odds of a school-associated

─────────────────────

9  [40] *Id.*

10  [41] *See, e.g.*, Patrick Dawson, et al., *Pilot Investigation of SARS-CoV-2 Secondary Transmission in Kindergarten Through Grade 12 Schools Implementing Mitigation Strategies—St. Louis County and City of Springield, Missouri, December 2020*, 70 Morbidity & Mortality Weekly Rep. 449 (2021), https://www.cdc.gov/mmwr/volumes/70/wr/mm7012e4.htm?s_cid=mm7012e4_w; Darria L. Gillespie, et al., *The Experience of 2 Independent Schools With In-Person Learning During the COVID-19 Pandemic*, 91 J. Sch. Health 347 (2021), https://onlinelibrary.wiley.com/doi/10.1111/josh.13008; Rebecca B. Hershow, et al., *Low SARS-CoV-2 Transmission in Elementary Schools - Salt Lake County, Utah, December 3, 2020-January 31, 2021*, 70 Morbidity & Mortality Weekly Rep. 442 (2021), https://www.cdc.gov/mmwr/volumes/70/wr/mm7012e3.htm; Amy Falk, et al., *COVID-19 Cases and Transmission in 17 K-12 Schools - Wood County, Wisconsin, August 31-November 29, 2020*, 70 Morbidity & Mortality Weekly Rep. 136 (2021), https://www.cdc.gov/mmwr/volumes/70/wr/mm7004e3.htm; Fiona Russell et al., *COVID-19 in Victorian Schools: An Analysis of Child-Care and School Outbreak Data and Evidence-Based Recommendations for Opening Schools and Keeping Them Open*, Murdoch Children's Rsch. Inst. & The Univ. of Melb. (Nov. 92020), *available at* https://www.mcri.edu.au/sites/default/files/media/documents/covid-19_in_victorian_schools_report.pdf; *see generally Science Brief: Transmission of SARS-CoV-2 in K-12 Schools and Early Care and Education Programs—Updated*, CDC (July 9, 2021), https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/transmission_k_12_schools.html.

[42] *Studies Show More COVID-19 Cases in Areas Without School Masking Policies*, CDC (Sept. 24, 2021), https://www.cdc.gov/media/releases/2021/p0924-school-masking.html; *see* Megan Jehn, et al., *Association Between K–12 School Mask Policies and School-Associated COVID-19 Outbreaks—Maricopa and Pima Counties, Arizona, July–August 2021*, 70 Morbidity & Mortality Weekly Rep. (Early Release) (Sept. 24, 2021), https://www.cdc.gov/mmwr/volumes/70/wr/pdfs/mm7039e1-H.pdf; Samantha E. Budzyn, et al., *Pediatric COVID-19 Cases in Counties With and Without School Mask Requirements—United States, July 1–September 4, 2021*, 70 Morbidity & Mortality Weekly Rep. (Early Release) (Sept. 24, 2021), https://www.cdc.gov/mmwr/volumes/70/wr/pdfs/mm7039e3-H.pdf; Sharyn E. Parks, et al., *COVID-19–Related School Closures and Learning Modality Changes—United States, August 1–September 17, 2021*, 70 Morbidity & Mortality Weekly Rep. (Early Release) (Sept. 24, 2021), https://www.cdc.gov/mmwr/volumes/70/wr/pdfs/mm7039e2-H.pdf.

DocuSign Envelope ID: CBB27389-952A-4261-BA6E-B21ABF825237

1  COVID-19 outbreak were 3.5 times higher in schools with no mask requirement than in

2  those with a mask requirement."[43]

3        43.    Notably, studies suggest that there is no substitute for universal

4  masking requirements: while studies have found *universal masking requirements* effective

5  at reducing transmission, as discussed above, they have not found the same effect for mask

6  *recommendations*.[44]

7        44.    As the ABC Science Collaborative, a 13-state initiative coordinated

8  by the Duke Clinical Research Institute at the Duke University School of Medicine,

9  summed it up, "[p]roper masking is the most effective mitigation strategy to prevent

10  COVID-19 transmission in schools when vaccination is unavailable or there are

11  insufficient levels of vaccination among students and staff."[45]

12        45.    For these reasons, the AAP retained its recommendation even after the

13  CDC suggested on May 13, 2021 that vaccinated individuals could safely stop wearing

14  masks for all indoor activities. After two months of analysis, including analysis of the

15  emerging Delta variant, the AAP reaffirmed its recommendation of universal masking in

16  school settings on July 19, 2021. Eight days later, on July 27, 2021, the CDC followed suit,

17  recommending "universal indoor masking for all teachers, staff, students, and visitors to

18  schools, regardless of vaccination status."[46]

19

20

---

21  [43] Jehn, *supra* n. 42.

22  [44] *See* Henning Bundgaard, et al., *Effectiveness of Adding a Mask Recommendation to Other
23  Public Health Measures to Prevent SARS-CoV-2 Infection in Danish Mask Wearers*, Annals of
Internal Med. (2020), https://www.acpjournals.org/doi/pdf/10.7326/M20-6817.

