IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JUDITH ANNE HAYES, individually
and on behalf of W.H., a minor, *et al*.

        CASE NO: 1:21-cv-22863-KMM

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; *et al*.,

    Defendants.
_____/

### NOTICE OF FILING IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION [DE 107]

COMES NOW, Plaintiffs, JUDITH ANNE HAYES, individually and on behalf of W.H., a minor, et al., by and through the undersigned counsel, and hereby files in support of Plaintiffs' Motion for Reconsideration of the Order denying Preliminary Injunction [DE-107], the statement of interest filed yesterday by the United States Department of Justice, in their role as enforcing authority of the Americans with Disabilities Act, in <u>E.T. v. Morath,</u> Case No: 21-CV-00717-LY in the United States District Court for the Western District of Texas regarding the Texas Governor's ban on mask mandates in schools, attached hereto as "Exhibit A".

Respectfully submitted this 30th day of September 2021.

                                                        By: /s/*Matthew W. Dietz*
                                                        Matthew W. Dietz, Esq.
                                                        Florida Bar No. 84905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: /s/*Matthew W. Dietz*
Matthew W. Dietz, Esq.
Florida Bar No. 84905
Stephanie Langer, Esq.
Florida Bar No. 149720
2990 Southwest 35th Avenue
Miami, Florida 33133
T: (305) 669-2822 / F: (305) 442-4181
slanger@justDIGit.org
mdietz@justdigit.org
aa@justdigit.org