IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf of W.H., a minor,
ROBYN MCCARTHY and JOHN MCCARTHY, individually
and on behalf of L.M., a minor, AMANDA BANEK, individually
and on behalf of D.B. and B.B, minor children, KAS ARONE-
MILLER, individually and on behalf of R.M. and L.M.,
Minor children, ALISHA TODD, individually and on behalf
of J.T, a minor, JAMIE KINDER, individually and on
behalf of R.K., a minor, CHRIS RODRIGUEZ, individually
and on behalf of J.D.-F., a minor, JACK KOCH, individually
and on behalf of R.K, B.K., and A.K., minor children,
KRISTEN THOMPSON, individually and on behalf of P.T., a
minor, EREN DOOLEY, individually and on behalf of G.D.,
a minor, TOM COLLINS, individually and on behalf of Q.C., a minor,

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD CORCORAN,
in his official capacity as Commissioner of the Florida Department
of Education, ORANGE COUNTY SCHOOL BOARD, MIAMI
DADE COUNTY SCHOOL BOARD, HILLSBOROUGH
COUNTY SCHOOL BOARD, PALM BEACH SCHOOL BOARD,
BROWARD COUNTY SCHOOL BOARD, PASCO COUNTY
SCHOOL BOARD, ALACHUA COUNTY SCHOOL BOARD and
VOLUSIA COUNTY SCHOOL BOARD,

    Defendants.
_____/

## **NOTICE OF APPEAL**

**COMES NOW** Plaintiffs, JUDITH ANN HAYES, individually and on behalf of W.H., a

minor, ROBYN MCCARTHY and JOHN MCCARTHY, individually and on behalf of L.M., a

minor, AMANDA BANEK, individually and on behalf of D.B. and B.B, minor children, KAS

ARONE-MILLER, individually and on behalf of R.M. and L.M., Minor children, ALISHA

TODD, individually and on behalf of J.T, a minor, JAMIE KINDER, individually and on behalf of R.K., a minor, CHRIS RODRIGUEZ, individually and on behalf of J.D.-F., a minor, JACK KOCH, individually and on behalf of R.K, B.K., and A.K., minor children, KRISTEN THOMPSON, individually and on behalf of P.T., a minor, EREN DOOLEY, individually and on behalf of G.D., a minor, and TOM COLLINS, individually and on behalf of Q.C. a minor, by and through the undersigned counsel, and pursuant to Fed. R. App. P. 3, and 28 U.S.C. 1292(a)(1), hereby give notice of appeal to the United States Court of Appeals for the Eleventh Circuit of the following orders of the United States District Court for the Southern District Court of Florida:

1. That certain order entered on September 15, 2021, Order Denying Plaintiffs' Amended Motion for Preliminary Injunction [DE-98], attached hereto as Exhibit "A".

2. That certain order entered on September 30, 2021, Order Denying Plaintiffs' Motion for Reconsideration [DE-109], attached hereto as Exhibit "B".

The names of all parties to the Orders appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Matthew W. Dietz, Esq.<br>Florida Bar No. 84905<br>Stephanie Langer, Esq.<br>Florida Bar No. 149720<br>**Disability Independence Group, Inc.**<br>2990 Southwest 35th Avenue<br>Miami, Florida 33133<br>T: (305) 669-2822<br>slanger@justDIGit.org<br>mdietz@justdigit.org<br>aa@justdigit.org<br><br>*Counsel for Plaintiffs* | **Raymond Frederick Treadwell**<br>Executive Office of the Governor<br>Office of the General Counsel<br>400 South Monroe Street<br>The Capitol, Suite 209<br>Tallahassee, FL 32399<br>P: 850-717-9310<br>ray.treadwell@eog.myflorida.com<br><br>*Counsel for Governor DeSantis*<br>**Anastasios Ioannis Kamoutsas**<br>Florida Department of Education<br>325 W. Gaines Street, Rm 1544b<br>Tallahassee, FL 32309<br>P: 305-417-1218<br>anastasios.kamoutsas@fldoe.org |

