**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 20, 2021

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 21-13409-X
Case Style: Judith Hayes, et al v. Governor of the State of Florida, et al
District Court Docket No: 1:21-cv-22863-KMM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Stephanie Tisa
Phone #: (305) 579-4432

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-13409-X

_____

JUDITH ANNE HAYES,
Individually and on behalf of W.H., a minor,
ROBYN MCCARTHY,
Individually and on behalf of L.M., a minor,
JOHN MCCARTHY,
Individually and on behalf of L.M., a minor,
AMANDA BANEK,
Individually and on behalf of D.B. and B.B,
minor children,
KAS ARONE-MILLER,
Individually and on behalf of R.M. and L.M.,
minor children, et al.,

                                                                Plaintiffs - Appellants,

versus

GOVERNOR OF THE STATE OF FLORIDA,
FLORIDA DEPARTMENT OF EDUCATION,
COMMISSIONER OF THE FLORIDA
DEPARTMENT OF EDUCATION,
ORANGE COUNTY SCHOOL BOARD, et .al.,

                                                                Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

      Joint Motion for Voluntary Dismissal of Appellants' appeal is GRANTED.

      Each party will bear their own costs and fees.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION