**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:21-CV-22863-KMM

JUDITH ANNE HAYES, individually
and on behalf of W.H., a minor, et al.,

    Plaintiffs,

v.

GOVERNOR RONALD DION
DESANTIS, in his official Capacity as
Governor of the State of Florida, et al.,

    Defendants.

## STATE DEFENDANTS' MOTION TO REOPEN MOTION TO DISMISS

Raymond Treadwell (FBN 93834)
Chief Deputy General Counsel
EXECUTIVE OFFICE OF THE GOVERNOR
The Capitol, PL-5
400 S. Monroe Street
Tallahassee, Florida 32399-6536
Ray.Treadwell@eog.myflorida.com
Gov.legal@eog.myflorida.com
(850) 717-9310

*Counsel for Governor Ronald Dion DeSantis*

Anastasios Kamoutsas (FBN 109498)
General Counsel
FLORIDA DEPARTMENT OF EDUCATION
Turlington Building, Suite 1244
325 West Gaines Street
Tallahassee, Florida 32399-0400
Anastasios.Kamoutsas@fldoe.org
(850) 245-0442

*Counsel for Commissioner Richard Corcoran
and Florida Department of Education*

Rocco E. Testani (*pro hac vice*)
Stacey M. Mohr (*pro hac vice*)
Lee A. Peifer (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, N.E., Suite 2300
Atlanta, Georgia 30309
roccotestani@eversheds-sutherland.com
staceymohr@eversheds-sutherland.com
leepeifer@eversheds-sutherland.com
(404) 853-8000

*Counsel for State Defendants*

In accordance with the Court's paperless order staying this case (ECF No. 113), and the U.S. Court of Appeals for the Eleventh Circuit having dismissed Plaintiffs' appeal (ECF No. 115), the State Defendants move this Court to reopen their previously filed motion to dismiss (ECF No. 69). That motion has been fully briefed (*see* ECF Nos. 69, 88, 99) and is ripe for the Court's consideration.

Respectfully submitted this 17th day of January 2022.

| | |
|---|---|
| */s/ Raymond Treadwell* | */s/ Anastasios Kamoutsas* |
| Raymond Treadwell (FBN 93834) | Anastasios Kamoutsas (FNB 109498) |
| Chief Deputy General Counsel | General Counsel |
| EXECUTIVE OFFICE OF THE GOVERNOR | FLORIDA DEPARTMENT OF EDUCATION |
| The Capitol, PL-5 | Turlington Building, Suite 1244 |
| 400 S. Monroe Street | 325 West Gaines Street |
| Tallahassee, Florida 32399-6536 | Tallahassee, Florida 32399-0400 |
| Ray.Treadwell@eog.myflorida.com | Anastasios.Kamoutsas@fldoe.org |
| Gov.legal@eog.myflorida.com | (850) 245-0442 |
| (850) 717-9310 | |
| | *Counsel for Commissioner Richard Corcoran* |
| *Counsel for Governor Ronald Dion DeSantis* | *and Florida Department of Education* |

Rocco E. Testani (*pro hac vice*)
Stacey McGavin Mohr (*pro hac vice*)
Lee A. Peifer (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, N.E., Suite 2300
Atlanta, Georgia 30309
roccotestani@eversheds-sutherland.com
staceymohr@eversheds-sutherland.com
leepeifer@eversheds-sutherland.com
(404) 853-8000

*Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also further certify that the foregoing document is being served this day on all counsel of record or all parties identified on the attached Service List in the manner specified, either via electronic transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ *Anastasios Kamoutsas*
Anastasios Kamoutsas (FNB 109498)

**SERVICE LIST**

Matthew W. Dietz
Stephanie Langer
Disability Independence Group, Inc.
2990 Southwest 35th Avenue
Miami, Florida 33133
mdietz@justdigit.org
slanger@justDIGit.org
aa@justdigit.org
*Attorneys for Plaintiffs*

Natasha S. Mickens
David Delaney
Dell Graham, P.A.
2631 NW 41st Street, Building B
Gainesville, Florida 32606
natasha.mickens@dellgraham.com
david.delaney@dellgraham.com
elizabeth.whisler@dellgraham.com
leann.campbell@dellgraham.com
*Attorneys for Defendant, Alachua County School Board*

Michael T. Burke
Hudson C. Gill
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Burke@jambg.com
hgill@jambg.com
Cardona@jambg.com
Diaz@jambg.com
*Attorneys for Defendant, Broward County School Board*

Jason L. Margolin
Zarra R. Elias
Akerman LLP
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
jason.margolin@akerman.com
zarra.elias@akerman.com

Christine B. Gardner
Akerman LLP
777 South Flagler Drive, Suite 1100 West Tower
West Palm Beach, Florida 33401
Christine.gardner@akerman.com
lella.proveste@akerman.com
*Attorneys for Defendant, Hillsborough County School Board*

Sara M. Marken
Luis M. Garcia
Jordan Madrigal
The School Board of Miami-Dade County, Florida
1450 NE 2nd Avenue, Suite 430
Miami, Florida 33132
smarken@dadeschools.net
lmgarcia2@dadeschools.net
jordanmadrigal@dadeschools.net
*Attorney for Defendant, Miami-Dade County School Board*

Amy Pitsch
Susana Cristina Garcia
Greenspoon Marder LLP
201 E. Pine Street, Suite 500
Orlando, Florida 32801
amy.pitsch@gmlaw.com
tina.garcia@gmlaw.com
Melissa.spinner@gmlaw.com
*Attorneys for Defendant, Orange County School Board*

J. Erik Bell
Sean Fahey
Anna Patricia Morales Christensen
Laura Esterman Pincus
Lisa A. Carmona
Office of General Counsel
3318 Forest Hill Boulevard, Suite C-331
West Palm Beach, Florida 33406
jon.bell@palmbeachschools.org
sean.fahey@palmbeachschools.org
anna.morales@palmbeachschools.org
laura.pincus@palmbeachschools.org
lisacarmona@palmbeachschools.org
merrie.mckenziesewell@palmbeachschools.org
*Attorneys for Defendant, Palm Beach County School Board*

3

Dennis J. Alfonso
McClain Alfonzo, P.A.
Post Office Box 4
37908 Church Avenue
Dade City, Florida 33526-0004
DAlfonso@mcclainalfonso.com
Eserve@mcclainalfonso.com
*Attorney for Defendant, Pasco County School Board*

Theodore R. Doran
Aaron Wolfe
Carol A. Yoon
Doran, Sims, Wolfe & Yoon
1020 W. International Speedway Boulevard
Daytona Beach, Florida 32114
awolfe@doranlaw.com
cyoon@doranlaw.com
*Attorneys for Volusia County School Board*