UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf of
W.H., a minor, ROBYN MCCARTHY and JOHN
MCCARTHY, individually and on behalf of L.M., a minor,
AMANDA BANEK, individually and on behalf of D.B.
and B.B, minor children, JAMIE KINDER, individually
and on behalf of R.K., a minor, KRISTEN THOMPSON,
individually and on behalf of P.T., a minor, and EREN
DOOLEY, individually and on behalf of G.D., a minor,

                      Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD
CORCORAN, in his official capacity as Commissioner of
the Florida Department of Education, FLORIDA
DEPARTMENT OF HEALTH, JOSEPH A. LADAPO, in
his official capacity as the State Surgeon General,
ORANGE COUNTY SCHOOL BOARD, MIAMI DADE
COUNTY SCHOOL BOARD, HILLSBOROUGH
COUNTY SCHOOL BOARD, PALM BEACH SCHOOL
BOARD, ALACHUA COUNTY SCHOOL BOARD and
VOLUSIA COUNTY SCHOOL BOARD,

                      Defendants.
_____/

## **NOTICE OF WITHDRAWAL OF COUNSEL**

Zarra R. Elias, Esquire, of the law firm Akerman LLP, hereby advises the Court that she will no longer be counsel for Defendant, THE SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA, in the above-styled action, due to her upcoming departure from Akerman LLP. However, all other counsels of record on behalf of Defendant will remain the same. As such, Attorney Elias respectfully requests to be removed from the Court's electronic service notification system for this matter.

Dated: March 4, 2022                    Respectfully submitted,

/s/Zarra R. Elias
**JASON L. MARGOLIN, ESQ.**
Florida Bar Number: 69881
Email: jason.margolin@akerman.com
**ZARRA R. ELIAS, ESQ.**
Florida Bar No. 089020
zarra.elias@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*And*

**CHRISTINE B. GARDNER, ESQ.**
Florida Bar Number: 109903
Email: christine.gardner@akerman.com
**AKERMAN LLP**
777 S. Flagler Drive, 1100 West Tower
West Palm Beach, Florida 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

*Attorneys for Defendant, The School Board of Hillsborough County, Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2022, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to all counsel of record.

/s/Zarra R. Elias
Attorney