IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf
of W.H., a minor, et. al.,

    Plaintiffs,

v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; et.al.,

    Defendants.
_____/

## MOTION TO STRIKE

**COMES NOW**, Plaintiffs, JUDITH ANNE HAYES, individually and on behalf of W.H., a minor., et al., by and through the undersigned counsel, hereby move this Court to strike State Defendants' Response to Plaintiffs' Response to Order to Show Cause [DE-159] filed in this matter, and in support thereof states as follows:

1. On February 28, 2022, this Court entered an Order for Plaintiffs to Show Cause [DE 148], as to why standing exists to create an Article III injury in light of recent revisions to CDC guidance. The Court stated:

> Here, before ruling on the pending motions to dismiss in this case, the Court is obligated to inquire into its subject matter jurisdiction given that Plaintiffs' counsel has stated that there would be no basis for an across-the-board policy if the CDC were to revise its guidance to say that masks are not required or mandatory. Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE by March 3, 2022, as to why standing exists to create an Article III injury in light of recent revisions to CDC guidance. Defendants may file a response but are not required to do so. All responses to this Order must be less than five (5) pages. Signed by Judge K. Michael Moore on 2/28/2022.

2. In two calendar days, on March 3, 2022, in compliance with this Court Order, Plaintiffs filed their Response to the Order to Show Cause [DE-153].

3.       Four calendar days thereafter, on March 7, 2022, State Defendants filed a Response to Plaintiffs' Response to the Order to Show Cause [DE-153].

4.       This was not in compliance with the Court's Order to Show Cause [DE 148], as this court did not state that the Defendants may file a reply to plaintiff's response and did not provide a deadline if this court intended to allow replies to Plaintiff's Response.

5.       In two days, the Plaintiffs prioritized this assignment, clarified the question as requested by this court, and stated four arguments related to the Order.

6.       Following the issuance of the Order to Show Cause, the State Defendants filed their reply to the Motion to Dismiss on March 1, 2022, wherein a substantial portion of that memo, (pages 8 to 11) addressed standing.

7.       Without leave of court to file a reply to plaintiff's response, the State Defendants again briefed the issue and have the last word on the subject of standing injecting what the State Defendants may or may not do with regards to enforcing the restrictions on school districts and children. Further, the Plaintiffs are not provided the opportunity to rebut the allegations regarding Plaintiff's children.  The mere fact that two of the named Defendants (Gov. Desantis and Dr. Ladopo) have issued their opinions that COVID-19 protections are political theater, and that children should not take vaccines (despite any credible peer-reviewed scientific articles or studies) should be persuasive enough regarding Defendant's intentions to enforce to have discovery on the issue of standing.

8.       The Plaintiffs request that this Court strike the Defendant's reply to Plaintiff's response to this Court's order to show cause.

9. Pursuant to Local Rule 7.1(a)(3), the undersigned has conferred with Counsel for State Defendants in a good faith effort to resolve the issues, and State Defendants the relief sought herein.

**WHEREFORE**, Plaintiffs, JUDITH ANNE HAYES individually and on behalf of W.H., a et al., respectfully requests this Court to grant this Motion and strike State Defendants' Response to Plaintiffs' Response to Order to Show Cause [DE-159] and grant such further relief as this Court deems just and equitable.

### Certificate of Compliance with Local Rule 7.1(a)(3)

Plaintiffs' counsel has conferred with Counsel for State Defendants regarding the relief sought in this motion and State Defendants oppose the relief sought herein.

Respectfully submitted this March 8, 2022.

By: */s/ Matthew W. Dietz*
Matthew W. Dietz, Esq.
Florida Bar No. 84905

*Hayes. v. DeSantis*
*Case No.: 1:21-cv-22863-KMM*
*Page **4** of **4***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this March 8, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: */s/ Matthew W. Dietz*
Matthew W. Dietz, Esq.
FL Bar No.: 0084905
**Disability Independence Group, Inc.**
2990 Southwest 35th Avenue
Miami, Florida 33133
Phone (305) 669-2822
mdietz@justdigit.org
aa@justdigit.org