IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-22863-KMM

JUDITH ANNE HAYES, individually and on behalf of W.H., a minor,
ROBYN MCCARTHY and JOHN MCCARTHY, individually
and on behalf of L.M., a minor, AMANDA BANEK, individually
and on behalf of D.B. and B.B, minor children, JAMIE KINDER,
individually and on behalf of R.K., a minor, KRISTEN THOMPSON,
individually and on behalf of P.T., a minor, EREN DOOLEY,
individually and on behalf of G.D., a minor,

    Plaintiffs,
v.

GOVERNOR RONALD DION DESANTIS, in his official
Capacity as Governor of the State of Florida; FLORIDA
DEPARTMENT OF EDUCATION, RICHARD CORCORAN,
in his official capacity as Commissioner of the Florida Department
of Education, FLORIDA DEPARTMENT OF HEALTH,
JOSEPH A LADAPO, in his official capacity as the State
Surgeon General, ORANGE COUNTY SCHOOL BOARD,
MIAMI DADE COUNTY SCHOOL BOARD, PALM BEACH
SCHOOL BOARD, HILLSBOROUGH COUNTY
SCHOOL BOARD, ALACHUA COUNTY SCHOOL
BOARD and VOLUSIA COUNTY SCHOOL BOARD,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) (1)(A)(ii), Plaintiffs, JUDITH ANNE HAYES individually and on behalf of W.H., a minor, ROBYN MCCARTHY and JOHN MCCARTHY, individually and on behalf of L.M., a minor, AMANDA BANEK, individually and on behalf of D.B. and B.B, minor children, JAMIE KINDER, individually and on behalf of R.K., a minor, KRISTEN THOMPSON, individually and on behalf of P.T., a minor, and EREN DOOLEY, individually and on behalf of G.D., a minor; and Defendants, GOVERNOR RON DESANTIS; FLORIDA DEPARTMENT OF EDUCATION; COMMISSIONER RICHARD

*Hayes, et. al.  v. Governor DeSantis, et. al.*
*Case No. 21-cv-22863-KMM*

CORCORAN; FLORIDA DEPARTMENT OF HEALTH, JOSEPH A LADAPO, in his official capacity as the State Surgeon General, ORANGE COUNTY SCHOOL BOARD; MIAMI DADE COUNTY SCHOOL BOARD; HILLSBOROUGH COUNTY SCHOOL BOARD, PALM BEACH SCHOOL BOARD; ALACHUA COUNTY SCHOOL BOARD and VOLUSIA COUNTY SCHOOL BOARD, by and through their respective counsel, hereby files this Joint Stipulation for Dismissal with Prejudice. The parties agree that this action should be dismissed with prejudice in its entirety.

Respectfully submitted this May 16, 2022.

| | |
|---|---|
| By: */s/ Matthew W. Dietz*<br>Matthew W. Dietz, Esq.<br>Florida Bar No.: 0084905<br>Stephanie Langer, Esq.<br>Florida Bar No. 149720<br>Disability Independence Group, Inc.<br>2990 SW 35th Ave<br>Miami, Florida 33133<br>T: (305) 669-2822 / F: (305) 442-4181<br>slanger@justDIGit.org<br>mdietz@justdigit.org<br>aa@justdigit.org<br><br>*Counsel for Plaintiffs* | By: */s/ Raymond F. Treadwell*<br>Raymond F. Treadwell, Esq.<br>Office of the General Counsel<br>400 South Monroe Street - The Capitol<br>Suite 209<br>Tallahassee, FL 32399<br>P: 850-717-9310 / F: 850-488-9810<br>ray.treadwell@eog.myflorida.com<br><br>Lee A. Peifer, Esq. – *Pro Hac Vice*<br>Rocco E. Testani, Esq. – *Pro Hac Vice*<br>Stacey M. Mohr, Esq. - *Pro Hac Vice*<br>Eversheds Sutherland (US) LLP<br>leepeifer@eversheds-sutherland.com<br>roccotestani@eversheds-sutherland.com<br>staceymohr@eversheds-sutherland.com<br><br>*Counsel for Governor of Florida Ronald D. Desantis* |
| | By: */s/ Anastasios I. Kamoutsas*<br>Anastasios I. Kamoutsas, Esq.<br>Florida Department of Education<br>325 W. Gaines Street, Rm 1544b<br>Tallahassee, FL 32309<br>P: 305-417-1218<br>anastasios.kamoutsas@fldoe.org<br><br>Lee A. Peifer, Esq. – *Pro Hac Vice*<br>Rocco E. Testani, Esq. – *Pro Hac Vice*<br>Stacey M. Mohr, Esq. - *Pro Hac Vice* |

