To: Clerk, U.S.D.C. Miami

From: John McCarthy
1876 Barber BD
Sarasota, FL 34240

21-22863-CV-KMM

FILED BY ___ D.C.
OCT 12 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Hi,

Recently I filed a law suit against Governor DeSantis.

I have not recived a response. On Docket Number.

Please Address This

Thank you

/s/ JM