24  [45] ABC Science Collaborative, *The ABCs of North Carolina's Plan*,
25  https://abcsciencecollaborative.org/the-abcs-of-north-carolinas-plan-a/ (last visited Sept. 1, 2021);
*see also* ABC Science Collaborative, *Final Report for NC School Districts and Charters in Plan
26  A*, at 3 (June 30, 2021) , *available at* https://abcsciencecollaborative.org/wp-
content/uploads/2021/06/ABCs-Final-Report-June-2021.06-esig-DB-KZ-6-29-21.pdf.

27  [46] *Interim Public Health Recommendations for Fully Vaccinated People—Summary of Recent
28  Changes*, CDC (July 28, 2021), https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-
vaccinated-guidance.html.

46.     In addition to the effectiveness of masks, AAP noted several pertinent circumstances in determining that universal masking remains necessary in schools. These include:

a.     a significant portion of the student population is not eligible for vaccination

b.     the need to protect unvaccinated students from COVID-19 and to reduce transmission

c.     the lack of systems to monitor vaccine status among students, teachers and staff

d.     the potential difficulty in monitoring or enforcing mask policies for those who are not vaccinated; in the absence of schools being able to conduct this monitoring, universal masking is the best and most effective strategy to create consistent messages, expectations, enforcement, and compliance without the added burden of needing to monitor vaccination status

e.     the possibility of low vaccination uptake within the surrounding school community

f.     the continued concerns for variants that are more easily spread among children, adolescents, and adults

*COVID-19 Guidance for Safe Schools*, *supra* n.2.

47.     In light of the Department of Health's September 22, 2021, a new and urgent circumstance can be added to that list: the absence of a quarantine requirement for asymptomatic students exposed to COVID-19. With the enhanced likelihood that carriers of COVID-19 will be in classrooms, it is more important than ever that *all* students be masked.[47]

---

[47] The only appropriate exception is for students whose "medical or developmental conditions prohibit use" (*id.*), such as children with tracheostomies, or who need respirators, or who have significant facial anomalies that require accommodations. Conditions that genuinely contraindicate masking are extremely rare, and providing exceptions in such cases does not substantially detract from the protective force of universal masking (particularly when accompanied by other measures, such as increased distancing, to make up for the inability to wear a mask).

48.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of September, 2021, at Jacksonville, Florida.

_____

Ryan C. Cantville, DO

# Ryan Cantville, D.O.

3609 Boone Park Avenue
Jacksonville, Florida 32205
(954) 292-6121
Rcantville@gmail.com

---

## Work

Jacksonville Pediatrics                                    July 2014- present
Pediatrician

## Education

Pediatric Residency, University of Florida College of          July 2011 - June
Medicine, Jacksonville, Florida                               2014

Doctor of Osteopathic Medicine Nova Southeastern             August 2007 -
University, Davie, Florida                                    June 2011

Certificate in Masters of Biomedical Science Program Nova
Southeastern University, Davie, Florida                       2006 - 2007

B.S. Exercise Physiology, Florida State University,
Tallahassee, Florida                                         2002 - 2006

## Certification and Licensure

Florida State Medical License
Fellow American Board of Pediatrics

## Skills

Pediatric Advanced Life Support
Neonatal Resuscitation Program

**Ex-A**

Ryan Cantville
Page 2 of 3

## Professional Committees

Baptist Medical Center Jacksonville, Credentialing Committee
July 2015- July 2018

American Academy of Pediatrics coding committee

Northeast Florida Pediatric Society President

## Professional Memberships and Activities

Northeast Florida Pediatric Society

Member American Academy of Pediatrics

Member Duval County Medical Society

**Ex-A**

## Honors and Awards

| | |
|---|---|
| Apple Resident Teacher Award | 2014 |
| Candidate for Chief Resident, nominated by peers and faculty | 2013-2014 |
| Peer selected Pediatric representative for University of Florida College of Medicine Jacksonville Graduate Medical Education Committee | 2013 - 2014 |
| Peer selected for Class Representative and Pediatric Residency Performance Evaluation Committee | 2011 - 2014 |
| Resident of the Month September 2012 | |
| Nominated as a 2nd and 3rd year resident by program director and selected as one of three finalist for the University of Florida College of Medicine Jacksonville Ann Harwood-Nuss Resident Advocate Award | 2013-2014 |
| Seltzer FOMA Legislative and Political Leadership Award | 2010 |
| FOMA Student of the Year Award for Leadership | 2009 |

**Ex-A**

**Ex-A**

American Academy
of Pediatrics

DEDICATED TO THE HEALTH OF ALL CHILDREN®

## Face Masks

The American Academy of Pediatrics (AAP) strongly endorses the use of safe and effective infection control procedures to protect children and adolescents. During the COVID-19 pandemic, effective infection prevention and control requires the correct and consistent use of a **well-fitting face mask**. Face masks should **fit** over the mouth and nose and fit snugly along the side of the face without any gaps.