*Disability Independence Group, Inc. * 2990 Southwest 35th Avenue * Miami, Florida 33133*

|  | *Counsel for FL Department of Education* <br><br> Amy J. Pitsch <br> Susana Cristina Garcia <br> **Greenspoon Marder Law** <br> 201 E. Pine St. Suite 500 <br> Orlando, FL 32801 <br> P: 407-425-6559 <br> amy.pitsch@gmlaw.com <br> tina.garcia@gmlaw.com <br><br> *Counsel for Orange County School Board* <br><br> Michael T. Burke, Esq. <br> Hudson Carter Gill <br> **Johnson, Anselmo, Murdoch,** <br> **Burke, Piper & Hochman, P.A.** <br> 2455 East Sunrise Blvd., Suite 1000 <br> Fort Lauderdale, Florida 33304 <br> P:: 954-463-0100 <br> Burke@jambg.com <br> Cardona@jambg.com <br> hgill@jambg.com <br><br> *Counsel for Broward County School Board* <br><br> Luis Michael Garcia <br> Jordan Alexander Madrigal <br> Sara M Marken <br> **Miami-Dade County School Board** <br> 1450 NE 2nd Avenue, Suite 400 <br> Miami, FL 33132 <br> PH: 305-995-1304 <br> lmgarcia2@dadeschools.net <br> jordanmadrigal@dadeschools.net <br> smarken@dadeschools.net <br><br> *Counsel for Miami-Dade County School Board* <br><br> Jason L Margolin <br> Zarra Ramirez Elias <br> Christine Burgess Gardner <br> **Akerman LLP** <br> 401 East Jackson Street, Suite 1700 <br> Tampa, FL 33602 |
|---|---|

|  | P: 813.209.5009<br>jason.margolin@akerman.com<br>zarra.elias@akerman.com<br>christine.gardner@akerman.com<br><br>*Counsel for Hillsborough County School Board*<br><br>Jon Erik Bell<br>Sean Christian Fahey<br>Patricia Morales Christiansen<br>Lisa A. Carmona<br>**School District of Palm Beach County**<br>3300 Forest Hill Blvd Rm C-323<br>West Palm Beach, FL 33406<br>P: (561) 434-8500<br>sean.fahey@palmbeachschools.org<br>jon.bell@palmbeachschools.org<br>anna.morales@palmbeachschools.org<br>lisa.carmona@palmbeachschools.org<br><br>*Counsel for Palm Beach County School Board*<br><br>Dennis John Alfonso<br>**McClain Alfonso PA**<br>37908 Church Avenue<br>Dade City, FL 33525<br>P: (352)567-5636<br>dalfonso@mcclainalfonso.com<br><br>*Counsel for Pasco County School Board*<br><br>David McKinnon Delaney<br>Natasha Gabriella Samri Mickens<br>**Dell Graham**<br>2631 NW 41st Street, Building B<br>Gainesville, FL 32606<br>P: 352-416-0066<br>natasha.mickens@dellgraham.com<br><br>*Counsel for Alachua County School Board* |
|---|---|

|  | Carol Ann Yoon<br>Aaron Russell Wolfe<br>Theodore Robert Doran<br>**Doran Sims Wolfe, Yoon**<br>1020 W International Speedway Blv, Suite 100<br>Daytona Beach, FL 32114<br>P: 386-253-1111<br>cyoon@doranlaw.com<br>awolfe@doranlaw.com<br>tdoran@doranlaw.com<br><br>*Counsel for Volusia County School Board* |
|---|---|

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record in the herewith service list, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: /s/*Matthew W. Dietz*
Matthew W. Dietz, Esq.
Florida Bar No. 84905
Stephanie Langer, Esq.
Florida Bar No. 149720
2990 Southwest 35th Avenue
Miami, Florida 33133
T: (305) 669-2822 / F: (305) 442-4181
slanger@justDIGit.org
mdietz@justdigit.org
aa@justdigit.org