*Hayes, et. al.  v. Governor DeSantis, et. al.*
*Case No. 21-cv-22863-KMM*

|  | Eversheds Sutherland (US) LLP<br>leepeifer@eversheds-sutherland.com<br>roccotestani@eversheds-sutherland.com<br>staceymohr@eversheds-sutherland.com<br><br>*Counsel for Florida Department of Education and Commissioner Richard Corcoran* |
|---|---|
|  | By: */s/ Amy J. Pitsch*<br>Amy J. Pitsch, Esq.<br>Sniffen & Spellman, P.A.<br>123 North Monroe Street<br>Tallahassee, Florida 32301<br>T (850) 205-1996 / F (850) 205-3004<br>apitsch@sniffenlaw.com<br><br>*Counsel for Orange County School Board* |
|  | By: */s/ Luis M. Garcia*<br>Luis M. Garcia, Esq.<br>Jordan Alexander Madrigal, Esq.<br>Sara M. Marken, Esq.<br>Miami-Dade County School Board<br>1450 NE 2nd Avenue, Suite 400<br>Miami, FL 33132<br>P: 305-995-1304 / F: 305-995-1412<br>lmgarcia2@dadeschools.net<br>jordanmadrigal@dadeschools.net<br>smarken@dadeschools.net<br><br>*Counsel for Miami Dade County School Board* |
|  | By: */s/ Christine Burgess Gardner*<br>Christine Burgess Gardner, Esq.<br>Akerman LLP<br>777 S. Flagler Drive, Ste. 1100, West Tower<br>West Palm Beach, FL 33401<br>P: 561- 653-5000<br>christine.gardner@akerman.com<br><br>Jason L Margolin, Esq.<br>Zarra Ramirez Elias, Esq.<br>Akerman LLP<br>401 East Jackson Street, Suite 1700<br>Tampa, FL 33602<br>P: 813.209.5009 /F: 813.223.2837 |

|  | jason.margolin@akerman.com<br>zarra.elias@akerman.com<br><br>*Counsel for Hillsborough County School Board* |
|---|---|
|  | By: */s/ Sean C. Fahey*<br>Sean C. Fahey, Esq.<br>Jon Erik Bell, Esq.<br>School District of Palm Beach County<br>3300 Forest Hill Blvd Rm C-323<br>West Palm Beach, FL 33406<br>P: 561-434-8500 / F: 561-434-8105<br>jon.bell@palmbeachschools.org<br>sean.fahey@palmbeachschools.org<br><br>*Counsel for Palm Beach School Board* |
|  | By: */s/ Natasha Mickens*<br>Natasha Gabriella Samria Mickens, Esq.<br>David McKinnon Delaney, Esq.<br>Dell Graham, P.A.<br>2631 NW 41st Street, Building B<br>Gainesville, FL 32606<br>P: 352-416-0066<br>natasha.mickens@dellgraham.com<br>david.delaney@dellgraham.com<br><br>*Counsel for Alachua County* |
|  | By: */s/ Carol Ann Yoon*<br>Carol Ann Yoon, Esq.<br>Aaron Russell Wolfe, Esq.<br>Theodore Robert Doran, Esq.<br>Doran Sims Wolfe, Yoon<br>1020 W. International Speedway Blvd., Suite 100<br>Daytona Beach, FL 32114<br>P: 386-253-1111 / F: 386-253-4260<br>cyoon@doranlaw.com<br>awolfe@doranlaw.com<br>tdoran@doranlaw.com<br><br>*Counsel for Volusia County School Board* |
|  | By: */s/ Christine E. Lamia*<br>Christine E. Lamia, Esq.<br>(FBN 745139) |

|  | Deputy General Counsel - State Health Office<br>Office of the General Counsel<br>FLORIDA DEPARTMENT OF HEALTH<br>4052 Bald Cypress Way, Bin #A-02<br>Tallahassee, Florida 32399-3265<br>Christine.lamia@flhealth.gov<br>P: 850- 245-4005<br><br>Lee A. Peifer, Esq. – *Pro Hac Vice*<br>Rocco E. Testani, Esq. – *Pro Hac Vice*<br>Stacey M. Mohr, Esq. - *Pro Hac Vice*<br>Eversheds Sutherland (US) LLP<br>leepeifer@eversheds-sutherland.com<br>roccotestani@eversheds-sutherland.com<br>staceymohr@eversheds-sutherland.com<br><br>*Counsel for Florida Department of Health and Surgeon General Joseph A. Ladapo* |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: */s/ Matthew W. Dietz*
Matthew W. Dietz, Esq.
Florida Bar No.: 0084905
Stephanie Langer, Esq.
Florida Bar No. 149720
Disability Independence Group, Inc.
2990 SW 35th Ave
Miami, Florida 33133
T: (305) 669-2822 / F: (305) 442-4181
slanger@justDIGit.org
mdietz@justdigit.org
aa@justdigit.org