On July 27, 2021, the Centers for Disease Control and Prevention (CDC) issued **new guidance** that vaccinated people should wear a mask indoors in public if they are in an area with **substantial or high transmission**, **and** that **universal indoor masking for all teachers, staff, students, and visitors to K-12 schools**, regardless of vaccination status, should be implemented for the 2021-22 school year. On July 18, 2021, the AAP already had issued a **universal school masking recommendation**. Face masks can be safely worn by all children 2 years of age and older, including the vast majority of children with underlying health conditions, with rare exception. Children 2 years of age and older have demonstrated their ability to wear a face mask. In addition to protecting the child, the use of face masks significantly reduces the spread of SARS-CoV-2 and other respiratory infections within schools and other community settings. Home use of face masks also may be particularly valuable in households that include medically fragile, immunocompromised, or at-risk adults and children.

Consistent use of a face mask is one part of a comprehensive strategy (in addition to vaccination, physical distancing, and hand washing) to mitigate risk and help reduce the spread of COVID-19, particularly in those who are not fully vaccinated or not eligible to receive a COVID-19 vaccine.

Pediatricians are encouraged to discuss infection control practices with their patients and families.

- When you wear a face mask, you protect others as well as yourself, especially if you are not vaccinated and/or are around others who are not vaccinated.

**Ex-B**

- All students older than 2 years and all school staff should wear face masks at **school** and **child care settings** (unless medical or developmental conditions prohibit use).

- Per **CDC guidance**, face masks are recommended while indoors in public for **fully vaccinated** persons in an area with substantial or high transmission. Face masks are no longer needed for persons who are fully vaccinated and in an area with low to moderate levels of SARS-CoV-2 transmission unless it is required by federal, state, local, tribal, or territorial laws, rules, and regulations, including local businesses, and workplace (eg. health care settings) guidance. Fully vaccinated individuals may choose to wear a face mask regardless of community transmission levels.

- For those who are **unvaccinated**, face masks should be worn, with an emphasis on indoor masking. In areas with **high numbers of COVID-19 cases**, consider wearing a mask in crowded outdoor settings and for activities with close contact with others. Public health mask mandates may vary based on the level of SARS-CoV-2 circulating in each community, and it is recommended that local guidance be followed.

- In both indoor and outdoor settings, unvaccinated individuals should continue to **physically distance** around people who do not live in their household.

- Face mask use should be continued for those who are unvaccinated and playing **indoor sports** (except for sports in which the mask may become a hazard) and **outdoors sports that have close contact** (see AAP interim guidance on **Return to Sports and Physical Activity**).

- Face masks should be worn **any time you are traveling** on a plane, bus, train, or other form of public transportation traveling into, within, or out of the United States and in US transportation hubs such as airports and bus stations. This includes transportation via **school bus** (see **AAP Interim Guidance**).

- People who are immunocompromised or people who live in a household with an individual who is immunocompromised, at increased risk for severe disease, or are unvaccinated (children < 12 years of age) might choose to wear a face mask regardless of the level of SARS-CoV-2 transmission in their community.

- Wear a face mask inside your home if someone you live with is sick with **symptoms** of COVID-19 or has tested positive for COVID-19.

- Wash your hands with soap and water for at least 20 seconds or use **hand sanitizer** with at least 60% alcohol after touching or removing your face mask.

**Ex-B**

# Additional Information

- **COVID-19 Guidance for Safe Schools**

- **Guidance Related to Childcare During COVID-19**

- **COVID-19 Interim Guidance: Return to Sports and Physical Activity**

- **Your Guide to Masks** (CDC)

- **Scientific Brief: Community Use of Cloth Masks to Control the Spread of SARS-CoV-2 (CDC)**

**Information for Families from HealthyChildren.org**

- **Face Masks for Children During COVID-19**

- **Mask Mythbusters: 5 Common Misconceptions about Kids & Cloth Face Coverings**

- **Do Masks Delay Speech and Language Development?**

## References ⌄

**Interim Guidance Disclaimer:** The COVID-19 clinical interim guidance provided here has been updated based on current evidence and information available at the time of publishing. Guidance will be regularly reviewed with regards to the evolving nature of the pandemic and emerging evidence. All interim guidance will be presumed to expire on September 30, 2021 unless otherwise specified.

**Last Updated**   08/11/2021

**Source**   American Academy of Pediatrics

© Copyright 2021 American Academy of Pediatrics. All rights reserved.

**Ex-B**

American Academy
of Pediatrics

DEDICATED TO THE HEALTH OF ALL CHILDREN®

**COVID-19 Guidance for Safe Schools**

**The AAP strongly advocates that all policy considerations for school plans should start with the goal of keeping students safe and physically present in school.**

**Purpose and Key Principles**

**Special Considerations for School Health During the COVID-19 Pandemic**

**Mental Health of Staff**

# Purpose and Key Principles

The purpose of this guidance is to continue to support communities, local leadership in education and public health, and pediatricians collaborating with schools in creating policies for safe schools during the COVID-19 pandemic that foster the overall health of children, adolescents, educators, staff, and communities and are based on available evidence. As the next school year begins, there needs to be a continued focus on keeping students safe, since not all students will have the opportunity or be eligible to be vaccinated before the start of the next school year. Since the beginning of this pandemic, new information has emerged to guide

**Ex-C**

safe in-person learning. Remote learning highlighted inequities in education, was detrimental to the educational attainment of students of all ages, and exacerbated the mental health crisis among children and adolescents. [1,2] Opening schools generally does not significantly increase community transmission, particularly when guidance outlined by the World Health Organization (WHO), [3] United Nations Children's Fund (UNICEF), and Centers for Disease Control and Prevention (CDC) is followed. [4,5] There are still possibilities for transmission of SARS-CoV-2, especially for individuals and families who have chosen not to be vaccinated or are not eligible to be vaccinated. In addition, SARS-CoV-2 variants have emerged that may increase the risk of transmission and result in worsening illness. However, the AAP believes that, at this point in the pandemic, given what we know about low rates of in-school transmission when proper prevention measures are used, together with the availability of effective vaccines for those age 12 years and up, that the benefits of in-person school outweigh the risks in almost all circumstances. Along with our colleagues in the field of education, [6] the American Academy of Pediatrics (AAP) strongly advocates for additional federal assistance to all schools throughout the United States, irrespective of whether the current local context allows for in-person instruction.

Schools and school-supported programs are fundamental to child and adolescent development and well-being and provide our children and adolescents with academic instruction; social and emotional skills, safety, reliable nutrition, physical/occupational/speech therapy, mental health services, health services, and opportunities for physical activity, among other benefits. [7] Beyond supporting the educational development of children and adolescents, schools can play a critical role in addressing racial and social inequity. As such, it is critical to reflect on the differential impact the COVID-19 pandemic and the associated school closures have had on different racial and ethnic groups and populations facing inequities. Disparities in school funding, quality of school facilities, educational staffing, and resources for enriching curricula among schools have been exacerbated by the pandemic. Families rely on schools to provide a safe, stimulating, and enriching space for children to learn; appropriate supervision of children; opportunities for socialization; and access to school-based mental, physical, and nutritional health services.

Everything possible must be done to keep students in schools in-person. Many families did not have adequate support to the aforementioned educational services, and disparities, especially in education, did worsen, especially for children who are English language learners, children with disabilities, children living in poverty, and children who are Black, Hispanic/Latino, and American Indian/Alaska Native. [8,9,10,11]

**Ex-C**

The AAP strongly recommends that school districts promote racial/ethnic and social justice by promoting the well-being of **all** children in any school COVID-19 plan, with a specific focus on ensuring equitable access to educational supports for children living in under-resourced communities.

It is critical to use science and data to guide decisions about the pandemic and school COVID-19 plans. All school COVID-19 policies should consider the following key principles and remember that COVID-19 policies are intended to mitigate, not eliminate, risk. Because school transmission reflects (but does not drive) community transmission, it is vitally important that communities take all necessary measures to limit the community spread of SARS-CoV-2 to ensure schools can remain open and safe for all students.

The implementation of several coordinated interventions can greatly reduce risk:

- **All eligible individuals should receive the COVID-19 vaccine.**
  - It may become necessary for schools to collect COVID-19 vaccine information of staff and students and for schools to require COVID-19 vaccination for in-person learning.
  - Adequate and timely COVID-19 vaccination resources for the whole school community must be available and accessible.

- **All students older than 2 years and all school staff should wear face masks at school (unless medical or developmental conditions prohibit use).**
  - **The AAP recommends universal masking in school at this time for the following reasons:**
    - a significant portion of the student population is not eligible for vaccination
    - protection of unvaccinated students from COVID-19 and to reduce transmission
      - lack of a system to monitor vaccine status among students, teachers and staff
    - potential difficulty in monitoring or enforcing mask policies for those who are not vaccinated; in the absence of schools being able to conduct this monitoring, universal masking is the best and most effective strategy to create consisent messages, expectations, enforcement, and compliance without the added burden of needing to monitor vaccination status
    - possibility of low vaccination uptake within the surrounding school community
    - continued concerns for variants that are more easily spread among children, adolescents, and adults

- An added benefit of universal masking is protection of students and staff against other respiratory illnesses that would take time away from school.

**Ex-C**

- Adequate and timely COVID-19 testing resources must be available and accessible.

- It is critically important to develop strategies that can be revised and adapted depending on the level of viral transmission and test positivity rate throughout the community and schools, recognizing the differences between school districts, including urban, suburban, and rural districts.

- School policies should be adjusted to align with new information about the pandemic; administrators should refine approaches when specific policies are not working.[12]

- Schools must continue to take a multi-pronged, layered approach to protect students, teachers, and staff (ie, vaccination, universal mask use, ventilation, testing, quarantining, and cleaning and disinfecting). Combining these layers of protection will make in-person learning safe and possible. Schools should monitor the implementation and effectiveness of these policies.

- Schools should monitor the attendance of all students daily inclusive of in-person and virtual settings. Schools should use multi-tiered strategies to proactively support attendance for all students, as well as differentiated strategies to identify and support those at higher risk for absenteeism.

- School districts must be in close communication and coordinate with state and/or local public health authorities, school nurses, local pediatric practitioners, and other medical experts.

- School COVID-19 policies should be practical, feasible, and appropriate for child and adolescent's developmental stage and address teacher and staff safety.
  - Special considerations and accommodations to account for the diversity of youth should be made, especially for populations facing inequities, including those who are medically fragile or complex, have developmental challenges, or have disabilities. Children and adolescents who need customized considerations should not be automatically excluded from school unless required in order to adhere to local public health mandates or because their unique medical needs would put them at increased risk for contracting COVID-19 during current conditions in their community.

- School policies should be guided by supporting the overall health and well-being of all children, adolescents, their families, and their communities and should also look to create safe working environments for educators and school staff. This focus on overall

**Ex-C**

health and well-being includes addressing the behavioral/mental health needs of students and staff.

- These policies should be consistently communicated in languages other than English, when needed, based on the languages spoken in the community, to avoid marginalization of parents/guardians of limited English proficiency or who do not speak English.

- Ongoing federal, state, and local funding should be provided for all schools so they can continue to implement all the COVID-19 mitigation and safety measures required to protect students and staff. Funding to support virtual learning and provide needed resources should continue to be available for communities, schools, and children facing limitations implementing these learning modalities in their home (eg, socioeconomic disadvantages) or in the event of school re-closure because of a resurgence of SARS-CoV-2 in the community or a school outbreak.

With the above principles in mind, **the AAP strongly advocates that all policy considerations for school COVID-19 plans should start with a goal of keeping students safe and physically present in school.** The importance of in-person learning is well-documented, and there is already evidence of the negative impacts on children because of school closures in 2020.[13]

Policy makers and school administrators must also consider the scientific evidence regarding COVID-19 in children and adolescents, including the role they may play in the transmission of the infection. [14,15,16,17,18,19,20,21,22] Although many questions remain, the preponderance of evidence indicates that children and adolescents are less likely to have severe disease resulting from SARS-CoV-2 infection. [23,24] We continue to learn more about the role children play in the transmission of SARS-CoV-2. At present, it appears that children younger than 10 years are less likely to become infected and less likely to spread the infection to others, although further studies are needed. [25,26,27] Some data suggest children older than 10 years may spread SARS-CoV-2 as efficiently as adults. Additional in-depth studies are needed to truly understand the infectivity and transmissibility of this virus in anyone younger than 18 years, including children and adolescents with disabilities and medical complexities. Current SARS-CoV-2 variants may change both transmissibility and infection in children and adolescents even in those who have been vaccinated.

**Visit the CDC COVID-19 Prevention Strategies for additional information on mitigation measures including physical distancing, testing, contact tracing, ventilation, and cleaning and disinfecting.**

**Ex-C**

In the following sections, some general principles are reviewed that policy makers and school administrators should consider as they safely plan for in-person school. There are several other documents released by the CDC, the **National Association of School Nurses**, and the **National Academy of Sciences, Engineering, and Medicine** that can be referenced as well. For all of these, engagement of the entire school community, including families, teachers, and staff, regarding these measures should be a priority.

# Special Considerations for School Health During the COVID-19 Pandemic

**School Attendance and Absenteeism:** Studies performed throughout the pandemic demonstrated wide variability in tracking of school attendance. As of January 2021, only 31 states and the District of Columbia required attendance to be taken.[28] Definitions of attendance for individuals participating in distance learning have varied between and within states. Among jurisdictions that did report on attendance during the pandemic period, several studies demonstrate disparities in impact of chronic absence.[29] In an evaluation of Connecticut's attendance data from school year 2020-21, rates of chronic absenteeism were highest among predominantly remote students compared with students who were primarily in-person; that gap was most pronounced among elementary and middle school students. Chronic absence was more prevalent among Connecticut students who received free or reduced-price lunch, were Black or Hispanic, were male, or identified as English learners or having disabilities.29 National prepandemic chronic absenteeism data mirror several of these demographic trends.[30]

The best way to reduce absenteeism is by closely monitoring attendance and acting quickly once a pattern is noticed.[31] During the the 2021-22 school year, daily school attendance should be monitored for all students; for students participating in in-person and distance learning. Schools should use multi-tiered strategies to proactively support student attendance for all students. Additionally, schools should implement strategies to identify and differentiate interventions to support those at higher risk for absenteeism. Local data should be used to define priority groups whose attendance has been most deeply impacted during the pandemic. Schools are encouraged to create an attendance action plan with a central emphasis on family engagement leading up to and through the start of school.

**Ex-C**

With the beginning of the 2021-22 school year, plans should be in place for outreach to families whose students do not return for various reasons. This outreach is especially critical, given the high likelihood of separation anxiety and agoraphobia in students. Students may have difficulty with the social and emotional aspects of transitioning back into the school setting, especially given the unfamiliarity with the changed school environment and experience. Special considerations are warranted for students with pre-existing anxiety, depression, and other mental health conditions; children with a prior history of trauma or loss; children with autism spectrum disorder; and students in early education who may be particularly sensitive to disruptions in routine and caregivers. Students facing other challenges, such as poverty, food insecurity, and homelessness, and those subjected to ongoing inequities may benefit from additional support and assistance. Schools should identify students who are at risk for not returning and conduct outreach prior to the beginning of the school year. Resources should be available to assist families with preparing their student for transition back to school.

**Students with Disabilities:** The impact of loss of instructional time and related services, including mental health services, as well as occupational, physical, and speech/language therapy during the period of school closures and remote learning is significant for students with disabilities. All students, but especially those with disabilities, may have more difficulty with the social and emotional aspects of transitioning out of and back into the school setting because of the pandemic. As schools prepare for or continue in-person learning, school personnel should develop a plan to ensure a review of each child and adolescent with an IEP to determine the needs for compensatory education to adjust for lost instructional time and disruption in other related services. In addition, schools can expect a backlog in evaluations; therefore, plans to prioritize students requiring new referrals as opposed to reviews and re-evaluations will be important. Many school districts require adequate instructional effort before determining eligibility for special education services. However, virtual instruction or lack of instruction should not be reasons to avoid starting services such as response-to-intervention (RTI) services, even if a final eligibility determination is delayed.

Each student's IEP should be reviewed with the parent/guardian/adolescent yearly (or more frequently if indicated). All recommendations in the IEP should be provided for the individual child no matter which school option is chosen (in person, blended, or remote). See the **AAP Caring for Children and Youth with Special Health Care Needs During the COVID-19 Pandemic** for more details.

Additional COVID-19 safety measures for teachers and staff working with some students with disabilities may need to be in place to ensure optimal safety for all. For certain populations, the

**Ex-C**

use of face masks by teachers may impede the education process. These include students who are deaf or hard of hearing, students receiving speech/language services, young students in early education programs, and English language learners. There are products (eg, face coverings with clear panels in the front) that may be helpful to use in this setting.

**Adult Staff and Educators:** Universal use of face masks is recommended, given that certain teachers must cross-over to multiple classes, such as specials teachers, special educators, and secondary school teachers, and in consideration of new SARS-CoV-2 variants. At this time, this recommendation for use of face masks includes staff and educators who have been fully vaccinated, especially for teachers with students who are unvaccinated (including pre-K, kindergarten, and elementary schools). School staff working with students who are unable to wear a face mask or who are unable to manage secretions, who require high-touch (hand over hand) instruction, and who must be in close proximity to these students should consider wearing a surgical mask in combination with a face shield.

School health staff should be provided with appropriate medical PPE to use in health suites. This PPE should include N95 masks, surgical masks, gloves, disposable gowns, and face shields or other eye protection. School health staff should be aware of CDC guidance on infection control measures.

**On-site School-Based Health Services:** On-site school health services, including school-based health centers, should be supported if available, to complement the pediatric medical home and to provide pediatric acute, chronic, and preventive care. Collaboration with **school nurses** is essential, and school districts should involve school health services staff and consider collaborative strategies that address and prioritize immunizations and other needed health services for students, including behavioral health, vision screening, hearing, dental and reproductive health services. Plans should include required outreach to connect students to on-site services regardless of remote or in-person learning mode.

**Immunizations:** Pediatricians should work with schools and local public health authorities to promote childhood vaccination messaging well before the start of the school year and throughout the school year. It is vital that all children receive recommended vaccinations on time and get caught up if they are behind as a result of the pandemic. The capacity of the health care system to support increased demand for vaccinations should be addressed through a multifaceted, collaborative, and coordinated approach among all child-serving agencies including schools.

Existing school immunization requirements should be discussed with the student and parent community and maintained. In addition, **although influenza vaccination is generally not**

**Ex-C**

**required for school attendance, it should be highly encouraged for all students and staff.** The symptoms of influenza and SARS-CoV-2 infection are similar, and taking steps to prevent influenza will decrease the incidence of disease in schools and the related lost educational time and resources needed to handle such situations by school personnel and families. School districts should consider requiring influenza vaccination for all staff members.

Schools should collaborate with state and local public health agencies to ensure that teachers and staff have access to the COVID-19 vaccine and that any hesitancy is addressed as recommended by the **Advisory Committee on Immunization Practices (ACIP) of the CDC.** Pediatricians should work with families, schools, and public health to promote receipt of the **COVID-19 vaccine and address hesitancy** as the vaccine becomes available to children and adolescents.

In order to vaccinate as many school staff, students, and community members as possible, **school-located vaccination clinics** should be a priority for school districts. Schools are important parts of neighborhoods and communities and serve as locations for community members after school hours and on weekends.

**Vision Screening:** Vision screening practices should continue in school whenever possible. Vision screening serves to identify children who may otherwise have no outward symptoms of blurred vision or subtle ocular abnormalities that, if untreated, may lead to permanent vision loss or impaired academic performance in school. Personal prevention practices and environmental **cleaning and disinfection** are important principles to follow during vision screening, along with any additional guidelines from local health authorities.

**Hearing Screening:** Safe hearing screening practices should continue in schools whenever possible. School screening programs for hearing are critical in identifying children who have hearing loss as soon as possible so that reversible causes can be treated and hearing restored. Children with permanent or progressive hearing loss will be habilitated with hearing aids to prevent impaired academic performance in the future. Personal prevention practices and environmental **cleaning and disinfection** are important principles to follow during hearing screening, along with any additional guidelines from local health authorities.

**Children with Chronic Illness**: Certain children with chronic illness may be at risk for hospitalization and complications with SARS-CoV-2. These youth and their families should work closely with their pediatrician and school staff using a shared decision-making approach regarding options regarding return to school, whether in person, blended, or remote. See the **AAP Caring for Children and Youth with Special Health Care Needs During the COVID-19 Pandemic** for more details.

**Ex-C**

**Behavioral Health/Emotional Support for Children and Adolescents:** The COVID-19 pandemic has created profound challenges for communities, families, and individuals, leading to a range of emotional and behavioral responses. There are many factors unique to this pandemic (eg, grief/loss, uncertainty, rapidly changing and conflicting messages, duration of the crisis, and need for quarantine) that increase its effects on emotional and behavioral health (EBH). Populations with a higher baseline risk, such as historically under-resourced communities, children and youth with developmental disabilities and other special health care needs, may be especially vulnerable to these effects. [32,33] The impact of the pandemic is also compounded by isolation and an interruption in the support systems families utilize.

Schools are a vital resource to continue to address and provide resources for a wide range of mental health needs of children and staff. The emotional impact of the pandemic, grief because of loss, financial/employment concerns, social isolation, and growing concerns about systemic racial inequity—coupled with prolonged limited access to critical school-based mental health services and the support and assistance of school professionals—demand careful attention and supports in place during all modes of learning, whether remote or in-person. Schools should be prepared to adopt an approach for mental health support, and just like other areas, supporting mental health will require additional funding to ensure adequate staffing and the training of those staff to address the needs of the students and staff in the schools.

Schools should consider providing training to classroom teachers and other educators on how to talk to and support children during and after the COVID-19 pandemic including how to support grief and loss among students. The United States has already accumulated more than 600,000 deaths from COVID-19; on average, it is estimated that each of these deaths impacts 9 people – many of these 4.5 million grieving individuals are children. Bereavement has a significant impact on the short- and long-term adjustment of children, their developmental trajectory, academic learning, psychosocial functioning, and emotional adjustment and behavior. Students experiencing significant personal losses can be referred to school and community-based bereavement support programs, centers, and camps, as well as to their **pediatrician or other pediatric health care provider**.[34] Students with additional mental health concerns should be referred to school mental health professionals.

Suicide is the second leading cause of death among adolescents or youth 10 to 24 years of age in the United States.[35] Schools should develop mechanisms to evaluate youth remotely and in-person if concerns about a risk of suicide are voiced by educators or family members and

should be establishing policies, including referral mechanisms for students believed to be in need of in-person evaluation, even before schools resume in-person instruction.

School mental health professionals should be involved in shaping messages to students and families about the response to the pandemic and the changing school learning plans based on a variety of community SARS-CoV-2 factors. Fear-based messages widely used to encourage strict physical distancing may cause problems when schools resume in-person instruction, because the risk of exposure to COVID-19 may be mitigated but not eliminated. Communicating effectively is especially critical, given potential adaptations in plans for in-person or distance learning that need to occur during the school year because of changes in community transmission of SARS-CoV-2.

Schools need to incorporate academic accommodations and supports for all students who may still be having difficulty concentrating or learning new information because of stress or family situations that are compounded by the pandemic. It is important that school personnel do not anticipate or attempt to catch up for lost academic time through accelerating curriculum delivery at a time when students and educators may find it difficult to even return to baseline rates. These expectations should be communicated to educators, students, and family members so that school does not become a source of further distress

(See: **[Interim Guidance on Supporting the Emotional and Behavioral Health Needs of Children, Adolescents, and Families During the COVID-19 Pandemic](#)**)

# Mental Health of Staff

The personal impact on educators and other school staff should be recognized. In the same way that students need ongoing support to process the information they are being taught, teachers cannot be expected to be successful at teaching children without having their mental health needs supported. The strain on teachers, as they have been asked to teach differently while they support their own needs and those of their families, has been significant. Additional challenges with staff shortages, changing learning modalities, and prolonged duration of the crisis are continuing to present additional challenges and further impact teachers and school staff. Resources such as Employee Assistance Programs and other means to provide support and mental health services should be prioritized. The individual needs and concerns of school professionals should be addressed with accommodations made as needed.

**Ex-C**

Although schools should be prepared to be agile to meet evolving needs and respond to increasing knowledge related to the pandemic and may need to institute partial or complete closures when the public health need requires, school leaders should recognize that staff, in addition to students and families, will benefit from sufficient time to understand and adjust to changes in routine and practices. During a crisis, people benefit from clear and regular communication from a trusted source of information and the opportunity to dialogue about concerns and needs and feel they are able to contribute in some way to the decision-making process. Change is more difficult in the context of crisis and when predictability is already severely compromised.

**Food Insecurity:** According to the United States Department of Agriculture, the number of food-insecure households has increased during the pandemic with a currently estimated 30 million adults and 12 million children living in households where they may not get enough to eat.[36] We also know that disparities with food insecurity exist, with Black and Latino adults being twice as likely as white adults to report their households did not get enough to eat.[34] School planning must consider the many children and adolescents who experience food insecurity already (especially at-risk populations and those living in poverty) and those who will have limited access to routine meals through the school district in the event of school closure or if a child is ill. The short- and long-term effects of food insecurity in children and adolescents are profound.[37] Schools can partner with community resources including federal and state food programs to mitigate the effects of food insecurity on children and families. More information about how families can access federal nutrition programs can be found in the **AAP/FRAC Food Insecurity Toolkit**.

**Housing Insecurity:** Like food insecurity, housing insecurity is a significant and sometimes overlooked issue that affects many families and will impact children's ability to return and re-engage with school. With pandemic-associated job losses, there have been significant numbers of families with children who have been evicted or will soon be evicted from their homes. According to the US Census Bureau, as of February 2021, there are 5.2 million households with children who are behind on rent and 4.5 million homeowners with children behind on mortgage payments.[38] Housing insecurity impacts a child's education directly through missed school days and through transferring to a new school, which is associated with a 4 times higher risk of chronic absenteeism, lower grades and test scores, and increased risk of dropping out of school.[39] Housing insecurity also impacts education indirectly by impacting a child's overall physical and mental health, which can have negative consequences for educational achievement. Children who experience homelessness are at increased risk for

**Ex-C**

malnutrition, asthma, obesity, and dental, vision, emotional, behavioral, and developmental problems.[40] In addition, the increased toxic stress children experience when they live in unstable housing situations can contribute to anxiety and other mental health conditions that interfere with a child's education. The interconnectedness of employment, housing, health, and education and the disproportionate impact this has had on communities of color because of structural racism must be considered as children return to school.[41] Schools are encouraged to partner with community agencies to address the effects of housing insecurity and mitigate the impact this will have on the education of children.

**Digital Divide:** The digital divide has been a known disparity for decades, contributing to the "homework gap"—the gap between school-aged children who have access to high-speed internet at home and those who do not. According to a Pew research study in 2015, 35% of lower-income households with school-aged children did not have a broadband internet connection at home. According to the Pew Research Center, 1 in 5 teenagers are not able to complete schoolwork at home because of a lack of a computer or internet connection.[42] This technological homework gap disproportionately affects Black families living in poverty.9 With the transition to virtual learning during the pandemic, this divide was highlighted as families struggled to adapt to school from home. In April 2020, **59% of parents** with lower incomes who had children in schools that were remote because of the pandemic said their children would likely face at least 1 of 3 digital obstacles to their schooling, such as a lack of reliable internet at home, no computer at home, or needing to use a smartphone to complete schoolwork. Gains have been made over this past year with creative local and state solutions working toward providing improved access to both technology devices and internet connections for students, but a significant gap still exists, particularly for students living in poverty. **This digital divide is a critical component to be addressed in schools even as children return to in-person learning as they navigate the increasing digital learning environment, academic recovery, and extended home learning materials. Access to both reliable high-speed internet and adequate devices beyond a smart phone are critical to promote equity and support academic success.** Long-term sustainable funding is needed to support school districts in providing universal internet access and technology for all students.

**Organized Activities:** It is likely that sporting events, practices, and conditioning sessions as well as other extracurricular activities will be limited in some locations while reopening fully in other locations. **The AAP Interim Guidance on Return to Sports** helps pediatricians inform families on how best to ensure safety when considering a return to sports and physical activity participation. Preparticipation evaluations should be conducted in alignment with the **AAP Preparticipation Physical Evaluation Monograph, 5th ed**, and state and local guidance.

**Ex-C**

# Additional Information

- **AAP Guidance Related to Childcare During COVID-19**

- **AAP Guidance on Providing Pediatric Well-Care During COVID-19**

- **AAP Guidance on Face Masks**

- **AAP Guidance on Testing**

- **AAP Guidance on Use of Personal Protective Equipment (PPE)**

- **AAP Guidance on Caring for Children and Youth with Special Health Care Needs During the COVID-19 Pandemic**

- **AAP Guidance on Supporting the Emotional and Behavioral Health Needs of Children, Adolescents and Families During the COVID-19 Pandemic**

- **AAP Guidance on Return to Sports**

- **List of latest AAP News articles on COVID-19**

- **Pediatrics COVID-19 Collection**

- **AAP COVID-19 Advocacy Resources (Login required)**

- **Centers for Disease Control and Prevention: Guidance for COVID-19 Prevention in K-12 Schools**

- **US Department of Education: COVID-19 Resources for Schools, Students, and Families**

- Information for Parents on HealthyChildren.org: **Returning to School During COVID-19**

# Resources

- **Coalition to Support Grieving Students**

- **Using Social Stories to Support People with I/DD During the COVID-19 Emergency**

- **Social Stories for Young and Old on COVID-19**

**References**                                                              ⌄

**Ex-C**

**Interim Guidance Disclaimer:** The COVID-19 clinical interim guidance provided here has been updated based on current evidence and information available at the time of publishing. Guidance will be regularly reviewed with regards to the evolving nature of the pandemic and emerging evidence. All interim guidance will be presumed to expire on September 30, 2021 unless otherwise specified.

**Last Updated**   07/18/2021

**Source**   American Academy of Pediatrics

© Copyright 2021 American Academy of Pediatrics. All rights reserved.

**Ex-C**